UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR

EUGENE BAKER, et al                                                          PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                                        DEFENDANTS

## MOTION TO FILE AMENDED COMPLAINT

Come the Plaintiffs, by counsel, and moves that the attached amended complaint be filed. In support of this motion, the Court entered an order on October 17, 2022, indicating the Plaintiffs had until January 2, 2023 to amend the complaint (January 2, 2023 was a federal holiday). In the attached amended complaint, additional Plaintiffs have been added who were harmed in identical or similar circumstances as the other Plaintiffs.

Wherefore, an appropriate order is sough allowing the attached amended complaint to be filed.

RESPECTFULLY SUBMITTED,

S:/NED PILLERSDORF
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillers@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server, on January 3, 2023.

S:/NED PILLERSDORF
NED PILLERSDORF