UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                          PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                                  DEFENDANTS

---

### NOTICE OF SERVICE

---

Come the Plaintiffs, by counsel, and hereby certifies that the Plaintiff has served *Plaintiff's Rule 26(a)(1) Initial Disclosures,* via U.S. Mail and electronic mail to Grahmn Morgan and Kristeena Johnson, 100 W. Main St., Suite 900, Lexington, KY  40507, and grahmn.morgan@dinsmore.com and kristeena.johnson@dinsmore.com; and R. Clay Larkin, 300 West Vine Street, Suite 1200, Lexington, KY  40507, and clay.larkin@dentons.com, on the 23rd day of December, 2022.

RESPECTFULLY SUBMITTED,

S:/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server on this 9th day of January 2023.

S:/Ned Pillersdorf
NED PILLERSDORF