UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                                         PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                                   DEFENDANTS

---

NOTICE OF SERVICE

---

Come the Plaintiffs, Eugene Baker; Farmer Baker; Michael & Alicia Baker;

Patricia Baker; Raymond & Vada Baker; Benjamin & Onietta Craft; Amy Dryden; Brian &

Rebecca Gibson; Gregory Chase Hays; Mason Jr. & Vickie Henson; Shirley & Mason Henson;

Timothy & Anissa Henson; Lisa Holbrook; Elizabeth Miller; Billy Joe & Janice Mullins; Freddie

& Geraldine Mullins; Luraine Noble; Madro Noble; Matilda Raney; Melvin Rupert & Debbie

Watts; Cassandra Scotland; Brian Strong; Aaron & Vicie White; Brittany & Ashford White;

Burley & Denita White; Deborah White; Delbert & Lisa White; Etta White (McIntosh); Faye

White; Jay D. White; Mollie White; Richard & Greta White; Shelvin White; Vaughn White; and

Wade White, by counsel, and hereby certify they have served supplementals to *Plaintiffs'*

*Answers to First Set of Discovery Requests Propounded by Defendant Pine Branch Mining, LLC,*

via U.S. Mail or through a link sent to them by counsel for the Defendants, to Hon. Kristeena

Johnson, 100 W. Main St., Suite 900, Lexington, KY 40507; and Hon. R. Clay Larkin, 300 West

Vine Street, Suite 1200, Lexington, KY 40507, this 10th day of April 2023.

RESPECTFULLY SUBMITTED,

S:/Ned Pillersdorf _____
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server on this 10th day of April 2023.

S:/Ned Pillersdorf _____
NED PILLERSDORF