UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-cv-231-DCR

EUGENE BAKER, et al.    )
                        )
      Plaintiffs,    )
                        )
v.                      )
                        )
BLACKHAWK MINING, LLC, and )
PINE BRANCH MINING, LLC )
                        )
      Defendants.   )

**PLAINTIFFS' ANSWERS TO FIRST SET OF DISCOVERY REQUESTS PROPOUNDED BY DEFENDANT PINE BRANCH MINING, LLC**

Come Plaintiffs Raymond & Vada Baker; Gregory Chase Hays; Ellen Henson; Lisa Holbrook; George & Sherry Mullins; Johnny E. Mullins; Luranie Noble; Diana Ortela; Aaron Paul & Vicie White; Aaron Wayne & Tiffany White; Burley & Denita White; Deborah White; Delbert & Lisa White; Harold White; Jay D. White; Jerson White; Loretta White; Shelvin White; and Wade White, and hereby submit their Answers to First Set of Discovery Requests Propounded by Defendant Pine Branch Mining, LLC, as follows:

### INTERROGATORIES

**INTERROGATORY 1.**   State your full name, current residential address, current employment address, date of birth, and social security number.

**ANSWER:**   *(See Attached).*

**INTERROGATORY 2.**   Identify all persons who provided information or contributed to preparing your responses to these Discovery Requests. With respect to each person, identify the

Exhibit 1

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1.** Admit that the rain event alleged in the Complaint was a 1000-year frequency storm according NOAA Atlas 14 Point Precipitation Frequency Estimates.

**RESPONSE:** *Admit.*

Respectfully submitted,

_____
NED PILLERSDORF
PILLERSDORF LAW OFFICE
124 WEST COURT STREET
PRESTONSBURG, KY  41653
Telephone:  (606) 886-6090
Facsimile:   (606) 886-6148
Email:  pillersn@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid, and/or sent via electronic mail to the following: Grahmn N. Morgan, Kristeena L. Johnson, 100 W. Main St., Suite 900, Lexington, KY  40507, grahmn.morgan@dinsmore.com, kristeena.johnson@dinsmore.com; and to R. Clay Larkin, 300 West Vine St., Suite 1200, Lexington, KY  40507, clay.larkin@dentons.com, on this  19  day of January, 2023.

_____
NED PILLERSDORF

14