UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR

EUGENE BAKER, ET AL.                          PLAINTIFFS


VS.


BLACKHAWK MINING, LLC
AND PINE BRANCH MINING, LLC                   DEFENDANTS

**************************************************************

**DEPOSITION TAKEN ON BEHALF OF**
**PLAINTIFFS, EUGENE BAKER, ET AL.**

DEPONENT:                          DANIEL WILSON

DATE OF DEPOSITION:                DECEMBER 13, 2023

**************************************************************




**************************************************************

**ATHA MAE MAGGARD**
Court Reporter
P.O. Box 1481
Prestonsburg, KY 41653
(606) 886-3377
athamaggard@gmail.com

**************************************************************

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX

APPEARANCES . . . . . . . . . . . . . . . . . . .        2

CAPTION . . . . . . . . . . . . . . . . . . . .        3

WITNESS
    DANIEL WILSON
    Direct Examination by Mr. Pillersdorf. . . .     4-39
    Cross Examination by Mr. Larkin. . . . . .     39-48
    Re-Direct Examination by Mr. Pillersdorf . .     48-51

CERTIFICATE OF SERVICE. . . . . . . . . . . .       52

CERTIFICATION . . . . . . . . . . . . . . . .       53

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCES

| | |
|---|---|
| FOR THE PLAINTIFFS, EUGENE BAKER, ET AL. | HON. NED PILLERSDORF<br>PILLERSDORF LAW OFFICES<br>124 WEST COURT STREET<br>PRESTONSBURG, KY 41653 |
| AND | HON. DARRELL HERALD<br>1140 MAIN STREET<br>JACKSON, KY 41339 |
| FOR THE ENERGY & ENVIRONMENT CABINET | HON. LANCE CHRISTIAN HUFFMAN<br>OFFICE OF GENERAL COUNSEL<br>300 SOWER BLVD., 3RD FLOOR<br>FRANKFORT, KY 40601 |
| FOR THE DEFENDANTS, BLACKHAWK MINING, LLC & PINE BRANCH MINING, LLC | HON. CLAY LARKIN<br>DENTONS BINGHAM GREENEBAUM<br>300 W. VINE ST., SUITE 1300<br>LEXINGTON, KY 40507 |
| AND | HON. GRAHMN MORGAN &<br>HON. JAMES McCLURE<br>DINSMORE & SHOHL, LLP<br>100 W. MAIN ST., SUITE 900<br>LEXINGTON, KY 40507 |
| ALSO PRESENT | MR. DON GIBSON,<br>COMPANY REPRESENTATIVE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR

EUGENE BAKER, ET AL.                          PLAINTIFFS


VS.


BLACKHAWK MINING, LLC
AND PINE BRANCH MINING, LLC                   DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

          The Deposition of Daniel Wilson was taken before

Atha Mae Maggard, Notary Public in and for the State of

Kentucky at Large, at the Kentucky Energy & Environment

Cabinet, 556 Village Lane, Hazard, Kentucky, on the 13th day

of December, 2023, at the Hour of 10:00 a.m., for the

purpose of using the same upon the trial of the above-styled

action now pending before the United States District Court

on behalf of the Plaintiffs, Eugene Baker, et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1              The Witness, Daniel Wilson, being first duly

2    sworn, was examined and deposed as follows:

3

4    DIRECT EXAMINATION BY HON. NED PILLERSDORF:

5              Q       Sir, state your name for the record.

6              A       Daniel Wilson.

7              Q       And Mr. Wilson, how are you employed?

8              A       I am employed by the state Environmental

9    Cabinet, and my division is Division of Mine Reclamation and

10   Enforcement.

11             Q       Okay.  What is your job title?

12             A       Environmental Scientist III.

13             Q       Okay.  How long have you worked for the

14   Cabinet?

15             A       I have worked for the Cabinet almost

16   thirteen (13) years.  It just lacks a couple of days being

17   thirteen (13) years.

18             Q       Okay.  What have you done for those

19   thirteen (13) years?

20             A       Well, I went through, obviously went

21   through some training and then I've been an environmental

22   inspector on permits for, I would say after probably about

23   the first of the year I was insp-, inspected permits on my

24   own.

25             Q       Okay.  Where do you live?

4

```
1              A        I live in Owsley County.

2              Q        Okay.  I assume you're familiar with

3    Breathitt County?

4              A        Yes.

5              Q        Okay.  Do you recall the flood event in

6    Breathitt County that happened July of 2022?

7              A        I do.

8              Q        I'm curious, where were you that, when

9    that was going on?

10             A        I believe I was, I believe I was working

11   on, you know, on some of the, some of my permits at, at that

12   time.

13             Q        Let me ask you, this case involves

14   flooding damage that occurred in an area of Breathitt

15   County.  It goes by various names.  If I say Caney Creek,

16   does that mean anything to you?

17             A        I recognize that area.

18             Q        Okay.  Did you happen to go up there after

19   the flood event?

20             A        It was several days after the flooding

21   event.

22             Q        Okay.  Do you recall what you saw when you

23   got up there?

24             A        Well, there was quite a bit of devastation

25   there caused by the high water.  There was lots of, lots of
```

 1  debris and, and lots of destruction of, of buildings and

 2  structures and everything.

 3          Q       Okay.  What was going on when you got up

 4  there?

 5          A       I think that there was a few pieces of

 6  equipment working moving silt and stuff like that and, and

 7  people were trying to just get around and look and assess

 8  the damages in most areas.

 9          Q       Do you know if anybody died during the

10  flood event in that area?

11          A       I don't really know that.  I mean I heard

12  that there was loss of life, but I didn't know anyone.

13          Q       Okay.  So you actually live in Owsley

14  County, correct?

15          A       That's right.

16          Q       You didn't get--did you get any kind of

17  flood damage there?

18          A       We got some, and probably the closest to

19  us was the Buckhorn area.

20          Q       Okay.  The reason I asked you here today,

21  Mr. Wilson--in front of you I have given you two (2) sets of

22  documents, is that correct?

23          A       Yes.

24          Q       Okay.  One appears to be--I will ask you

25  to help me out so we're clear on what we're talking about.

1    One appears to apply to Permit Number 897-0568, is that

2    correct?

3           A      Yes.

4           Q      Can you explain for the record what a

5    permit number is.

6           A      Permit numbers are identification numbers

7    for individual permits.  The first three (3) numbers

8    designate the county; so 897 designates Perry County.

9           Q      Okay.

10          A      And then each time that there is a, a

11   change in that permit as far as change of ownership or, or

12   anything like that, there's a new four (4) digit number

13   issued.

14          Q      Okay.  Well, let me ask you about the set

15   of documents in front of you.  Look through them, Mr.

16   Wilson, that I'm correct, do they all appear to pertain to

17   Permit Number 897-0568?

18          A      The ones I have in my hand do.

19          Q      Okay.  You're looking at another set.  I

20   believe that's another permit number.

21          A      Yeah, it is, it is.  These, these all

22   pertain to 0569.

23          Q      Okay.  The reason I am inconveniencing you

24   here today, bringing you here today, is your name listed as

25   the environmental inspector on all of these documents?

7

1          A       Yes, sir.

2          Q       Okay.  On the top left on this set of

3   documents--I guess, for the record, do you have any

4   objection to admitting this as collectively Plaintiff's

5   Exhibit 1 or, I guess, Wilson Exhibit 1, just so the record

6   is clear?  Is that okay with you, Lance?

7          MR. HUFFMAN:      That's fine with me.

8          MR. PILLERSDORF:  Okay.  Atha, why don't we put a

9   No. 1 on that, collective Exhibit 1.

10         Q       Am I correct, Mr. Wilson, that appears to

11  be a number of documents there, probably about twenty (20)

12  to twenty-five (25) pages.  Is that fair?

13         A       It probably is.  I didn't see the number

14  there.

15         Q       Okay.  Let me ask you, the top document,

16  it says Inspection of Non-Compliance, is that correct?

17         A       Yes.

18         Q       Okay.  For the record, what is, what does

19  an Inspection of Non-Compliance mean in layperson's terms?

20         A       After a violation is noted or, or

21  discovered and there is a citation issued, then the

22  Inspections of Non-Compliance are after, after that and they

23  pertain to any changes or anything, anything in the non-

24  compliance...

25         Q       Okay.

8

1          A        ... that changes, and the time limit is

2     usually one of the main things.

3          Q        Do the documents in front of you appear to

4     be a series of non-compliances, I believe, starting in 2020?

5     Is that a fair statement?

6          A        Yes.  I see one issued in 2020.

7          Q        Okay.  So the record is clear, the date

8     I'm looking at--it may be the last one in the packet,

9     counsel.  It says date issued 2-26-2020, is that correct?

10          MR. MORGAN:        Ned, I don't have that one.  As

11     far back as mine...

12          MR. PILLERSDORF:  It should be in the back.

13          MR. MORGAN:        ... goes is 2021.

14          MR. WILSON:        So the last sheet in that

15     first...

16          MR. MORGAN:        As far as mine goes back is

17     March of 2021.  Ned, can we take a look at what you handed

18     him.

19          MR. LARKIN:        I don't think that's the same

20     thing I have.

21          MR. MORGAN:        I don't think we have that.

22          MR. LARKIN:        Let's look at the non-compliance

23     number, okay.  Now these are not organized the same as my

24     stack.  Do you see what I'm saying?

25          MR. MORGAN:        Yeah.  It's not mine either.

9

1          Q        So the record is clear, Mr. Wilson, what

2    is the, does there appear to be a document in front of you

3    dated, it says the date issued two thousand, 2-26-2020, and

4    it has a non-compliance number.  I think it's 80-0847.  Is

5    that correct?

6          MR. LARKIN:        Well, I've got to hand it back

7    to him.

8          Q        Okay.  Let me, let me be fair to you, Mr.

9    Wilson.  It says dated two, 2-26-2020, and to the left it

10   has a non-compliance number of 80-0847.  Is that correct?

11         A        Yes.

12         Q        Okay.  Just in layperson's terms, what

13   does that document indicate?  We're talking about in 2020.

14         A        We are talking about an Inspection of Non-

15   Compliance that was dated July 21, 2022, pertaining to Non-

16   Compliance 80-0847 that was issued February 26, 2020.  And

17   this non-compliance is--well, first of all, the violation

18   code is contemporaneous and it's KAR 16:020.  And this is

19   asking, asking for an extension beyond ninety (90) days and

20   it's checked there that the extension has been requested and

21   that the non-compliance is under the review of the Director.

22         Q        In looking at the document, you mentioned

23   that there was a violation code.  And I think you said

24   contemporaneous reclamation, is that correct?

25         A        That's correct.

10

 1          Q        What does that mean in layperson's terms?

 2          A        Well, contemporaneous has to do with--

 3   that's, that's the, the way that the state monitors the

 4   highwall on, on a permit and contemporaneous has to do with

 5   the, the distance, linear feet, and also the time.  They

 6   have a certain amount of time to, to complete that

 7   reclamation, and they have a certain amount of time to

 8   eliminate that linear feet of--and they have a limit also as

 9   far as the, the amount of linear feet that they can create.

10          Q        Okay.  You used the expression

11   "contemporaneous reclamation".  What does that mean as to

12   your understanding?

13          A        Well, this particular one I wrote, so I

14   know exactly what it is.

15          Q        Okay, tell us.

16          A        Well, they ran out of time to, to reclaim

17   the wall.  That means that there was wall created out there,

18   exposed highwall, that was not reclaimed within the approved

19   amount of time.

20          Q        Okay.

21          A        So that's what, that's what was cited.

22          Q        Okay.  The other documents in front of you

23   also talk about a, also reference contemporaneous

24   reclamation, is that true?

25          A        Some of them do, yes.

11

```
 1              Q        Okay.  Let's jump to the top of the stack.
 2     I am looking at one, I think the date is 1-19-22.  Do you
 3     have that in front of you?  It's the one--the reason, so
 4     we're not confused here, the 1-19-22 appears to be across
 5     from your signature, correct?
 6              A        The date that is across from my signature
 7     usually is the date of the, that the document was, the date
 8     the inspection document was, was filled out.
 9              Q        Okay.
10              A        There is a date--sir, I didn't mean to...
11              Q        That's okay.
12              A        There is a date right there in the upper
13     right-hand corner next to my signature.
14              Q        Yes, sir.
15              A        And that date indicates when my signature
16     was actually put on this document.
17              Q        Okay.  It references contemporaneous
18     reclamation, correct?
19              A        Yes.
20              Q        Okay.  What was the reclamation issue that
21     caused this document to be generated?
22              MR. HUFFMAN:        Hey, Ned.
23              A        Are we talking about the 9-1-22 or...
24              Q        It says the date, the best I can identify
25     it is it's got environmental inspector, has your name,
```

1  Daniel Wilson.

2          A       Yes, sir.

3          Q       And then on the date, it says 1-19-2022.

4          A       Okay.  I, I must not be looking at the

5  right one.

6          Q       Okay.

7          A       Let me pull, let me see if I can find that

8  one.

9          MR. MORGAN:      Just note a general objection in

10  the record; I don't know that we have the same packet as the

11  witness, and I can't follow the dates based on the question.

12          MR. WILSON:      Okay.  I am looking at one now

13  that is dated 1-19-22.

14          MR. PILLERSDORF:  Okay.  Do you all have that?

15  It's across from his signature.

16          MR. MORGAN:      Yeah, I think I have found that

17  one.

18          MR. LARKIN:      Does the heading begin

19  Inspection of Non-Compliance No. 80-0845?

20          MR. WILSON:      No.  This one is 80-0847.

21          MR. LARKIN:      Okay.  Let me see which stack of

22  mine this is in.  These stacks are in different orders,

23  that's the reason we're having trouble.  Okay.  What was the

24  date on this one?

25          MR. WILSON:      It is 1-19-2022.

13

1          MR. LARKIN:      I will flip to it.  You all can

2    go ahead.  I'm sure it's in here somewhere.

3          MR. WILSON:      Well, this is, this is

4    pertaining to the same CR violation that we were talking

5    about on the other page.  The only thing is this one right

6    here, instead of having it checked here for being under the

7    review of the Director, this one is actually granting an

8    extension...

9          MR. PILLERSDORF:  Okay.

10         MR. WILSON:       ... extension of time.

11         Q       Why, why was the extension granted?

12         A       The extension of time was granted to, to

13   allow them more time to, to eliminate the violation, which

14   is to, to either mine, take a, take another cut or mining,

15   more mining activity on that wall or complete the

16   reclamation, one (1) of the two (2).

