**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-cv-231-DCR**
*Electronically Filed*

| | |
|---|---|
| **EUGENE BAKER, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BLACKHAWK MINING, LLC, and** | ) |
| **PINE BRANCH MINING, LLC** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*

      Defendants Blackhawk Mining, LLC and Pine Branch Mining, LLC, by and through counsel, hereby give notice that they have served their expert witness disclosures and reports upon counsel for Plaintiffs as set forth in the Court's July 17, 2023 Scheduling Order (DE 69) on January 9, 2024.

      Respectfully submitted,

*/s/ Kristeena L. Johnson*
Grahmn N. Morgan (KBA #89219)
Kristeena L. Johnson (KBA #94994)
James M. McClure (KBA #99580)
DINSMORE & SHOHL LLP
100 W. Main St., Suite 900
Lexington, KY 40507
T: (859) 425-1000
F: (859) 425-1099
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com

and

R. Clay Larkin
Dentons Bingham Greenebaum LLP

300 West Vine Street, Suite 1200
Lexington, KY 40507
T: (859) 231-8500
clay.larkin@dentons.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

 This is to certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 9th day of January, 2024, which will give notice to all parties of record.

 */s/ Kristeena L. Johnson*
*Counsel for Defendants*