UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                                                    PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                                                DEFENDANTS

_____

NOTICE OF SERVICE
_____

Come the Plaintiffs, Clay & Monica Fugate, by counsel, and hereby certify they have served supplemental discovery to *Plaintiffs' Answers to First Set of Discovery Requests Propounded by Defendants Blackhawk Mining and Pine Branch Mining, LLC,* via electronic mail to Kristeena Johnson, at kristeena.johnson@dinsmore.com; and R. Clay Larkin, at clay.larkin@dentons.com.

                                      RESPECTFULLY SUBMITTED,

                                      S:/Ned Pillersdorf
                                      NED PILLERSDORF
                                      PILLERSDORF LAW OFFICES
                                      124 WEST COURT STREET
                                      PRESTONSBURG, KENTUCKY 41653
                                      PH: (606) 886-6090
                                      FX: (606) 886-6148
                                      pillersn@gmail.com

                                      S:/DARRELL HERALD
                                      DARRELL HERALD
                                      1140 MAIN STREET
                                      JACKSON, KY  41339
                                      PH: (606) 666-7794
                                      dah41339@yahoo.com

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing was electronically filed on the CM/ECF server on this 10th day of January 2024.

S:/Ned Pillersdorf  
NED PILLERSDORF

S:/Darrell Herald  
DARRELL HERALD
