**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:22-cv-231-DCR**

| | |
|---|---|
| **EUGENE BAKER, et al.** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **BLACKHAWK MINING, LLC, and PINE BRANCH MINING, LLC** | ) ) ) |
| **Defendants.** | ) ) |

\*\*\*\*\*\*\*\*\*\*

**NOTICE OF DEPOSITIONS**

Defendants, Blackhawk Mining, LLC and Pine Branch Mining, LLC, by counsel, hereby give notice of the depositions of Plaintiffs Aaron Wayne White, Tiffany White, and Wade White as well as fact witnesses Natasha Skidmore, Cherokee Skidmore, Tatyn Skidmore, Mike Skidmore, and Casey Jenkins, to be held on the dates and times indicated below at the office of Darrell A. Herald, 1140 Main Street, Jackson, Kentucky 41339. These depositions will be recorded by stenographic and/or video means, shall continue day to day until completed, and will be used for all purposes permitted under the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **January 30, 2024** | 9:00 a.m. | Aaron Wayne White |
| | 11:00 a.m. | Tiffany White |
| | 1:30 p.m. | Wade White |

1

| | | |
|---|---|---|
| **February 6, 2024** | **9:00 a.m.** | Natasha Skidmore |
| | **11:00 a.m.** | Tatyn Skidmore |
| | **1:00 p.m.** | Cherokee Skidmore |
| | **2:00 p.m.** | Mike Skidmore |
| | **3:00 p.m.** | Casey Jenkins |

Respectfully submitted,

*/s/ Kristeena L. Johnson*
Grahmn N. Morgan (KBA #89219)
Kristeena L. Johnson (KBA #94994)
James M. McClure (KBA #99580)
DINSMORE & SHOHL LLP
100 W. Main St., Suite 900
Lexington, KY 40507
T: (859) 425-1000
F: (859) 425-1099
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com

Ashley L. Pack (KBA #89013)
707 Virginia St. E, Suite 1300
Charleston, WV 25301
T: (304) 357-0900
F: (304) 357-0919
ashley.pack@dinsmore.com

and

R. Clay Larkin
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
T: (859) 231-8500
clay.larkin@dentons.com
*Counsel for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

      This is to certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 11th day of January, 2024, which will give notice to all parties of record.

                                                */s/ Kristeena L. Johnson*
                                                *Counsel for Defendants*