UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-cv-231-DCR

| | |
|---|---|
| EUGENE BAKER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BLACKHAWK MINING, LLC, and | ) |
| PINE BRANCH MINING, LLC | ) |
| | ) |
| Defendants. | ) |

**\*\*\*\*\*\*\*\*\*\***

**THIRD AMENDED NOTICE OF DEPOSITIONS OF PLAINTIFFS
AMY DRYDEN, BRUCE DRYDEN, DILLO NEACE,
AND HAROLD RAY WHITE**

Defendants, Blackhawk Mining, LLC and Pine Branch Mining, LLC, by counsel, hereby give amended notice of the depositions of Plaintiffs Amy Dryden, Bruce Dryden, Dillo Neace and Harold Ray White, now to be held on the date and times indicated below, rather than as previously noticed, at the office of Darrell A. Herald, 1140 Main Street, Jackson, Kentucky 41339.  These depositions will be recorded by stenographic and/or video means, shall continue day to day until completed, and will be used for all purposes permitted under the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| February 7, 2024 | 9:00 a.m. | Dillo Neace |
| | 11:00 a.m. | Harold Ray White |
| | 1:30 p.m. | Amy Dryden |
| | 3:30 p.m. | Bruce Dryden |

1

Respectfully submitted,

*/s/ Kristeena L. Johnson*
Grahmn N. Morgan (KBA #89219)
Kristeena L. Johnson (KBA #94994)
James M. McClure (KBA #99580)
DINSMORE & SHOHL LLP
100 W. Main St., Suite 900
Lexington, KY 40507
T: (859) 425-1000
F: (859) 425-1099
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com

Ashley L. Pack (KBA #89013)
707 Virginia St. E, Suite 1300
Charleston, WV 25301
T: (304) 357-0900
F: (304) 357-0919
ashley.pack@dinsmore.com

and

R. Clay Larkin
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
T: (859) 231-8500
clay.larkin@dentons.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 19th day of January, 2024, which will give notice to all parties of record.

*/s/ Kristeena L. Johnson*
*Counsel for Defendants*