UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                                                    PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                                DEFENDANTS

---

### NOTICE TO TAKE DEPOSITION

---

Come the Plaintiffs, by counsel, and hereby give notice of the deposition of **Don Gibson**, that shall be held on **January 29, 2024, at the hour of 3:00 p.m.**, at the law offices of Kristeena Johnson, Dinsmore & Shohl, LLP, located at 100 West Main Street, Suite 900, Lexington, KY 40507.

The deposition will be recorded by a court reporter, shall continue day to day until completed, and will be used for all purposes permitted under the Federal Rules of Civil Procedure.

                                                                  RESPECTFULLY SUBMITTED,

                                                                  S:/NED PILLERSDORF
                                                                  NED PILLERSDORF
                                                                  PILLERSDORF LAW OFFICES
                                                                  124 WEST COURT STREET
                                                                  PRESTONSBURG, KENTUCKY 41653
                                                                  PH: (606) 886-6090
                                                                  FX: (606) 886-6148
                                                                  pillers@gmail.com

                                                                  S:/DARRELL HERALD
                                                                  DARRELL HERALD
                                                                  1140 MAIN STREET
                                                                  JACKSON, KY  41339

2

PH: (606) 666-7794
dah41339@yahoo.com

CERTIFICATE OF SERVICE

    This is to certify that the foregoing was electronically filed on the CM/ECF server, and a copy to the court reporter, schedule@kentuckianareporters.com, on this 24th day of January 2024.

S:/NED PILLERSDORF
NED PILLERSDORF