UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                      PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                         DEFENDANTS

---

### NOTICE OF FILING

---

Come the Plaintiffs, by counsel, and hereby give notice of filing of the deposition of Don Gibson, taken on January 29, 2024.

RESPECTFULLY SUBMITTED,

s:/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server on the 20th day of February 2024.

s:/Ned Pillersdorf
NED PILLERSDORF