17         Q       Were you the main inspector on this

18   particular permit?

19         A       Well, I was the principal inspector.  My

20   supervisor is, is also, I mean he, he's also privy to all

21   this information and also he was, he actually, his name is

22   on here as far as maybe citing a, a violation or two (2), at

23   least one (1), I know.

24         Q       Let me call your attention to a--let's see

25   if we can all find this.  I am looking at an inspection

14

1    report; next to your name it says the date is 7-21-2022.  It

2    says Mine Inspection Report.  Can you find that document in

3    your packet there?

4              A       Well, the, the one, the one that we were

5    looking at first at the very top of the...

6              Q       Yeah.

7              A       ... pile, that one was.

8              Q       But I'm interested in the document called

9    Mine Inspection Report.

10             A       Oh, that's the report, yeah, not, not the

11   --I've got you.

12             MR. MORGAN:       Ned, this is not in Exhibit A or

13   Exhibit 1.  Is that right?

14             MR. PILLERSDORF:  It should be.  Let's take a

15   break and make a copy of that.  Is there a copy machine

16   here, Lance?

17             MR. HUFFMAN:      Yeah.  Yeah, there is.

18             MR. WILSON:       Okay.  Now this is, this is the

19   Mine Inspection Reports right here.  The packet that was on

20   top of mine, this Exhibit A, they only include Inspection of

21   Non-Compliances.  So the next one under there is, is, has

22   some Mine Inspection Reports.  The date you were looking for

23   is what?

24             Q       I am interested in 7-21-22.

25             A       Alright.

15

1          Q      And then I am also going to ask you about

2  9-1-22.

3          MR. PILLERSDORF:  I'm going to have--Lance, can

4  you make copies for everybody, including Mr. Wilson and Mr.

5  Morgan.

6          MR. HUFFMAN:      Yeah, absolutely.

7          MR. PILLERSDORF:  We'll take a break.

8          OFF THE RECORD

9          Q      To avoid confusion, Mr. Wilson, Mr.

10  Huffman has handed you, I think, two (2) documents.  One has

11  a date of 9-1-22 and one has a date of 7-21-22.  Is that

12  correct?

13          A      That is correct.

14          MR. PILLERSDORF:  Okay.  To avoid confusion, let's

15  do the 7-21-22 as Exhibit 2 to this deposition, and we'll do

16  9-1-22 as Exhibit 3 as an Exhibit to this deposition, so

17  it's all clear.

18          Q      Mr. Wilson, the court reporter has handed

19  you Exhibits 2 and 3, is that correct?

20          A      Yes.

21          Q      Okay.  Let's talk about Exhibit 2.  And to

22  be clear, it has a date, 7-21-2022, in the lower right

23  corner?

24          A      That's correct.

25          Q      And this is a Mine Inspection Report,

16

1  correct?

2          A       Yes.

3          Q       Okay.  What is a Mine Inspection Report?

4          A       When, when an inspector goes out on a

5  permit, whatever, whatever they observe or, you know, they,

6  they're required to fill out a Mine Inspection Report.

7          Q       Okay.  There are some codes in the report.

8  I guess in the main body of it, there's a code next to

9  contemporaneous reclamation, KAR 16:020, and it says ER.  Is

10 that correct?

11         A       Yes.

12         Q       Okay.  What does ER mean?

13         A       ER means that an extension has been

14 requested.

15         Q       Okay.  What was the issue with the

16 contemporaneous reclamation that that ER is referring to?

17         A       That was the, the exceeding of approved

18 time to reclaim the wall.

19         Q       To reclaim what?

20         A       To reclaim the, the, the exposed highwall.

21         Q       Okay.  It also, there's also an indication

22 of revegetation.  Do you see that down as well?

23         A       Yes.

24         Q       Okay.  There's initials FP.  What does

25 that mean?

17

```
 1              A       That's preventive maintenance.  That's,

 2    that is statements that the inspectors can use to, to alert

 3    the, the permittees or the operators that there is a, that

 4    there's a violation that, that may occur.

 5              Q       Okay.  Down in the--there's some notes

 6    toward the bottom of it, correct, some typed-in notes?

 7              A       Yes.

 8              Q       Let me just ask you, at one point it says,

 9    "FP: RV Ensure the minimum ninety (90%) percent of the

10    permanent ground cover standards for revegetation has been

11    achieved."  Is that correct?

12              A       Yes.

13              Q       Okay.  What does that indicate?

14              A       Well, that is a preventive maintenance

15    statement saying that with the post-mining land use of

16    hayland pasture, that in order for them to get bond release

17    or for them to be finished with the reclamation, the

18    vegetation has to reach ninety (90%) percent coverage.

19              Q       Okay.  Was that true on that particular

20    date, 7-21-22, according to this document?

21              A       Well, that was just preventive maintenance

22    telling them, it says, it says, "Ensure the minimum ninety

23    (90%) percent of the permanent ground cover standards for

24    revegetation has been achieved."  It's just giving them a

25    reminder that that has to be done before...
```

18

1          Q        On this particular date, had it been

2    achieved?

3          A        No.

4          Q        Huh?

5          A        No.

6          Q        Do you, do you have any personal

7    recollection of what the situation was on 7-21-22?  You

8    indicate the reclamation had not been achieved.  Do you have

9    any personal recollection of what the status was then?

10         A        Well, the, the CR violation that was

11   written on 0568 and the CR violation that was cited on 0569

12   as well--and the reason I'm bringing them both together is

13   because the reclamation variance that was approved, was

14   approved for both permits together...

15         Q        Okay.

16         A        ... although time was a different issue

17   than, than linear footage.  What that did was it combined

18   linear footage to a certain number that could be open,

19   highwall open on both permits.  Now that being said, this

20   time had been cited on both permits.

21         Q        Why were they cited?

22         A        Because they had failed to reclaim in the

23   approved amount of time.

24         Q        Can you give us a sense of how significant

25   the lack of reclamation was.  Was it a minor problem or

1  something more significant?

2         A       Well, I think the, one of the reasons was

3  due to the, the economics during, you know, during that

4  time.  They had just slowed down mining.  Now whether,

5  whether they had a place to sell the coal or a place--you

6  know, I don't know the business, their business, but I do

7  know that all over economics had, you know, had dictated

8  that there was kind of a slow-down.

9         Q       Okay.  Were there any pictures taken on 7-

10 21-22 as to the reclamation?  Do you regularly take

11 pictures, I guess, to support these reports?

12        A       Most of the time pictures are taken to

13 support the violations of non-compliances.

14        Q       Okay.  The reason I'm asking about the 7-

15 21-22, that's within days of the flood event.  Is that

16 correct, sir?

17        A       Yes.

18        Q       And let's jump to Exhibit 3 in front of

19 you.  This appears to be, and please correct me if I'm

20 wrong, 9-1-2022, or about a month or two (2) after the flood

21 event.  Is that a fair statement, Mr. Wilson?

22        A       Yes.

23        Q       Okay.  And just to go through it a little

24 bit, it says contemporaneous reclamation and then it has the

25 code AO and then a code EA.  Can you explain to us what

20

1   those codes mean.

2          A       Let's see here, AO means inspection of

3   agreed order, and let's see.

4          Q       Let me interrupt.  AO means agreed order,

5   is that correct?

6          A       It means inspection of agreed order, yes.

7          Q       Okay.

8          A       There was an agreed order issued by the

9   Secretary for 897-0568 and 897-0569, and it pretty well tied

10  in with the non-compliance that had been written there.

11         Q       Explain for the record, when you said

12  there was an agreed order, what does that mean in

13  layperson's terms?

14         MR. MORGAN:       Object to form.

15         A       Well, there was some type of negotiation,

16  and I don't, I didn't sit in on any of that, so I don't

17  really know anything about it other than the fact that the

18  agreed order is, is a declaration signed by the Secretary

19  that states what a permittee will have to do to comply and

20  to abate the non-compliances.

21         Q       Okay.  Just jumping ahead a little bit,

22  there is also some typewritten language in this inspection

23  report dated 9-1-22, Exhibit No. 3, correct?

24         A       Yes.

25         Q       It looks like some sort of penalty was

1  assessed, is that correct?

2       MR. MORGAN:      Objection to form.  I am noting

3  an objection to the language of the question.

4       MR. HUFFMAN:      You can go ahead and answer.

5       A      Well, well, it says, "An extension of

6  Agreed Order GAH22", that's supposed to be 22 dash 2 dash

7  0014, "has been granted with completion of the payment of

8  penalty of five thousand dollars ($5,000) within thirty (30)

9  days, also to submit a supplemental bond of five thousand,

10 five hundred thousand dollars ($500,000) within thirty (30)

11 days or before August 31, 2022, which has been completed.

12 Therefore the new date for the Agreed Order is 7-15-2024."

13      Q      Mr. Wilson, what is your understanding of

14 why there was payment of a penalty?

15      A      Well, when this agreed order was, was

16 written and it was agreed upon by all parties involved, that

17 was what the state required.

18      Q      The reason I'm asking you, Mr. Wilson,

19 what was your understanding of why a penalty was assessed?

20      A      I don't really, I don't really know.

21      Q      Was it due to the revegetation issue?

22      A      No.

23      Q      Okay.

24      A      This, this non-compliance has to do with

25 CR...

1          Q        Okay.

2          A        ... only, and that is, that is that they

3   allowed the approved amount of time to, to expire.

4          Q        Are you familiar with Pond 45?  Just to

5   your personal knowledge, are you familiar with that?

6          A        I'm trying, yeah, I'm trying to recall

7   exactly which pond that is.  Yes, I, I'm familiar.

8          Q        It is related to one of these permits?

9          A        Yes.

10         Q        Okay.  Let me ask you: was Pond 45, to

11  your knowledge, designed with a service area of two and a

12  half (2½) acres?  Is that correct?

13         A        I, I wouldn't know without checking the

14  design.

15         Q        Of your personal knowledge, when this

16  flood event occurred, had issues arisen with Pond 45 that

17  resulted in a violation, if you know, Mr. Wilson?

18         A        Again, I would have to refresh my memory

19  as to which pond Pond 45 is.  There was a couple of ponds

20  that were cited after that, I, I know that, but I can't

21  remember exactly which, which two (2) ponds it was.

22         Q        To your knowledge, did Pond 45 fail during

23  the flood event?

24         A        No.  We didn't have any ponds to fail.

25         Q        Okay.  To your knowledge, was the surface

23

1   area of Pond 45 down to point six (.6) acres after the flood

2   event?

3          A       I don't know that.

4          Q       You don't know that?

5          A       No.

6          Q       Was that part of your job to look at Pond

7   45?

8          A       Well, after the flooding occurred, my

9   supervisor and a couple of other--well, Jason Mills was one

10  of them.  I'll just say one (1) person for sure.  They came

11  over and helped me check some, some, some of the area, some

12  of the ponds, and I think Pond 45 was the pond they checked.

13         Q       Was there a Notice of Violation issued on

14  August 8, 2022, referring to Pond 45?  Do you recall that?

15         A       I can't remember the date, but there was

16  a, I think there was a violation.

17         Q       Why was there a Notice of Violation for

18  Pond 45 issued on August 8, 2022?

19         A       If my memory serves me correctly, and I'm

20  working off memory, Pond 45, after the flooding event, there

21  was some erosion down below the emergency spillway and that

22  we had two (2), two (2) ponds that we cited for that.

23         Q       Okay.  Why were they cited?

24         A       Well, they were cited because there was

25  such a volume of water came out the pipe and the emergency

1  spillway that it washed some rills and gullies there below

2  that, below that emergency spillway.  Anything deeper than

3  nine (9) inches is a violation.

4          Q       Do, do fish exist in these ponds?

5          A       We don't stock those ponds.  Those ponds

6  are built strictly for the use of silt control for the

7  companies.

8          Q       Okay.

9          A       Now some, you know, some of the private

10 citizens may put fish in them; I don't know.

11         Q       Can fish exist in those ponds?

12         A       I'm sure they could.

13         Q       Okay.

14         A       But now there's so much--like I said,

15 their primary intent is to, is to help control silt.

16         Q       Okay.

17         A       So they fill up and have to be cleaned

18 periodically.

19         Q       To your knowledge, did a number of the

20 people living down below, did they end up having fish on

21 their property after this flood event?

22         A       Oh, I don't have any idea about that.

23         Q       Do you, are you aware of that at all?

24         A       No, I'm not, sir.

25         Q       Let me ask you a little bit about--let's

25

1  just shift over and let's make the next packet I've given

2  you, I think it refers to Permit 569.  To be clear, the ones

3  I've been asking you about are 568, is that correct?

4        A       Correct, yes, that's correct.

5        MR. PILLERSDORF:  Atha, why don't you put a four

6  (4) on that collection, the 568, the 56-, excuse me, the

7  569.

8        MR. HUFFMAN:     I'm looking.

9        MR. PILLERSDORF:  There should be a packet.  The

10  first one would be--I'm trying to find the date.

11        MR. WILSON:      It was pinned separately with

12  another.

13        MR. LARKIN:      Can we go off the record.

14        MR. PILLERSDORF:  I tried to assemble them in

15  chronological order.

16        MR. LARKIN:      Do we want to go off the record

17  and organize it?

18        MR. HUFFMAN:     Yeah, and I'll just copy

19  actually what's in front of him...

20        MR. PILLERSDORF:  Okay.

21        MR. HUFFMAN:     ... and bring them that.

22        MR. PILLERSDORF:  Okay, that's fine.

23        OFF THE RECORD

24        Q       Mr. Wilson, during the break we handed

25  you, I guess, collective Exhibit 4, is that correct?  Do you

1   have that in front of you?

2          A       Yes.

3          Q       And if I'm correct, all of those

4   collective Exhibit No. 4 refers to Permit Number 897-0569,

5   is that correct?

6          A       I believe so.  I haven't looked at every

7   single page, but...

8          Q       Okay.

9          A       ... most, most of them I've looked at,

10  just about all of them have 89-69 on them, yes, sir.

11         Q       During this deposition, we've been talking

12  about Permit Number 897-0568 and Permit Number 897-0569.

13  Explain why there are two (2) different permit numbers.

14         A       Well, they're two (2) separate permits.

15  That's...

16         Q       Who, who is the company name?

17         A       Pine Branch Mining is.

18         Q       Okay.  Do you know their relationship to

19  Blackhawk Mining?

20         A       I don't, I don't really know the

21  relationship, but I believe that Blackhawk is the operator

22  for those...

23         Q       Okay.

24         A       ... it's considered.

25         Q       Are you...

27

```
 1          A        I mean I don't know if they...

 2          Q        Are you pretty familiar with these two (2)

 3   permits?

 4          A        Yes.

 5          Q        When you would go out there to inspect,

 6   which individuals would you deal with that worked for either

 7   Pine Branch or Blackhawk, any particular person who would be

 8   most knowledgeable that you would interact with?

 9          A        Well, currently working the agreed order,

10   there's, there's men there every day.  Michael Day is, is

11   the foreman there.  I would speak to him on site.

12          Q        Okay.  How long has Mr. Day been there?

13          A        He's been there since the agreed order,

14   since they have started working on it.

15          Q        Okay.  Was he there before the flood

16   event?

17          A        I think so, yes.

18          Q        I mean when you would go up there, I

19   assume you would identify yourself, correct?

20          A        Yes.

21          Q        And you would interact with somebody about

22   the status of the mining operation?

23          A        Yeah.  If, if I saw anything on site, I

24   definitely would talk to the foreman.

25          Q        Okay.
```

 1          A       Although many of the maintenance problems,

 2  I would talk to Mr. Gibson there.

 3          Q       Is he the gentleman who is here today for

 4  the deposition?

 5          A       Yes.

 6          Q       Okay.  Let me ask you: during the break, I

 7  gave you a packet that we have marked as Exhibit 4, and I

 8  asked you to tab three (3) of the Mine Inspection Reports.

 9  Is that correct?

10          A       Yes.

11          Q       Okay.  Let's talk a little bit about

12  November 29, 2021.  Am I correct that you're listed on the

13  inspection report with that date corresponding?

14          A       Yes.

15          Q       Okay.  And the Mine Inspection Report,

16  there's a reference to contemporaneous reclamation and it

17  says EG.  What does EG mean?

18          A       EG means extension granted.

19          Q       Okay.

20          A       Now what I'm, what I'm looking at here

21  with that date is the Inspection of Non-Compliance.

22          Q       Okay.

23          A       It's not the, it's not the Mine Inspection

24  Report.

25          Q       Okay.

29

```
 1          A       But EG does refer to extension granted.

 2          Q       Extension granted for what?

 3          A       To give them more time to, whatever the

 4   violation was, to work on toward abatement, toward

 5   completing that.

 6          Q       What was the issue of why the

 7   contemporaneous reclamation, EG was, was put down there?

 8   What was the issue?

 9          MR. MORGAN:      Note my objection.  I think he

10   said he's looking at a different document than what you're

11   looking at.

12          A       I'm sorry.  Let me, let me pull the right

13   date out.

14          Q       Sure, please do.

15          A       The, the Mine Inspection Reports are

16   further down in the stack.  You did say 7-18 was one of

17   them?

18          Q       11-, I'm asking about 11-29-21.

19          A       Yes, sir.

20          Q       Do you have that in front of you?

21          A       Not yet.

22          MR. HUFFMAN:     Just a second, I'm getting to

23   it.

24          A       Alright.  Sir, I do have the document

25   you're talking about.
```

```
1              Q        Just so we're clear, it says Mine

2    Inspection Report on the top?

3              A        Yes.

4              Q        And down below it says Env. Inspector

5    Daniel--is your name Danny or Daniel?

6              A        My name is, is Daniel Wilson.

7              Q        Who calls you Danny?

8              A        My mom called Danny, and I just, I wrote

9    that for many years.

10             Q        Okay.  So it says Danny Wilson, correct?

11             A        I'm sorry, yes.

12             Q        And it says 11-29-2021, correct?

13             A        Yes, sir.

14             Q        Okay.  Mr. Wilson, so there's no

15   confusion...

16             A        No, it's me.

17             Q        ... on, on that document, am I correct,

18   across from contemporaneous reclamation there's an EG,

19   correct?

20             A        Yes.

21             Q        Okay.  Explain to us why there's an EG

22   there.

23             A        This is for Non-Compliance 80-0845.  This

24   is before the agreed order was issued.  So when, when

25   there's a non-compliance, if, if the permittee or whoever is
```

31

1   cited does not abate that violation within ninety (90) days,

2   extensions have to be requested by, by letter and it has to

3   be sent to Frankfort.  Frankfort is the only ones that can

4   grant an extension.

5           Q       Okay.  You used the word violation.  What

6   was the violation?

7           A       Contemporaneous, running out of time to

8   reclaim the exposed highwall.

9           Q       Okay.  Also there's a reference to

10  revegetation, correct, on the same document?

11          A       I did FP reveg.  I FP'd backfilling and

12  grading as well.

13          Q       And in the typewritten notes down below,

14  there's a reference to revegetation, correct?

15          A       Yes.

16          Q       Okay.  Why don't you read that in the

17  record so we're clear.

18          A       "Ensure the minimum ninety (90%) percent

19  of the permanent ground cover standards for revegetation has

20  been achieved."

21          Q       As of 11-29-21, had that been achieved?

22          A       No.

23          Q       Let's jump to 3-24-22.  Does everybody

24  have that?

25                  MR. MORGAN:      Ned, you're on the Mine

32

1  Inspection Reports?

2          Q       Mine Inspection Report, Danny Wilson,

3  which he said is not his name.

4          A       That is me.

5          Q       Do you have that in front of you, Mr.

6  Wilson?

7          A       Yes, I do.

8          Q       Okay.  Let's talk a little bit about the

9  document.  It's dated 3-24-22, and it has the name Danny

10 Wilson listed, correct?

11         A       That's right, that's right.

12         Q       Contemporaneous reclamation, there's an

13 EG.  What is going on there?

14         A       That is another extension that was granted

15 beyond ninety (90) days...

16         Q       Okay.

17         A       ... by the Director of the Division of

18 Mine Reclamation and Enforcement.

19         Q       Okay.  What was the violation?

20         A       The violation was, the code was CR, and

21 that's, again, the same violation...

22         Q       Okay.

23         A       ... running out of time.

24         Q       And there's also a reference to

25 revegetation with a FP, correct?

1          A       Yes, there is.

2          Q       Okay.  What does the FP mean?

3          A       It's preventive maintenance.  It's, it's

4    just, it's just our, our way of telling them, "Before you

5    can get bond release, you have to have ninety (90%) percent

6    coverage on the revegetation."

7          Q       And down in the typed notes, there's also

8    a reference to the revegetation, correct?

9          A       Yes, yes.

10          Q       Okay.  What do the notes indicate about

11   the status of revegetation?

12          A       It says, "Minimum, ensure the minimum of

13   ninety (90%) percent of the ground, of the permanent ground

14   cover standards for revegetation has been achieved."

15          Q       So looking at this document from 11-29-

16   2021 to 3-24-2022, the revegetation had not been achieved?

17          A       That's correct.

18          Q       Okay.

19          MR. MORGAN:      Objection to the form of that

20   question.

21          Q       The last one I want to ask you about would

22   be dated 7-18-22.  Do you have that in front of you, Mr.

23   Wilson?

24          A       I do.

25          Q       Okay.  This is similar to the other two

34

1  (2), correct?

2          A       Yes.

3          Q       They are all Mine Inspection Reports?

4          A       All talking about the same violation, yes,

5  sir.

6          Q       Okay.  What was--according to this Mine

7  Inspection Report, there's a reference to revegetation and

8  the initials FP, correct?

9          A       Yes.

10          Q       Okay.  What does FP stand for?

11          A       Preventive maintenance or--again, that is,

12  that is the inspector's way and the state's way of reminding

13  these operators or permittees that before they can achieve

14  bond release, that they must have ninety (90%) percent

15  permanent ground cover.

16          Q       And the notes indicate, about revegetation

17  says what on that document dated 7-18-22?

18          A       It says, "Ensure the minimum ninety (90%)

19  percent of the permanent ground cover standards for

20  revegetation has been achieved."

21          Q       Is it fair to say it hadn't been achieved

22  as of that date?

23          A       No, it had not.

24          Q       That's a week before the flood event,

25  wasn't it?

35

1          A       Yes.

2          Q       To your knowledge, was it achieved within

3     that week?

4          A       No.

5          Q       Are you familiar with Haven King?

6          A       Yes.

7          Q       Did he have any involvement in these two

8     (2) permits, to your knowledge?

9          A       Haven King is a contractor that is

10    sometimes used by Blackhawk to remove ponds and do other

11    maintenance issues.  I cannot remember, I cannot remember if

12    he worked on these two (2) permits.

13         Q       Okay.  Would you know him if you saw him?

14         A       Yeah.

15         Q       Okay.  We're going to take his deposition

16    later today, and I've got some information he may have been

17    involved in some of the maintenance.  Do you have any

18    personal knowledge about that one way or another?

19         A       Well, again, he, he could have been; I

20    don't, I don't recall.  I do know what his, what his role

21    was with the company.  Again, I saw him on other permits

22    removing ponds, temporary ponds.

23         Q       Okay.  How many permits do you have, I

24    guess, that you monitor?

25         A       Approximately thirty (30).

1          Q       Okay.  Where are most of those permits at,
2  what counties?

3          A       They're in Perry County, most of mine are.

4          Q       Okay.  Where are these permits, what
5  county?

6          A       Perry County.

7          Q       Okay.  Were they above the Caney Creek
8  watershed, to your knowledge?

9          A       Yes.

10         MR. PILLERSDORF:  We may be done.  Let me talk to
11  Mr. Herald a minute.  Okay.

12         OFF THE RECORD

13         Q       Mr. Wilson, just a couple of more
14  questions.

15         A       Okay.

16         Q       Let's go back to the inspection report, 3-
17  24-2022.  I think that was the second one I asked you about
18  since the break.

19         A       Okay.

20         Q       There's a reference to sediment,
21  sedimentation ponds, and it says FP.  Can you explain what's
22  going on there.

23         A       Well, there was a complete inspection, and
24  I took a look at all those ponds within, maybe not that
25  particular day because there's several of them, but within a

37

1  reasonable period of time, and I used FP language to tell

2  them to, to make sure that they monitor and maintain those

3  ponds according to design.

4          Q       In the typewritten notes, it says, "The

5  following ponds had no inlet flow", and it's got a bunch of

6  numbers.  Can you translate that for us?

7          A       Yes, sir.  Those ponds maybe not

8  necessarily were bench structures, but probably so,

9  probably, because most, most of the bench structures doesn't

10 get enough water to have, you know, to be flowing every

11 single time.

12         Q       Okay.  I wonder if you could explain that

13 to us a little better.

14         A       The permit boundary, if you think of the

15 permit boundary, the bench ponds are located in certain

16 strategic areas around that permit boundary on the inside

17 to, to handle the runoff, but also collect the silt.  And a

18 lot of times there is just not enough water; I mean it's a

19 seasonal thing.  If you're having, if you're having a lot of

20 rain, it rains every day or something, you may have a few of

21 these bench ponds to discharge or flow when you inspect

22 them.  Now the, the embankment ponds, which most of those

23 listed below that are embankments, those ponds usually are

24 under a hollow-fill or they're directly in a, a main

25 tributary.  You know, they're, they're basically in a drain,

1   stopping up a hollow there somewhere; so a lot of times

2   those ponds will be flowing.  Those, the hollow-fills

3   usually have water flowing from them constantly.

4          Q       Why is that?

5          A       Well, they put rock pours in those for

6   drainage and, you know, they cover a huge--well, I say huge

7   --they cover a pretty good-sized area most of the time and,

8   I'm talking about acreage-wise, and they also cover,

9   elevation-wise, they cover a pretty good area.  So, you

10  know, there's springs, there's, there's water that just, you

11  know, that just discharges from the toes of these hollow-

12  fills most of the time; that's why the pour and everything

13  is put in there, to allow that to happen.

14         MR. PILLERSDORF:  Okay.  I don't have any more

15  questions.  Thank you, Mr. Wilson.  I appreciate your

16  patience.

17         MR. WILSON:      Thank you.

18

19  <u>CROSS EXAMINATION BY HON. CLAY LARKIN:</u>

20         Q       Mr. Wilson, I'm Clay Larkin.  I represent

21  the Defendants in the case.  I'll try not to keep you here

22  any longer than I have to, but...

23         A       Alright.

24         Q       ... I just wanted to follow up...

25         A       Sure.

1          Q        ... on a couple of things that Mr.

2    Pillersdorf asked you.  He asked you a number of questions

3    about contemporaneous reclamation.  We call it CR sometimes.

4          A        Yes.

5          Q        In this instance on the two (2) permits

6    that we're talking about, we've confirmed that there were CR

7    violations, right?

8          A        Yes.

9          Q        The Cabinet granted Pine Branch extensions

10   of time to abate those violations, correct?

11         A        That, that is true.  That's before the

12   agreed order was issued.

13         Q        Well, and let's talk about that.  The

14   Cabinet granted extensions of time.  And before there was

15   even an agreed order, the Cabinet is allowed to do that, as

16   you explained.  Would the Cabinet do that if there was any

17   danger to health and safety of the public if the extension

18   was granted?

19         A        Well, if there was, if there was some

20   environmental issue, you know, with, with those permits, you

21   know--well, first of all, the inspector, his supervisor, and

22   probably a hydrologist from Frankfort, there would be

23   several people taking a look at that before, hopefully

24   before it became a problem or an environmental issue that

25   would harm someone.

```
 1            Q        And if it was that later case where
 2   somebody was going to be harmed, there are other options
 3   that the Cabinet has besides granting an extension?
 4            A        Absolutely.
 5            Q        What, what is...
 6            A        We can write, well, we can write Imminent
 7   Danger COs, which would shut everything down immediately.
 8            Q        And you would do that if the conditions
 9   were creating a danger, wouldn't you?
10            A        Absolutely.
11            Q        You wouldn't grant somebody an extension
12   if they weren't trying to remedy the violation, would you?
13            A        No.  That's another thing, you know, the
14   extensions--as far as our office, Hazard Regional Office, we
15   can't, we can't give them time, but we inspect them and we
16   fill out the paperwork, and the extensions have to be
17   granted through Frankfort.
18            Q        And they don't give them for just no
19   reason, do they?
20            A        No.  The, the sole reason for those
21   extensions are to allow them to achieve reclamation.
22            Q        And so if somebody was showing no efforts
23   towards that or wasn't being diligent about that, they
24   probably wouldn't get an extension?
25            A        No.  They, they--well, you know, if they
```

41

1   was not diligent, they would, they wouldn't, they probably

2   wouldn't get very much.

3          Q       So that's, that's the extension process.

4   Now we've also in this case then got an agreed order.  Is

5   your understanding of that agreed order that it basically

6   has set a new deadline for the completion of reclamation?

7          A       Yes.

8          Q       So is it fair to say that Pine Branch

9   isn't in violation of the CR standard as established by the

10  agreed order?

11         A       Well, the agreed order is in effect, and

12  they are diligently working toward reclamation and the--I

13  believe the agreed order is July 24, 2024.  Now they, I

14  think, at that time if, if Pine Branch doesn't achieve

15  complete reclamation, they can apply for an extension of

16  agreed order, but they'll look at that really, really

17  closely.  And, and, you know, if they've been working

18  diligently and they, and, and achieving some success--that's

19  another thing, the success.  They have to, that has to be

20  documented as they, as they proceed with the agreed order.

21         Q       And if they hadn't been diligent to begin

22  with, they probably wouldn't have obtained an agreed order

23  from the Secretary, would they?

24         A       No.

25         Q       Okay.  You were asked some questions about

42

1    a couple Notices of Non-Compliance that were written to Pine
2    Branch in August of 2022 that had to do with ponds.  Do you
3    recall that discussion that you had?
4          A     Yes, sir.
5          Q     And I think you testified that you had
6    assistance in looking at those ponds after, this was after
7    the flood?
8          A     Yes.  After the flood, there was--well, I
9    had some help over there to, to take a look at everything.
10         Q     But you were there and...
11         A     Yes.
12         Q     ... you looked at it, correct?
13         A     Yes.
14         Q     And you wrote the inspection reports that
15   we've talked about with respect to--I don't know that those
16   were introduced, but they, you wrote, wrote your findings?
17         A     That's right.
18         Q     Is it fair to say, just to summarize
19   those, that those violations resulted from this historic
20   rain event?
21         A     The ones on the ponds where the, the
22   erosion...
23         Q     Uh huh (affirmative).
24         A     ... yeah, they were directly because of
25   that.

43

1         Q        It wasn't really that Pine Branch should

2    have been doing something it didn't do; it was just that

3    there was historical rain?

4         A        Well, to be honest with you, most of these

5    ponds, the way they're set up, it takes a, it takes a pretty

6    good rain event to, to fill that pipe so it expels a full--

7    and that's the principal spillway.  Well, in this particular

8    case, the principal spillway wouldn't handle all the water,

9    so the emergency spillway was utilized, and that's where the

10   erosion occurred, see.  And I had, I had never seen water in

11   the emergency spillway on several of these ponds.

12        Q        So it was an unprecedented level of rain?

13        A        Oh, it was.

14        Q        We talked or you were asked some questions

15   about Blackhawk versus Pine Branch.  Do you remember that

16   discussion?

17        A        Yes.

18        Q        With respect to Permit 897-0568 and 897-

19   0569, Pine Branch is the permittee, correct?

20        A        Yes.

21        Q        And if there was a contract operator,

22   you're required to list the contract operator in a Notice of

23   Non-Compliance, correct?

24        A        Yes.

25        Q        Okay.  And in my review of the documents,

44

1   you don't list an operator?

2          A       No, I don't.

3          Q       So would it be fair to assume that Pine

4   Branch Mining is the only permittee here and, and there's

5   not an operator?

6          A       Yes.

7          Q       Okay.

8          A       I don't know, I don't know what

9   Blackhawk's niche is, what they, what they do.

10         Q       And that's fair.  I'm not going to ask

11  you...

12         A       Yeah, I, I...

13         Q       ... anything about corporate structures or

14  anything like that.  I just wanted to confirm that you're

15  not aware here of anybody other than a permittee?

16         A       Those com-, that company operates several

17  different names.

18         Q       But in this case, we're talking about Pine

19  Branch Mining?

20         A       Pine Branch, yes, sir.

21         Q       Okay.  Let's talk a little bit about this

22  revegetation question.  And you were asked several questions

23  about, I call them FP Notices.

24         A       Right.

25         Q       And those are always down in the comment

1 section of these reports, aren't they?

2          A        That's right.

3          Q        You had several that said FP, ninety (90%)

4 percent revegetation.  Does that mean that the permittee was

5 in violation of the revegetation standard?

6          A        No.  That, all that means is that the

7 post-mining land use was hayland pasture.  And in order to

8 achieve bond release, you know, ninety (90%) percent of

9 ground cover is what has to be achieved.

10         Q        Let me put it this way: so sometime in the

11 future, they needed to get to ninety (90%) percent?

12         A        That's right.  If you go on that permit

13 and look at, at the exposed wall that was cited or what's

14 left of it, you're going to see, close behind that, you're

15 going to see an area that's already graded and vegetation

16 growing on it.  And if you keep going on past that, there's

17 an area up there that's already been released, the bond

18 released.  So you, you know, that area has a little bit of,

19 of the whole process going on right there, I mean, just...

20         Q        So for a layperson, it's fair to say some

21 of this permit is actually revegetated and the bond

22 released?

23         A        That's right.  They're, they're already

24 gone, some of them are.

25         Q        It's just the areas where they're still

46

1   working...

2        A        Right.

3        Q        ... but they're not required to have

4   ninety (90%) percent yet and haven't made ninety (90%)

5   percent?

6        A        That's right.  They, they always if--we

7   didn't mention it, but when we cite an area, there's always

8   increments cited on there.

9        Q        Uh huh (affirmative).

10       A        Well, those increments can be, they can,

11  they--an increment can achieve Phase III bond release and

12  there could still be some exposed highwall on the other side

13  of the permit; see, it's possible.

14       Q        Okay.  I think that helps clear that up

15  for us.  But just for the record, FP doesn't mean there's a

16  violation?

17       A        FP is preventive maintenance, and that's

18  exactly what we use it for.  If there's something there that

19  is, is potential to develop into a violation, you know, we

20  use that.  Like sometimes we'll say rill and gullies, rills

21  and gullies are forming in the backfill, you know, perform

22  maintenance before a violation occurs.  You know, so I, I

23  used that one several times.

24       Q        Sometimes it's just a reminder of

25  something you might need to do in the future?

47

1           A        That's right.

2           MR. LARKIN:        I think those were most of what

3    I wanted to touch on.  But if we could have just a couple of

4    minutes, I want to follow up with these folks and make sure

5    we don't have anything else.

6           MR. WILSON:        Sure.

7           OFF THE RECORD

8           MR. LARKIN:        Thank you, Mr. Wilson.  I don't

9    have anything else for you.  I appreciate your time.

10

11   RE-DIRECT EXAMINATION BY HON. NED PILLERSDORF:

12          Q        Mr. Wilson, a couple of follow-up

13   questions.

14          A        Alright, sir.

15          Q        Are you familiar with any of the satellite

16   photos of this area that were taken in 2021, before the

17   flood event in 2022?  Is part of your job looking at those

18   satellite photos?

19          A        I have looked at some of them, you know,

20   for various reasons.

21          Q        Let me ask you--we've hired an expert

22   witness in this case, and I'm going to ask you to respond to

23   what he says.  He says he looked at the satellite photos.

24          A        Okay.

25          Q        And he says--I'll just read you part of

48

1    his report and get you to respond.  Okay.  It says, "At the

2    time of the July, 2022 flooding, reclamation in the

3    watershed was wholly inadequate with substantial areas

4    unreclaimed, bare of vegetation or very sparse vegetation."

5    Is that an accurate statement?

6          MR. MORGAN:      Let me just object, before you

7    go, object to the form of the question and object to the

8    characterization that this is an expert.  The court has not

9    identified him as an expert or allowed him as an expert; so

10   with those caveats.

11         A     Alright.

12         Q     Did you hear what I read you?

13         A     Yes, sir.

14         Q     Was that an accurate statement?

15         A     Well, again, like I said a few minutes

16   ago, you, you have areas on that complex up there that has

17   already been released; you have areas that are, say, Phase

18   I; you have areas that are Phase II; you have areas that

19   have exposed highwall; and right there close to it you'll

20   have, you know, no vegetation, a rough area.  So, yes, there

21   is areas there that, that is next to the exposed highwall

22   that's, that's not been graded or anything like that.

23         Q     And isn't it true that in Permit 897-0568,

24   there was an ongoing Notice of Violation relating to

25   reclamation that was first issued in February of 2020, is

49

1  that true?

2          MR. MORGAN:       Objection to form.

3          A       What was the violation code?

4          Q       In 897-0568, issues about the reclamation,

5  they were first being notified of those issues as early as

6  February of 2020.

7          A       Was it, was it a CR violation, is that

8  what you're saying?

9          Q       Well, I'm just asking you...

10          A       Oh.

11          Q       ... whether issues, was citing them for

12  reclamation issues, I guess, more than three (3) years

13  before the flood event?

14          MR. MORGAN:       Objection to form.

15          A       I don't recall that.

16          Q       Okay.

17          A       Are, are they in your...

18          Q       I think we've already talked about...

19          MR. MORGAN:       Objection to form.

20          Q       ... in 568.

21          A       Oh, that, that was the CR violation mostly

22  is what we talked about.

23          Q       So the CR violation is what?

24          A       It is where they have created highwall in

25  the mining process and, with the Cabinet's approved time

1  allotment, they have exceeded that time; so I wrote them for

2  running out, running out of time and not having it

3  reclaimed.

4          MR. PILLERSDORF:  Thank you, sir.  I appreciate

5  it.

6          MR. WILSON:       Okay.

7          MR. LARKIN:       Nothing else from us.

8

9                  * * * * * * * * * *

10         Thereupon the taking of the deposition of DANIEL

11  WILSON was concluded.

12                  * * * * * * * * * *

CERTIFICATE OF SERVICE

This is to certify that the foregoing deposition

has been mailed and/or emailed to the following persons:

ORIGINAL TO:

Hon. Ned Pillersdorf
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, KY 41653

COPIES:

Hon. Ned Pillersdorf
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, KY 41653

Hon. Grahmn Morgan
DINSMORE & SHOHL, LLP
100 West Main Street, Ste 900
Lexington, KY 40507

This the 8th day of January, 2024.


_____
Atha Mae Maggard
Freelance Court Reporter

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF FLOYD  )

       I, ATHA MAE MAGGARD, Notary Public for the State of Kentucky at Large, do certify that the foregoing deposition was taken at the time and place stated in caption; that the witness was duly sworn before me before testifying; that the deposition was taken by me in shorthand notes and on tape recorder and later transcribed on the computer by me; and that the foregoing 52 pages of typewritten material is a true and correct copy of my said shorthand notes and tape recordings.

       Given under my hand this 8th day of January, 2024.

_____
Atha Mae Maggard
Notary Public, KYNP10490
State of KY at Large

My commission expires
August 6, 2024

53

**Inspection of Non-Compliance**                                    Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**                PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**             ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **July**, **2022**, and Whereas, on this **21** day of **July**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

⬚ Remedial measures left to be completed include:

⬚

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?               Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                     (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

⬚ Remedial measures left to be completed include:

⬚

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?        Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?       Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director.** |
|---|---|
| Env. Inspector: | *Danny K. Wilson*  Signed by: Danny K. Wilson | I.D. No: **080005** | Date: **07/21/2022** |
| Env. Control Supervisor: | *Clayton Nantz*  Signed by: Clayton Nantz  7/27/2022 | Env. Control Manager: | *Clayton Nantz*  Signed by: Clayton Nantz  7/27/2022 |

Person On-Site Whom Copy Was Delivered:

Signature:   X  Double-Click to Sign

Person Whom Copy Was Hand Delivered:          Signature:

Certified Mail No.                            Certified Date

Contact Inspector at:   **Daniel Wilson at 606-224-7117**          upon completion of remedial measures

**PLAINTIFF'S EXHIBIT**

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation          SME-03   Revised: 06/2008          Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                 ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 16 day of May, 2022, and
Whereas, on this 6 day of June, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020            (Code: CR )

☐ Has been completed.
☒ Has not been completed and an extension is granted to 07/15/2022 because:
More time is needed to complete the required remedial measures.
Remedial measures left to be completed include:
Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?                     Yes ☒  No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and
Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                            (Code: ☐ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of        ?          Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?             Yes ☐  No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 07/15/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *[signature]* | I.D. No. | 080005 | Date: | 06/06/2022 |
| Env. Control Supervisor: | *[signature]* Signed by: Clayton Nantz | Env. Control Manager: | *[signature]* Signed by: Steve Vance | | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:                         Signature:
Certified Mail No.                                           Certified Date
Contact Inspector at:   Daniel Wilson at 606-224-7117        upon completion of remedial measures

**Inspection of Non-Compliance**

Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: ☐80-0847☐

COMPANY NAME: ☐PINE BRANCH MINING, LLC☐                        PERMIT No.: ☐897-0568☐

NON-COMPLIANCE ISSUED BY: ☐WILSON, DANIEL☐                    ID. No.: ☐080005☐

Whereas, on the ☐26☐ day of ☐February☐, ☐2020☐, A notice of Non-Compliance pertaining to Permit No. ☐897-0568☐ was issued to you with the instruction that remedial work should be completed on or before the ☐16☐ day of ☐May☐, ☐2022☐, and Whereas, on this ☐17☐ day of ☐May☐, ☐2022☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    **Contemporaneous Reclamation - KAR 16:020**        (Code: ☐CR☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?                Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                        (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of        ?        Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?                Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested, for NNC#80-0847 issued 02/26/2020, and is currently under the review of the Director.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* Signed by Danny K. Wilson | I.D. No: 080005 | Date: | 05/17/2022 |
| Env. Control Supervisor: | *Clayton Nantz* Signed by Clayton Nantz | Env. Control Manager: | *Steve N Vance* Signed by Steve Vance | |

Person On-Site Whom Copy Was Delivered:                                Signature:    X Double-Click to Sign

Person Whom Copy Was Hand Delivered:                                Signature:

Certified Mail No.                                                Certified Date

Contact Inspector at:    **Daniel Wilson at 606-224-7117**                        upon completion of remedial measures

## Inspection of Non-Compliance

Page **1** of **1**

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **March**, **2022**, and Whereas, on this **24** day of **March**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**   (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **05/16/2022** because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # ____ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ____ day of ____, A notice of ____ pertaining to Permit No. ____ was issued to you with the instruction that remedial work should be completed on or before the ____ day of ____, and Whereas, on this ____ day of ____, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ____   (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ____ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ____ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ____ ?   Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 05/16/2022.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* 3/24/2022 Signed by: Danny K. Wilson | I.D. No: | **080005** | Date: **03/24/2022** |
| Env. Control Supervisor: | *Clayton Nantz* 3/25/2022 Signed by: Clayton Nantz | Env. Control Manager: | *Steve N. Vance* 3/25/2022 Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature:   X Double Click to Sign

Person Whom Copy Was Hand Delivered:

Certified Mail No.

Signature:

Contact Inspector at:   **Daniel Wilson at 606-224-7117**

Certified Date

upon completion of remedial measures

**Inspection of Non-Compliance**                    Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847                    ☐

COMPANY NAME: PINE BRANCH MINING, LLC          PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL          ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 16 day of January, 2022, and

Whereas, on this 19 day of January, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020          (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 03/17/2022 because:

More time is needed to complete the required remedial measures.

Remedial measures left to be completed include:

Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the [ ] day of [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], and

Whereas, on this [ ] day of [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard   [ ]          (Code: [ ])

☐ Has been completed.

☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ]?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 03/17/2022. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* | I.D. No: | 080005 | Date: | 01/19/2022 |
| Env. Control Supervisor: | *Clayton Nantz* 1/21/2022 | Env. Control Manager: | *Steve N. Vance* 1/21/2022 | | |
| | Signed by: Clayton Nantz | | Signed by: Steve Vance | | |

Person On-Site Whom Copy Was Delivered:                    Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:                    Signature:

Certified Mail No.                                        Certified Date

Contact Inspector at:   **Daniel Wilson**                upon completion of remedial measures

**Inspection of Non-Compliance**

Page [1] of [1]

INSPECTION OF NON-COMPLIANCE NO.: [80-0847]

COMPANY NAME: [PINE BRANCH MINING, LLC]

PERMIT No.: [897-0568]

NON-COMPLIANCE ISSUED BY: [WILSON, DANIEL]

ID. No.: [080005]

Whereas, on the [26] day of [February], [2020], A notice of Non-Compliance pertaining to Permit No. [897-0568] was issued to you with the instruction that remedial work should be completed on or before the [17] day of [November], [2021], and Whereas, on this [30] day of [November], [2021], another inspection has been made and it has been found that:

Remedial Work for Performance Standard   [Contemporaneous Reclamation - KAR 16:020]          (Code: [CR] )

☐ Has been completed.

☒ Has not been completed and an extension is granted to [01/16/2022] because:

More time is needed to complete the required remedial measures.

Remedial measures left to be completed include:

Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the [ ] day of [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], and Whereas, on this [ ] day of [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]          (Code: [ ])

☐ Has been completed.

☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ]?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 01/16/2022. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L. Coshnews* (signed by Danny L. Coshnews) 11/30/2021 | I.D. No: | 080005 | Date: 11/30/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 12/1/2021 Signed by: Clayton Nantz | Env. Control Manager: | *Steve N Vance* 12/1/2021 Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature:          X Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:   **Daniel Wilson**

upon completion of remedial measures

**Inspection of Non-Compliance**

Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC

PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL

ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 17 day of November, 2021, and Whereas, on this 18 day of November, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020    (Code: CR )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐    No ☒
Did operator exhibit a good faith effort in completing remedial work?    Yes ☒    No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    ☐    (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ☐?    Yes ☐    No ☐
Did operator exhibit a good faith effort in completing remedial work?    Yes ☐    No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested, for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* Signed by: Danny K. Wilson | I.D. No: 080005 | Date: | 11/18/2021 |
| Env. Control Supervisor: | *Clayton Nantz* Signed by: Clayton Nantz | Env. Control Manager: | *Steve Vance* Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature:    ☐ Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:    **Daniel Wilson**

upon completion of remedial measures

**Inspection of Non-Compliance**                                      Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: ☐80-0847☐

COMPANY NAME: ☐PINE BRANCH MINING, LLC☐                   PERMIT No.: ☐897-0568☐

NON-COMPLIANCE ISSUED BY: ☐WILSON, DANIEL☐                 ID. No.: ☐080005☐

Whereas, on the ☐26☐ day of ☐February☐, ☐2020☐, A notice of Non-Compliance pertaining to Permit No. ☐897-0568☐ was issued to you with the instruction that remedial work should be completed on or before the ☐18☐ day of ☐September☐, ☐2021☐, and

Whereas, on this ☐12☐ day of ☐October☐, ☐2021☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   ☐Contemporaneous Reclamation - KAR 16:020☐         (Code: ☐CR☐ )

☐ Has been completed.

☒ Has not been completed and an extension is granted to ☐11/17/2021☐ because:
☐More time is needed to complete the required remedial measures.☐

Remedial measures left to be completed include:
☐Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.☐

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?        Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the ☐ ☐ day of ☐ ☐, A notice of ☐ ☐ pertaining to Permit No. ☐ ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ ☐ day of ☐ ☐, and

Whereas, on this ☐ ☐ day of ☐ ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   ☐ ☐                         (Code: ☐ ☐)

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐        ?        Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?        Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-8047 issued 02/26/2020, to 11/17/2021.** | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny E Wilson* (Signed by: Danny E. Wilson) | | I.D. No: 080005 | Date: | 10/12/2021 |
| Env. Control Supervisor: | *David Ra* (Signed by: Derrick Slone) | Env. Control Manager: | *Steve N Vance* (Signed by: Steve Vance) | | |

Person On-Site Whom Copy Was Delivered:                      Signature:  ☒ Double-Click to Sign

Person Whom Copy Was Hand Delivered:                      Signature:

Certified Mail No.                                             Certified Date

Contact Inspector at:      **Daniel Wilson**                     upon completion of remedial measures

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC

PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL

ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 18 day of September, 2021, and Whereas, on this 23 day of September, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020    (Code: CR )

☐ Has been completed.

☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?    Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the [ ] day of [ ], [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], [ ], and Whereas, on this [ ] day of [ ], [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]    (Code: [ ] )

☐ Has been completed.

☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ] ?    Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?    Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested by the Permittee for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* Signed by: Danny K Wilson | I.D. No: 080005 | Date: | 09/23/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 9/24/2021 Signed by: Clayton Nantz | Env. Control Manager: | *Steve N Vance* 9/24/2021 Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: X  Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Certified Mail No.

Contact Inspector at:    **Daniel Wilson**

Signature:

Certified Date

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **20** day of **July**, **2021**, and Whereas, on this **5** day of **August**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

- [ ] Has been completed.
- [x] Has not been completed and an extension is granted to **09/18/2021** because: **More time is needed to complete the required remedial measures.**

    Remedial measures left to be completed include: **Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes [ ]   No [x]

Did operator exhibit a good faith effort in completing remedial work?          Yes [x]   No [ ]

If NO, indicate what extent he failed to do so:

---

Whereas, on the [ ] day of [ ], [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], and Whereas, on this [ ] day of [ ], [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]          (Code: [ ] )

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to [ ] because:

    Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ] ?          Yes [ ]   No [ ]

Did operator exhibit a good faith effort in completing remedial work?          Yes [ ]   No [ ]

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 09/18/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* (Signed by Danny L. Wilson) | I.D. No: 080005 | Date: | 08/05/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 8/10/2021 (Signed by: Clayton Nantz) | Env. Control Manager: | *Steve N. Vance* 8/10/2021 (Signed by: Steve Vance) | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:   **Daniel Wilson**

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation          SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC                PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL             ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 20 day of July, 2021, and

Whereas, on this 20 day of July, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020        (Code: CR )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

_____

Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?        Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

_____

Whereas, on the ☐ day of ☐, ☐. A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and

Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   ☐        (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

_____

Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐?        Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?        Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

_____

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* Signed by Danny K. Wilson | I.D. No: 080005 | Date: | 07/20/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 7/21/2021 Signed by Clayton Nantz | Env. Control Manager: | *Steve N Vance* 7/21/2021 Signed by Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: ✗ Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Certified Mail No.                                Signature:

                                               Certified Date

Contact Inspector at:   **Daniel Wilson**        upon completion of remedial measures

**Inspection of Non-Compliance**

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC

PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL

ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 21 day of May, 2021, and

Whereas, on this 24 day of May, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  **Contemporaneous Reclamation - KAR 16:020**    (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 07/20/2021 because:
**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?     Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?     Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and

Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___    (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?     Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?     Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement for NNC#80-0847 issued 02/26/2020 to 07/20/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny E. Wilson* Signed by: Danny E. Wilson | I.D. No: | 080005 | Date: |
| Env. Control Supervisor: | *Steve N Vance* 5/25/2021 Signed by: Steve Vance | Env. Control Manager: | *Steve N Vance* 5/25/2021 Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature:  ✗ Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Certified Mail No.

Contact Inspector at:   **Daniel Wilson**

Signature:

Certified Date

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation        SME-03    Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                    Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847

COMPANY NAME: PINE BRANCH MINING, LLC                  PERMIT No.: 897-0568

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL               ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 22 day of March, 2021, and Whereas, on this 8 day of April, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020          (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 05/21/2021 because:
   More time is needed to complete the required remedial measures.
   Remedial measures left to be completed include:
   Permittee shall reclaim open high wall areas within Increments#15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?                    Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ___ day of ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, and Whereas, on this ___ day of ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___          (Code: ☐)

☐ Has been completed.

☐ Has not been completed and an extension is granted to ___ because:

   Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___?          Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 05/21/2021. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny E. Wilson* | I.D. No: | 080005 | Date: |
| Env. Control Supervisor: | *Clayton Nantz* | Env. Control Manager: | *Steve N. Vance* | |

Person On-Site Whom Copy Was Delivered:                    Signature:  X  Double-Click to Sign

Person Whom Copy Was Hand Delivered:              Signature:

Certified Mail No.                                Certified Date

Contact Inspector at:   Daniel Wilson              upon completion of remedial measures

## Inspection of Non-Compliance

**Inspection of Non-Compliance**                                                          Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**                              PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                              ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **22** day of **March**, **2021**, and Whereas, on this **25** day of **March**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**           (Code: **CR** )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?        Yes ☒  No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                              (Code: ☐ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?        Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?        Yes ☐  No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director.** | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* Signed by: Danny L. Wilson | | I.D. No: | **080005** | Date: 3/30/2021 |
| Env. Control Supervisor: | *Clayton Nantz* Signed by: Clayton Nantz | Env. Control Manager: | *Derrick Stone* Signed by: Derrick Stone | | 3/31/2021 |

Person On-Site Whom Copy Was Delivered:                                   Signature:  X  Double-Click to Sign

Person Whom Copy Was Hand Delivered:                                   Signature:

Certified Mail No.                                                        Certified Date

Contact Inspector at:   **Daniel Wilson**                              upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation      SME-03   Revised: 06/2008                 Frankfort/Regional Office/Inspector

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered? **897-0568**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY 40507 | 2507.1 | AP | 08:00 AM | 10:30 AM | SURFACE |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | 2207.02 | 07/21/2022 | | P | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 2000 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 1600 | 07/21/2022 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0847 | NC | | | | | 11/08/2026 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | FP | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance. Yes ☐ No ☐  If yes not selected, list points in violation.

This inspection was requested by the Permittee and is an inspection on Pond BS-43 to determine if this pond can be removed from the Long Term Treatment List. Those accompanying with this inspection were; Timmy Marshall, Environmental Scientist I, and Justin Morgan, OSM Inspector.
ER: CR An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
FP: DV Continue to construct and maintain diversions according to the approved Permit Package.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0568 is: KYGE40198.



PLAINTIFF'S EXHIBIT 2

| Env. Inspector: | Danny R. Wilson | 7/26/2022 | I.D. No: | 080005 | Date: | 07/21/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | Clayton Pendry | 7/27/2022 | Env. Control Manager: | Clayton Pendry | | 7/27/2022 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement

SME-01   Revised 05/2013

Frankfort Regional Office/Inspector

Page: 1 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?    897-0568

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY 40507 | 2507.1 | AP | 07:00 AM | 09:00 AM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 2207.02 | 09/01/2022 | P | CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 2000 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 1600 | 09/01/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 80-0847 | NC | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | AO, EA | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance. Yes ☐ No ☐ If Yes not selected, list points in violation.

**EA  CR  An extension of Agreed Order #GAH220014 has been granted with completion of the payment a penalty of five thousand dollars within 30 days also to submit a supplemental bond of five hundred thousand dollars within 30 days on or before 08/31/2022 which has been completed therefore the new due date for this Agreed Order is 07/15/2024.**
**FP: SC Ensure the watershed acreage for each pond is as approved in the permit package,**
**The KPDES number for 897-0568 is: KYGE40198.**

PLAINTIFF'S EXHIBIT 3

| | | | |
|---|---|---|---|
| Env. Inspector: | Danny K. Wilson   9/11/2022 | I.D. No: 080005 | Date: 09/01/2022 |
| Env. Control Supervisor: | Dayton Neace   9/11/2022 | Env. Control Manager: | Randall O.   9/12/2022 |

| | | | |
|---|---|---|---|
| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

## Inspection of Non-Compliance

Page $\boxed{1}$ of $\boxed{1}$

INSPECTION OF NON-COMPLIANCE NO.: $\boxed{\text{80-0845}}$

COMPANY NAME: $\boxed{\text{PINE BRANCH MINING, LLC}}$     PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: $\boxed{\text{WILSON, DANIEL}}$     ID. No.: $\boxed{080005}$

Whereas, on the $\boxed{19}$ day of $\boxed{\text{December}}$, $\boxed{2019}$, A notice of Non-Compliance pertaining to Permit No. $\boxed{897-0569}$ was issued to you with the instruction that remedial work should be completed on or before the $\boxed{20}$ day of $\boxed{\text{March}}$, $\boxed{2021}$, and Whereas, on this $\boxed{25}$ day of $\boxed{\text{March}}$, $\boxed{2021}$, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   $\boxed{\text{Contemporaneous Reclamation - KAR 16:020}}$    (Code: $\boxed{\text{CR}}$ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ⌷ because:

_____

Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #⌷ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?    Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

_____

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐    (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

_____

Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?    Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?    Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

_____

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* <br> Signed by: Danny K Wilson | I.D. No: | **080005** | Date: |
| Env. Control Supervisor: | *Clayton Nantz* 3/30/2021 <br> Signed by: Clayton Nantz | Env. Control Manager: | *Derrick Stone* 3/31/2021 <br> Signed by: Derrick Stone | |

Person On-Site Whom Copy Was Delivered:      Signature:    X _Double-Click to Sign_

Person Whom Copy Was Hand Delivered:     Signature:

Certified Mail No.     Certified Date

Contact Inspector at:    **Daniel Wilson**     upon completion of remedial me⌷

PLAINTIFF'S EXHIBIT 4

**Inspection of Non-Compliance**                    Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**                    PERMIT NO.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                    ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **20** day of **March**, **2021**, and Whereas, on this **8** day of **April**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **05/19/2021** because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐          (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/19/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *[signature]* | I.D. No: | **080005** | Date: |
| Env. Control Supervisor: | *[signature]* Signed by: Clayton Nantz  4/12/2021 | Env. Control Manager: | *[signature]* Signed by: Steve Vance  4/12/2021 | |

Person On-Site Whom Copy Was Delivered:

Signature: ☒ Double-Click to Sign

Person Whom Copy Was Hand Delivered:          Signature:

Certified Mail No.          Certified Date

Contact Inspector at:   **Daniel Wilson**          upon completion of remedial measures

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

PERMIT No.: **897-0569**

ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **19** day of **May**, **2021**, and

Whereas, on this **24** day of **May**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard     **Contemporaneous Reclamation - KAR 16:020**     (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **07/18/2021** because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments #13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?     Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?     Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐ , A notice of pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐ , and

Whereas, on this ☐ day of ☐ , another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐     (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?     Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?     Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and enforcement for NNC#80-0845 issued 12/19/2019 to 07/18/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L Wilson* | I.D. No. | **080005** | Date: |
| Env. Control Supervisor: | 5/25/2021 *Steve N Vance* Signed by: Steve Vance | Env. Control Manager: | 5/25/2021 *Steve N Vance* Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:     **Daniel Wilson**

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation          SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                                Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**                                    ☐

COMPANY NAME: **PINE BRANCH MINING, LLC**                     PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                  ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **18** day of **July**, **2021**, and

Whereas, on this **20** day of **July**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

| |
| --- |

Remedial measures left to be completed include:

| |
| --- |

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

| |
| --- |

Whereas, on the ☐ day of ☐ , ☐ , A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐ , ☐ , and

Whereas, on this ☐ day of ☐ , ☐ , another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐          (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

| |
| --- |

Remedial measures left to be completed include:

| |
| --- |

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| |
| --- |

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.** | | | |
| --- | --- | --- | --- | --- |
| Env. Inspector: | *Danny E Wilson* Signed by: Daniel Wilson | I.D. No: | **080005** | Date: **07/20/2021** |
| Env. Control Supervisor: | 7/21/2021 *Clayton Nantz* Signed by: Clayton Nantz | Env. Control Manager: | 7/21/2021 *Steve N Vance* Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:                     Signature: ⟍ Double-Click to Sign

Person Whom Copy Was Hand Delivered:                     Signature:

Certified Mail No.                                          Certified Date

Contact Inspector at:   **Daniel Wilson**                  upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation          SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                        Page **1** of **1**

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**                    PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                 ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **18** day of **July**, **2021**, and

Whereas, on this **5** day of **August**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**              (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **09/18/2021** because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the ☐ day of ☐ , A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐ , and

Whereas, on this ☐ day of ☐ , another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐               (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?   Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 9/18/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* <br> Signed by: Danny K Wilson | I.D. No: | 080005 | Date: | 08/05/2021 |
| Env. Control Supervisor: | 8/10/2021 *Clayton Nantz* <br> Signed by: Clayton Nantz | Env. Control Manager: | 8/10/2021 *Steven N Vance* <br> Signed by: Steve Vance | | |

Person On-Site Whom Copy Was Delivered:

Signature:   X Double-Click to Sign

Person Whom Copy Was Hand Delivered:   Signature:

Certified Mail No.   Certified Date

Contact Inspector at:   **Daniel Wilson**   upon completion of remedial measures

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **16** day of **September**, **2021**, and

Whereas, on this **23** day of **September**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR** )

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to [ ] because:

  Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [x] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes [ ]  No [x]

Did operator exhibit a good faith effort in completing remedial work?    Yes [x]  No [ ]

If NO, indicate what extent he failed to do so:

---

Whereas, on the [ ] day of [ ] [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], and

Whereas, on this [ ] day of [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ] (Code: [ ] )

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to [ ] because:

  Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ] ?    Yes [ ]  No [ ]

Did operator exhibit a good faith effort in completing remedial work?    Yes [ ]  No [ ]

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been requested by the Permittee for NNC#80-0845 issued 12/19/2021 and is currently under the review of the Director.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K. Anderson* (Signed by: Danny K. Anderson) 9/23/2021 | I.D. No: | **080005** | Date: | **09/23/2021** |
| Env. Control Supervisor: | *Clayton Nantz* 9/24/2021 (Signed by: Clayton Nantz) | Env. Control Manager: | *Steve N Vance* 9/24/2021 (Signed by: Steve Vance) | | |

Person On-Site Whom Copy Was Delivered:

Signature:    X Double Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:    **Daniel Wilson**

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03    Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **16** day of **September**, **2021**, and

Whereas, on this **12** day of **October**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **11/15/2021** because:

> **More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

> **Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance? Yes ☐ No ☒

Did operator exhibit a good faith effort in completing remedial work? Yes ☒ No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐ , A notice of pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐ , and

Whereas, on this ☐ day of ☐ , another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐ (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ? Yes ☐ No ☐

Did operator exhibit a good faith effort in completing remedial work? Yes ☐ No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/10/2019, to 11/15/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* Signed by Danny K Wilson | I.D. No: | 080005 | Date: 10/12/2021 |
| Env. Control Supervisor: | 10/18/2021 *Derrick Stone* Signed by: Derrick Stone | Env. Control Manager: | 10/19/2021 *Steve Vance* Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at: **Daniel Wilson**

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**     PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**     ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **November**, **2021**, and

Whereas, on this **16** day of **November**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**     (Code: **CR** )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ▯ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #▯ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ▯ day of ▯, ▯, A notice of ▯ pertaining to Permit No. ▯ was issued to you with the instruction that remedial work should be completed on or before the ▯ day of ▯, ▯, and

Whereas, on this ▯ day of ▯, ▯, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ▯     (Code: ▯ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ▯ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ▯ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ▯ ?   Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.** | | |
|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* (Signed by: Danny L Wilson) | I.D. No: 080005 | Date: 11/16/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 11/29/2021 (Signed by: Clayton Nantz) | Env. Control Manager: | *Steven N Vance* 11/29/2021 (Signed by: Steve Vance) |

Person On-Site Whom Copy Was Delivered:     Signature: ✗ Double-Click to Sign

Person Whom Copy Was Hand Delivered:     Signature:

Certified Mail No.     Certified Date

Contact Inspector at:   **Daniel Wilson**     upon completion of remedial measures

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **November**, **2021**, and

Whereas, on this **29** day of **November**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**            (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **01/14/2022** because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?    Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ___ day of ___ ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___ ___, and

Whereas, on this ___ day of ___ ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___            (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?    Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?    Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, 01/14/2022.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny E. Wilson* <br> Signed by: Danny E. Wilson | I.D. No: | **080005** | Date: **11/29/2021** |
| Env. Control Supervisor: | 11/29/2021 <br> *Clayton Nantz* <br> Signed by: Clayton Nantz | Env. Control Manager: | 11/29/2021 <br> *Steve Vance* <br> Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature:    *Double-Click to Sign*

Person Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at:    **Daniel Wilson**

upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation        SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                                                Page ☐ of ☐

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**                                          ☐

COMPANY NAME: **PINE BRANCH MINING, LLC**                          PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                          ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **14** day of **January**, **2022**, and Whereas, on this **19** day of **January**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **03/15/2022** because:
**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ___ day of ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, and Whereas, on this ___ day of ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___          (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 03/15/2022.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Casey E Combes* | I.D. No: **080005** | Date: | **01/19/2022** |
| Env. Control Supervisor: | *Clayton Nantz*  1/26/2022  Signed by: Clayton Nantz | Env. Control Manager: | *Steve N Vance*  1/26/2022  Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:                          Signature:          X Double-Click to Sign

Person Whom Copy Was Hand Delivered:                          Signature:

Certified Mail No.                          Certified Date

Contact Inspector at:          **Daniel Wilson**                          upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**                          ☐

COMPANY NAME: **PINE BRANCH MINING, LLC**                PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**             ID. No.: **080005**

    Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **March**, **2022**, and

    Whereas, on this **24** day of **March**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**        (Code: **CR** )

  ☐ Has been completed.

  ☒ Has not been completed and an extension is granted to **05/14/2022** because:

> **More time is needed to complete the required remedial measures.**

    Remedial measures left to be completed include:

> **Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

  ☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

  ☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?         Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?                  Yes ☒   No ☐

    If NO, indicate what extent he failed to do so:

> 

---

    Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and

    Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐              (Code: ☐ )

  ☐ Has been completed.

  ☐ Has not been completed and an extension is granted to ☐ because:

> 

    Remedial measures left to be completed include:

> 

  ☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

  ☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ?         Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?      Yes ☐   No ☐

    If NO, indicate what extent he failed to do so:

> 

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/14/2022.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Casey K Cochran* | I.D. No: **080005** | Date: | **03/24/2022** |
| Env. Control Supervisor: | *Clayton Nantz*  3/30/2022 | Env. Control Manager: | *Steve N. Vance*  3/30/2022 | |
| | Signed by: Clayton Nantz | | Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:                    Signature: ✗ Double-Click to Sign

Person Whom Copy Was Hand Delivered:                       Signature:

Certified Mail No.                                          Certified Date

Contact Inspector at:   **Daniel Wilson at 606-224-7117**      upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 14 day of May, 2022, and
Whereas, on this 17 day of May, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**          (Code: CR )

☐ Has been completed.

☐ Has not been completed and an extension is granted to [] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the [] day of [], [], A notice of [] pertaining to Permit No. [] was issued to you with the instruction that remedial work should be completed on or before the [] day of [], [], and
Whereas, on this [] day of [], [], another inspection has been made and it has been found that:

Remedial Work for Performance Standard   []          (Code: [] )

☐ Has been completed.

☐ Has not been completed and an extension is granted to [] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of []?          Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested, for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director.** | | |
|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* <br> Signed by Danny K Wilson | I.D. No: 080005 | Date: 05/17/2022 |
| Env. Control Supervisor: | 5/19/2022 <br> *Clayton Nantz* <br> Signed by Clayton Nantz | Env. Control Manager: | 5/20/2022 <br> *Steve N Vance* <br> Signed by: Steve Vance |

Person On-Site Whom Copy Was Delivered:                    Signature:   *Double-Click to Sign*

Person Whom Copy Was Hand Delivered:                    Signature:

Certified Mail No.                    Certified Date

Contact Inspector at:   **Daniel Wilson at 606-224-7117**                    upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**                             ☐

COMPANY NAME: **PINE BRANCH MINING, LLC**                    PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                  ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **14** day of **May**, **2022**, and
Whereas, on this **9** day of **June**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**        (Code: **CR** )

☐ Has been completed.

☒ Has not been completed and an extension is granted to **07/13/2022** because:

   **More time is needed to complete the required remedial measures.**

   Remedial measures left to be completed include:

   **Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?                Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

   ☐

---

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and
Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   ☐        (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

   ☐

   Remedial measures left to be completed include:

   ☐

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐?        Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?        Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

   ☐

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division on Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 07/13/2022.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* <br> Signed by: Danny K Wilson | I.D. No: **080005** | Date: | **06/09/2022** |
| Env. Control Supervisor: | *Clayton Nantz* 6/15/2022 <br> Signed by: Clayton Nantz | Env. Control Manager: | *Steve N Vance* 6/15/2022 <br> Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:                    Signature:  ☐ Double-Click to Sign

Person Whom Copy Was Hand Delivered:                      Signature:

Certified Mail No.                                        Certified Date

Contact Inspector at:      **Daniel Wilson at 606-224-7117**        upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ⬚ of ⬚

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**                          PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                       ID. No.: **080005**

    Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **13** day of **July**, **2022**, and
    Whereas, on this **18** day of **July**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  **Contemporaneous Reclamation - KAR 16:020**  (Code: **CR** )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ⬚ because:

_____

    Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance # ⬚ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?      Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?              Yes ☒  No ☐

    If NO, indicate what extent he failed to do so:

_____

    Whereas, on the ⬚ day of ⬚, ⬚, A notice of ⬚ pertaining to Permit No. ⬚ was issued to you with the instruction that remedial work should be completed on or before the ⬚ day of ⬚, ⬚, and
    Whereas, on this ⬚ day of ⬚, ⬚, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  ⬚   (Code: ⬚ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ⬚ because:

_____

    Remedial measures left to be completed include:

_____

☐ Has not been completed. Order for Cessation and Immediate Compliance # ⬚ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ⬚ ?      Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?      Yes ☐  No ☐

    If NO, indicate what extent he failed to do so:

_____

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L. Graham*  Signed by Danny L Graham  7/19/2022 | I.D. No: **080005** | Date: | **07/18/2022** |
| Env. Control Supervisor: | *Clayton Nantz*  7/19/2022  Signed by: Clayton Nantz | Env. Control Manager: | *Steve N. Vance*  7/20/2022  Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:                    Signature:  ✗ Double-Click to Sign

Person Whom Copy Was Hand Delivered:                       Signature:

  Certified Mail No.                                       Certified Date

  Contact Inspector at:  **Daniel Wilson at 606-224-7117**          upon completion of remedial measures

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | AI | 03:00 PM | 03:30 PM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 08/06/2022 | P | PARTLY SUNNY/CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 725 | 08/06/2022 |

| Non-Compliance | | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | | | | 80-0845 | NC | | | 11/08/2026 |

| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 16:090 | (SS) | NA | Steep Slopes KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EA | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

PC: CR This violation has been previously cited under NNC#80-0845 issued 12/19/2019 and is now under Agreed Order GAH-22-2-0014 entered into 08/01/2022 with a due date of 08/31/2024.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | Danny K. Wilson   8/10/2022 | I.D. No: | 080005 | Date: | 08/08/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Clayton Plentz   8/10/2022 | Env. Control Manager: | | Steven N. Vance   8/10/2022 | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Unable Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Unable Click to Sign |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement

SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson at 606-224-7117** | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement      **SME-01   Revised 05/2013**

Frankfort/Regional Office/Inspector

**Page:** 2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 01:00 PM | 01:45 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 03/25/2021 | P | CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 03/25/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
| (AC) | | Roads<br>KAR 16:220 or 18:230 | (DV) | | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18.060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | FP | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**ER: CR** An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.
**FP: OT** If Coal removal is expected after the date of expiration of the permit, which is 11/08/2021, then an application for renewal should must be submitted 120 days prior to the expiration which would be on or before 07/11/2021.

| Env. Inspector: | *Danny K. Wilson* 3/29/2021 | | I.D. No: | 080005 | Date: | |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *signature* 3/30/2021 | Env. Control Manager: | | *signature* | | 3/31/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Unable Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Unable Click to Sign |
| Certified Mail No. | | | |
| Contact Inspector at: | **Daniel Wilson** | Certified Date | |

Kentucky Energy and Environment Cabinet<br>Department For Natural Resources<br>Division of Mine Reclamation and Enforcement   **SME-01**   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | |
|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?  **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 09:30 AM | 11:30 AM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 04/08/2021 | P | CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | BR   IN | | 725 | 04/08/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18.060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | | Disposal of Excess Spoil<br>KAR 16:130 or 18.130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FC | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | | Off Permit Disturbance<br>KAR 7:040 | (OO) | | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | NA | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors), etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

> This Inspection was accompanied by Jessica Sandlin and Clayton Nantz for the purpose of possible bond release on increments #1, 6, 8, and 9 for Phase II. Increment #s 1, 6, 8, and 9 will be withdrawn.
> EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/19/2021.

| Env. Inspector: | *Danny K. Wilson*  4/8/2021 | | I.D. No: | 080005 | Date: | |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *Clayton Nantz*  4/12/2021 | Env. Control Manager: | | *Steve N. Vance*  4/12/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Longline - Click To Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Longline - Click To Sign |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | **Daniel Wilson** | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement       SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement       SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 07:00 AM | 11:00 AM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 1256.73 | 05/24/2021 | P | | PARTLY SUNNY/CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 05/24/2021 |

| Non-Compliance | Cessation Order Number / Type | INC/ICO Number / Type | IAO Number / Type | Modification Number / Type | Permit Expiration Date |
|---|---|---|---|---|---|
| | | 80-0845   NC | | | 11/8/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (SM) | | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) NA | Steep Slopes KAR 20:060 |
| (AC) | FP | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | | Impoundments KAR 16:100 or 18:100 | (PL) NA | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) NA | | Coal Waste Dams KAR 16:160 or 18:160 | (DH) NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) NA | | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | Approved Operator KAR 8:010 |
| (DW) | | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | | Air Resources Protection KAR 16:170 or 18:170 | (OC) | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) NA | Subsidence KAR 18:210 |
| (OD) | | Off Permit Disturbance KAR 7:040 | (OO) NA | | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) FP | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) NA | | Flyrock KAR 16:120 | (SW) | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and enforcement for NNC#80-0845 issued 12/19/2019 to 07/18/2021.
FP: AC Continue to monitor and perform routine maintenance on access roads, ditch lines, and culverts.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: OT If Coal removal is expected after the date of expiration of the permit, which is 11/08/2021, then an application for renewal should must be submitted 120 days prior to the expiration which would be on or before 07/11/2021.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
The KPDES number for 897-0569 is: KYGE40341.

| Env. Inspector: | _Danny K. Wilson_   5/25/2021 | I.D. No: | 080005 | Date: | |
|---|---|---|---|---|---|
| Env. Control Supervisor: | _Steve N. Vance_   5/25/2021 | Env. Control Manager: | _Steve N. Vance_   5/25/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | _Loretta Chim to Sign_ | |
|---|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement

SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

Person To Whom Copy Was Hand Delivered:

Signature:

Certified Mail No.

Certified Date

Contact Inspector at: **Daniel Wilson**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources

Division of Mine Reclamation and Enforcement     SME-0I   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered? 897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 03:00 PM | 04:30 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | | Weather |
|---|---|---|---|---|---|
| | 1256.73 | 07/20/2021 | P | | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | 1N | | 725 | 07/20/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | FP | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | FC | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance. Yes ☐   No ☐ If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: DV Continue to construct and maintain diversions according to the approved Permit Package.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
The KPDES number for 897-0568 is: KYGE40198.

| Env. Inspector: | *Danny K. Wilson*   7/20/2021 | I.D. No: | 080005 | Date: | 07/20/2021 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | *signature*   7/21/2021 | Env. Control Manager: | | | *Steven N. Vance*   7/21/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | *Unable Claim to Sign* |
|---|---|---|---|

Kentucky Energy and Environment Cabinet<br>Department For Natural Resources<br>Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

Person To Whom Copy Was Hand Delivered:

Signature: _Unable Click to Sign_

Certified Mail No.

Certified Date

Contact Inspector at: **Daniel Wilson**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources

Frankfort/Regional Office/Inspector

Division of Mine Reclamation and Enforcement     **SME-01    Revised 05/2013**     Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?  897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 08:00 AM | 12:00 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 08/05/2021 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN   WM | | 725 | 08/05/2021 |

| Non-Compliance | | Cessation Order<br>Number   Type | INC/ICO<br>Number   Type | IAO<br>Number   Type | Modification<br>Number   Type | Permit Expiration Date |
|---|---|---|---|---|---|---|
| | | | 80-0845   NC | | | 11/8/2021 |

| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | FP | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | FC | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☐  No ☐ If Yes not selected, list points in violation.

**EG:** CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 09/18/2021.
A review of Surface and Ground Water Monitoring Reports for the 2nd Quarter 2021 was conducted on 08/02/2021 and all reports were found to be complete with no problems noted.
**FP:** DV Continue to construct and maintain diversions according to the approved Permit Package.
**FP:** BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
**FP:** RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | Danny K. Wilson   8/5/2021 | I.D. No: | 080005 | Date: | 08/05/2021 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Dayton Penty   8/10/2021 | Env. Control Manager: | Steve N. Vance   8/10/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Loretta Click to Sign |
|---|---|---|---|

Kentucky Energy and Environment Cabinet<br>Department For Natural Resources<br>Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Person To Whom Copy Was Hand Delivered: | | Signature: | Double Click to Sign | |
|---|---|---|---|---|

Certified Mail No.

Contact Inspector at: **Daniel Wilson**   Certified Date

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?  **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| **PINE BRANCH MINING, LLC** **250 WEST MAIN STREET, SUITE 2000** **LEXINGTON, KY    40507** | **1549.72** | **A1** | **08:00 AM** | **10:00 AM** | **SURFACE** |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | **1256.73** | **09/23/2021** | | **P** | **PARTLY SUNNY/CLOUDY** |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | **1200** | **No** | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| **No** | **No** | **IN** | | **725** | **09/23/2021** |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | **80-0845** | **NC** | | | | | **11/8/2021** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 48:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**ER: CR An extension beyond 90 days has been requested by the Permittee for NNC#80-0845 issued 12/19/2021 and is currently under the review of the Director.**

| Env. Inspector: | *Danny K. Wilson*  9/23/2021 | I.D. No: | **080005** | Date: | **09/23/2021** |
|---|---|---|---|---|---|
| Env. Control Supervisor: | *signature*  9/24/2021 | Env. Control Manager: | *Steve N. Vance*  9/24/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Unable. Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Unable. Click to Sign |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | **Daniel Wilson** | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement          **SME-01   Revised 05/2013**

Frankfort/Regional Office/Inspector

Page: 1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

## MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 01:00 PM | 04:00 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 10/12/2021 | P | CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 10/12/2021 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (SM) FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) FP | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) NA | Steep Slopes<br>KAR 20:060 | | |
| (AC) FC | Roads<br>KAR 16:220 or 18:230 | (DV) FP | Diversions<br>KAR 16:080 or 18:080 | (MR) NA | Mountaintop Removal<br>KAR 20:050 | | |
| (TH) | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | Water Quality<br>KAR 16:070 or 18:070 | (AM) NA | Auger Mining<br>KAR 20:030 | | |
| (UE) | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | General Hydrologic Requirements<br>KAR 16:060 or 18.060 | (PF) NA | Prime Farmland<br>KAR 20:040 | | |
| (DS) FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) NA | Processing Plants<br>KAR 20:070 or 20:080 | | |
| (BG) FP | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) NA | Post-Mining Land Use<br>KAR 16:210 or 18:220 | | |
| (CR) EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) NA | Drilled Holes<br>KAR 16:040 or 18:040 | | |
| (OF) NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) NA | Approved Operator<br>KAR 8:010 | | |
| (DW) FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | Ownership and Control<br>KAR 8:010 | | |
| (RV) FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) NA | Subsidence<br>KAR 18:210 | | |
| (OD) FC | Off Permit Disturbance<br>KAR 7:040 | (OO) NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | Other Permit Conditions | | |
| (OM) | Method of Operation<br>KAR 08:010 | (LI) FP | Liability Insurance<br>KAR 10:030 | (SF) | Surety Failure<br>KAR 10:030 | | |
| (EL) | Effluent Limitations<br>KAR 5:065 | (FR) NA | Flyrock<br>KAR 16:120 | (SW) NA | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 | | |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

> **EG: CR** An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/10/2019, to 11/15/2021.
> **FP: SC** Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
> **FP: DV** Continue to construct and maintain diversions according to the approved Permit Package.
> **FP: BG** Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
> **FP: RV** Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
> **The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | 10/12/2021<br>Danny K Wilson | I.D. No: | 080005 | Date: | 10/12/2021 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | 10/18/2021<br>*signature* | Env. Control Manager: | | | 10/19/2021<br>Steve N. Vance |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

Person To Whom Copy Was Hand Delivered:

Signature: Unable Club to Sign

Certified Mail No.

Certified Date

Contact Inspector at: **Daniel Wilson**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered? ____   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 07:00 AM | 04:30 PM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 1256.73 | 11/16/2021 | C | | PARTLY SUNNY/CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | WM | IV | 725 | 11/16/2021 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | FC | Topsoil KAR 16:050 or 18:050 | (WQ) | FC | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | FC | Use of Explosives KAR 16:120 or 18:120 | (HR) | FC | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | FP | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | FC | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | FC | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | FC | Other Permit Conditions |
| (OM) | FC | Method of Operation KAR 08:010 | (LI) | FC | Liability Insurance KAR 10:030 | (SF) | FC | Surety Failure KAR 10:030 |
| (EL) | FC | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | FC | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors), etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☒   No ☐   If Yes not selected, list points in violation.

A review of Surface and Ground Water Monitoring Reports for the 3rd Quarter 2021 was conducted on 11/01/2021 and all reports were found to be complete with no problems noted.
ER: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.
FP: WM Ensure that all Groundwater Monitoring Wells have been maintained, monitored, and reported according to the approved permit.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
FP: DV Continue to construct and maintain diversions according to the approved Permit Package.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0569 is: KYGE40198.
The following ponds had a no inlet flow; BS-14, BS-16, BS-28, BS-30, BS-26, BS-144, BS-145, BS-14A.  The following ponds had inlet flow which tested; Pond 1 (7.9, <1), Pond 14 (8.1, <1), Pond 15 (8.1, <1), Pond 16 (8.2, <1), Pond 17 (7.7, <1), Pond 19 (7.8, <1), Pond 32 (7.8, <1), Pond 33 (7.9, <1), Pond 35 (7.5, <1), Pond 37 (7.6, <1), Pond 38 (7.3, <1), Pond 46 (7.9, <1).

| Env. Inspector: | Danny K. Wilson   11/29/2021 | I.D. No: | 080005 | Date: | 11/16/2021 |
|---|---|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| | 11/29/2021 | | | 11/29/2021 |
|---|---|---|---|---|
| Env. Control Supervisor: | *[signature]* | Env. Control Manager: | *Steve N. Vance* | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | *Signature Click to Sign* | |
|---|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | *Signature Click to Sign* | |

Certified Mail No.                        Certified Date

Contact Inspector at:    **Daniel Wilson**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered? **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | **1549.72** | **A1** | **07:00 AM** | **08:00 AM** | **SURFACE** |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | **1256.73** | **11/29/2021** | **P** | | **PARTLY SUNNY/CLOUDY** |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | **1200** | **No** | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| **No** | **No** | **IN** | | **725** | **11/29/2021** |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | **80-0845** | **NC** | | | | | **11/08/2021** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FC | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**EG:** CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, 01/14/2022.
**FP:** BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
**FP:** RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
**The KPDES number for 897-0569 is: KYGE40198.**

| | | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny K. Wilson* 11/29/2021 | | I.D. No: | **080005** | Date: **11/29/2021** |
| Env. Control Supervisor: | *[signature]* 11/29/2021 | Env. Control Manager: | *Steve N. Vance* | | 11/29/2021 |

| | | | |
|---|---|---|---|
| Person On-Site To Whom Copy Was Delivered: | | Signature: | *[Unable Click to Sign]* |
| Person To Whom Copy Was Hand Delivered: | | Signature: | *[Unable Click to Sign]* |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement          SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

Certified Mail No. _____

Certified Date _____

Contact Inspector at: **Daniel Wilson**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY  40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered? **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 07:00 AM | 09:00 AM | SURFACE |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | 1256.73 | 01/19/2022 | | P | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 01/19/2022 |

| Non-Compliance | | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | NA | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**EG: CR** An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 03/15/2022.
**FP: SC** Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
**FP: DV** Continue to construct and maintain diversions according to the approved Permit Package.
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | *Danny K. Wilson*  1/20/2022 | I.D. No: | 080005 | Date: | 01/19/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | *Clayton Plautz*  1/26/2022 | Env. Control Manager: | *Steven N. Vance*  1/26/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Unable Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Unable Click to Sign |
| Certified Mail No. | | Certified Date | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Contact Inspector at: | **Daniel Wilson** | |
|---|---|---|
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | |

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered? **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY    40507 | 1549.72 | A1 | 09:00 AM | 11:00 AM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 09/01/2022 | P | CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 725 | 09/01/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 80-0845 | NC | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EA, AO | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:045 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**EA  CR  An extension of Agreed Order #GAH220014 has been granted with completion of the payment a penalty of five thousand dollars within 30 days and to submit a supplemental bond of five hundred thousand dollars within 30 days on or before 08/31/2022 which has been completed therefore the new due date for this Agreed Order is 07/15/2024.**
**FP: SC Ensure the watershed acreage for each pond is as approved in the permit package,**
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | Danny K. Wilson    9/11/2022 | | I.D. No: | 080005 | Date: | 09/01/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | _(signature)_    9/11/2022 | Env. Control Manager: | | Randall O.    9/12/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Double Click To Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Double Click To Sign |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement

SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson at 606-224-7117** | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC | | |
| | 250 WEST MAIN STREET, SUITE 2000 | | |
| | LEXINGTON, KY   40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement      SME-0I    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 12:00 PM | 04:00 PM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 03/24/2022 | C | PARTLY SUNNY/CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | IV | 725 | 03/24/2022 |

| Non-Compliance | | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | | 80-0845 | NC | | | | | 11/08/2021 |

| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | FC | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | FC | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | FC | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | FC | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | FC | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | FC | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | FC | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | FC | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | FC | Other Permit Conditions |
| (OM) | FC | Method of Operation<br>KAR 08:010 | (LI) | FC | Liability Insurance<br>KAR 10:030 | (SF) | FC | Surety Failure<br>KAR 10:030 |
| (EL) | FC | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | FC | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☒   No ☐   If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/14/2022.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0569 is: KYGE40198.
The following ponds had a no inlet flow; BS-14, BS-28, BS-30, BS-144, BS-145, BS-14A, Pond 17.  The following ponds had inlet flow which tested; Pond 1 (8.2, <1), Pond 14 (7.9, <1), Pond 15 (8.1, <1), Pond 16 (8.1, <1), Pond 19 (8.4, <1), Pond 32 (8.0, <1), Pond 33 (8.3, <1), Pond 35 (7.4, <1), Pond 37 (8.3, <1), Pond 38 (7.9, <1), Pond 46 (7.9, <1), BS-16 (6.3, 1.5).

| Env. Inspector: | Danny K. Wilson       3/29/2022 | I.D. No: | 080005 | Date: | 03/24/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Dayton Rentz       3/30/2022 | Env. Control Manager: | Steve N. Vance       3/30/2022 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Louise Click to Sign | |
| Person To Whom Copy Was Hand Delivered: | | Signature: | Louise Click to Sign | |

Certified Mail No.

Certified Date

Contact Inspector at: **Daniel Wilson at 606-224-7117**

Copies Mailed To:  PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 10:00 AM | 12:00 PM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 05/17/2022 | P | PARTLY SUNNY/CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|---|
| No | Yes | IN | WM | | 725 | 05/17/2022 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**ER: CR** An extension beyond 90 days has been requested, for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director.
A review of Surface and Ground Water Monitoring Reports for the 1st Quarter 2022 was conducted on 04/28/2022 and all reports were found to be complete with no problems noted.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | Danny K. Wilson   5/18/2022 | I.D. No: | 080005 | Date: | 05/17/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | _(signature)_   5/19/2022 | Env. Control Manager: | _Steve N. Vance_   5/20/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Legible Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Legible Click to Sign |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013        Page: 1 of 2

Frankfort/Regional Office/Inspector

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson at 606-224-7117** | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

## MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY  40507 | 1549.72 | AI | 09:30 AM | 10:30 AM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 06/09/2022 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 725 | 06/09/2022 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FC | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance. Yes ☐ No ☐ If Yes not selected, list points in violation.

**EG: CR An extension beyond 90 days has been granted by the Director of the Division on Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 07/13/2022.**
**FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.**
**FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.**
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | Danny K. Wilson   6/13/2022 | I.D. No: | 080005 | Date: | 06/09/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Dwight Pauley   6/15/2022 | Env. Control Manager: | Steve N. Vance   6/15/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Unable Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Unable Click to Sign |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement          SME-01   Revised 05/2013          Frankfort/Regional Office/Inspector          Page: 1 of 2

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson at 606-224-7117** | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | | |

## MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 07:00 AM | 10:15 AM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 07/18/2022 | P | LIGHT RAIN |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 725 | 07/18/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| (SM) FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) NA | Steep Slopes<br>KAR 20:060 |
| (AC) FC | Roads<br>KAR 16:220 or 18:230 | (DV) | Diversions<br>KAR 16:080 or 18:080 | (MR) NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | Water Quality<br>KAR 16:070 or 18:070 | (AM) NA | Auger Mining<br>KAR 20:030 |
| (UE) | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) NA | Prime Farmland<br>KAR 20:040 |
| (DS) FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) FC | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) ER | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) NA | Approved Operator<br>KAR 8:010 |
| (DW) FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | Ownership and Control<br>KAR 8:010 |
| (RV) FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) NA | Subsidence<br>KAR 18:210 |
| (OD) FC | Off Permit Disturbance<br>KAR 7:040 | (OO) NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | Other Permit Conditions |
| (OM) FC | Method of Operation<br>KAR 08:010 | (LI) | Liability Insurance<br>KAR 10:030 | (SF) | Surety Failure<br>KAR 10:030 |
| (EL) | Effluent Limitations<br>KAR 5:065 | (FR) NA | Flyrock<br>KAR 16:120 | (SW) | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**ER: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019, and is currently under review of the Director.**
**FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.**
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | *Danny K. Wilson*  7/18/2022 | | I.D. No. | 080005 | Date: | 07/18/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *signature*  7/19/2022 | Env. Control Manager: | *Steve N. Vance*  7/20/2022 | | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | Double Click to Sign |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | Double Click to Sign |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson at 606-224-7117 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

**EXTENSION REQUEST BEYOND 90 DAYS**                                    Page 1 of 1

- [ ] FAXED          REQUEST #07     DATE RECEIVED IN REGIONAL OFFICE 03/12/2021     DUE DATE: 03/20/2021
- [ ] MAILED
- [ ] DELIVERED
- [x] E-MAILED

PERMITTEE: **PINE BRANCH MINING, LLC**                          PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845     DATE ISSUED: 12/19/2019     REQUEST DATE: 03/12/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01     CODE CR     DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Due to extreme weather conditions; excessive rain, flooding, and ice storms field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:  [x] EXTEND TO 05/19/2021
                 [ ] DENY

VIOLATION –      CODE        DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:  [ ] EXTEND TO
                 [ ] DENY

ENV. INSPECTOR: Daniel Wilson        ID Number: 080005

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz

[x] CONCUR  [ ] DISAGREE

COMMENTS ON RECOMMENDATION:

3/25/2021

ENV. CONTROL MANAGER    _Stu N. Vance_

[x] CONCUR  [ ] DISAGREE

COMMENTS ON RECOMMENDATION:

**EXTENSION REQUEST BEYOND 90 DAYS**      Page **1** of **1**

☐ FAXED     REQUEST #**010**    DATE RECEIVED IN REGIONAL OFFICE **09/08/2021**   DUE DATE: **09/16/2021**
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: **PINE BRANCH MINING, LLC**      PERMIT NUMBER: **897-0569**

NON-COMPLIANCE NUMBER: **80-0845**    DATE ISSUED: **12/19/2019**    REQUEST DATE: **09/08/2021**

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – **01**    CODE **CR**      DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events have hendered the reclamation efforts but the Permittee has informed me the reclamation progress for the Agreed Order at Thunder Ridge is going very well although an extension is most likely needed the companies efforts have been diligent. Since the result of this project is directly contingent as to the possibility of an Agreed Order negotiated for Comb's Branch the Permittee is moderately confident the outcome will be positive.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO **11/15/2021**
                   ☐ DENY

VIOLATION –    CODE      DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                   ☐ DENY

ENV. INSPECTOR: Daniel Wilson     ID Number: 080005    09/10/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

9/15/2021

ENV. CONTROL MANAGER    *Steve N. Vance*

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet          Frankfort/Regional Office/Inspector
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-68   Revised 06/2008        Page: 1 of 1

**EXTENSION REQUEST BEYOND 90 DAYS**                                        Page 1 of 1

- ☐ FAXED
- ☐ MAILED
- ☐ DELIVERED
- ☒ E-MAILED

REQUEST # 008   DATE RECEIVED IN REGIONAL OFFICE 05/10/2021   DUE DATE: 05/19/2021

PERMITTEE: **PINE BRANCH MINING, LLC**                     PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845   DATE ISSUED: 12/19/2019   REQUEST DATE: 05/10/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01   CODE CR   DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

**Due to extreme weather conditions; excessive rain and flooding field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending.**

ABATEMENT ACTIVITY TO BE COMPLETED:

**Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

JUSTIFICATION/REASON/FOR/EXTENSION:

**More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.**

RECOMMENDATION:   ☒ EXTEND TO 07/18/2021
                  ☐ DENY

VIOLATION –   CODE   DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

ENV. INSPECTOR: Daniel Wilson       ID Number: 080005       05/11/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz              05-14-2021

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

5/14/2021

ENV. CONTROL MANAGER _____

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

**EXTENSION REQUEST BEYOND 90 DAYS**                                Page 1 of 1

☐ FAXED   REQUEST #009   DATE RECEIVED IN REGIONAL OFFICE 07/08/2021   DUE DATE: 07/18/2021
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                    PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845   DATE ISSUED: 12/19/2019   REQUEST DATE: 07/08/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01   CODE CR   DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Due to extreme weather conditions field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO 09/16/2021
                  ☐ DENY

VIOLATION –   CODE   DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

ENV. INSPECTOR: Daniel Wilson   ID Number: 080005   07/12/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz   07/12/2021

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

7/13/2021

ENV. CONTROL MANAGER   _Steve N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-68   Revised 06/2008

Frankfort/Regional Office/Inspector

Page: 1 of 1

**EXTENSION REQUEST BEYOND 90 DAYS**                                          Page 1 of 1

- [ ] FAXED          REQUEST # 013     DATE RECEIVED IN REGIONAL OFFICE 03/15/2022    DUE DATE: 03/15/2022
- [ ] MAILED
- [ ] DELIVERED
- [x] E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                                    PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845        DATE ISSUED: 12/19/2019      REQUEST DATE: 03/15/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01      CODE CR      DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Continued extreme weather events such as rain and flooding have hendered the reclamation efforts at Comb's Branch.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   [x] EXTEND TO 05/14/2022
                  [ ] DENY

VIOLATION –      CODE      DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   [ ] EXTEND TO
                  [ ] DENY

ENV. INSPECTOR: Daniel Wilson      ID Number: 080005      03/16/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz          03/17/2022

[x] CONCUR  [ ] DISAGREE

COMMENTS ON RECOMMENDATION:

Company has equipment on the adjacent permit and is currently working to abate those violations and then plans to move to this Recommend another extension based on inclement weather and abatement work performed on the adjacent permit.

3/17/2022

ENV. CONTROL MANAGER      _Stmr N. Vance_

[x] CONCUR  [ ] DISAGREE

COMMENTS ON RECOMMENDATION:

**EXTENSION REQUEST BEYOND 90 DAYS**                              Page 1 of 1

☐ FAXED            REQUEST # 11       DATE RECEIVED IN REGIONAL OFFICE 11/04/2021   DUE DATE: 11/15/2021
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                              PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845      DATE ISSUED: 12/19/2019      REQUEST DATE: 11/04/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01      CODE CR            DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events have hendered the reclamation efforts but the Permittee has informed me the reclamation progress for the Agreed Order at Thunder Ridge is going very well with an extension granted through the end of January 2022 also the companies efforts have been diligent. Since the result of this project is directly contingent as to the possibility of an Agreed Order negotiated for Comb's Branch the Permittee is moderately confident the outcome will be positive.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO 01/14/2022
                  ☐ DENY

VIOLATION –       CODE            DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

ENV. INSPECTOR:  Daniel Wilson        ID Number:  080005      11/08/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Steve Vance              11/8/2021

☐ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

11/8/2021

ENV. CONTROL MANAGER            _Steve N. Vance_

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-68   Revised 06/2008

Frankfort/Regional Office/Inspector

Page:  2 of 2

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page 1 of 1

☐ FAXED          REQUEST # 12     DATE RECEIVED IN REGIONAL OFFICE 01/07/2022     DUE DATE: 01/14/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: **PINE BRANCH MINING, LLC**                    PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845     DATE ISSUED: 12/19/2019     REQUEST DATE: 01/07/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01     CODE CR     DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events such as rain and flooding have hendered the reclamation efforts at Comb's Branch. The Permittee requests another extension beyond 90 days.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:     ☒ EXTEND TO 03/15/2022
                    ☐ DENY

VIOLATION – ____     CODE ____     DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:     ☐ EXTEND TO ____
                    ☐ DENY

ENV. INSPECTOR:  Daniel Wilson          ID Number:  080005          01/10/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Daniel Wilson          01/12/2022

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

1/12/2022

ENV. CONTROL MANAGER     _Steve N. Vance_

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        **SME-68   Revised 06/2008**

Frankfort/Regional Office/Inspector

**Page:  2 of 2**

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page 1 of 1

☐ FAXED       REQUEST # 014   DATE RECEIVED IN REGIONAL OFFICE 05/06/2022   DUE DATE: 05/14/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                    PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845   DATE ISSUED: 12/19/2019   REQUEST DATE: 05/06/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01   CODE CR        DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
Continued extreme weather events such as rain and flooding have hindered the reclamation efforts at Comb's Branch although the Permittee has moved equipment and is currently working on an adjacent permit.

ABATEMENT ACTIVITY TO BE COMPLETED:
Diligently work to reclaim open high wall areas within Increments# 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:
More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO 07/13/2022
                  ☐ DENY

VIOLATION –    CODE        DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

ENV. INSPECTOR: Daniel Wilson        ID Number: 080005    05/12/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz        5/12/2022

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

5/13/2022

ENV. CONTROL MANAGER        _Stu N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-68   Revised 06/2008        Frankfort/Regional Office/Inspector

Page: 1 of 1

**EXTENSION REQUEST BEYOND 90 DAYS** Page 1 of 1

☐ FAXED     REQUEST # 015     DATE RECEIVED IN REGIONAL OFFICE 07/13/2022     DUE DATE: 07/13/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC     PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845     DATE ISSUED: 12/19/2019     REQUEST DATE: 07/13/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01     CODE CR     DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Continued extreme weather events have hindered the reclamation efforts at Comb's Branch. The Permittee does have equipment working and removing coal in their efforts to reclaim high wall within Increment #28 located between Ponds BS-14A and BS-16.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments# 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:     ☒ EXTEND TO 09/11/2022
                     ☐ DENY

VIOLATION –     CODE     DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:     ☐ EXTEND TO
                     ☐ DENY

ENV. INSPECTOR: Daniel Wilson     ID Number: 080005     07/14/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

7/14/2022

ENV. CONTROL MANAGER     _Steve N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet     Frankfort/Regional Office/Inspector
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-68   Revised 06/2008     Page: 1 of 1