LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

**CASE NO. 5:22-CV-231-DCR**

**EUGENE BAKER, ET AL.**

**V.**

**BLACKHAWK MINING, LLC, ET AL.**

**DEPONENT:**

**DON  GIBSON**

**DATE:**

**January 29, 2024**



schedule@kentuckianareporters.com

877.808.5856  |  502.589.2273

www.kentuckianareporters.com

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF KENTUCKY

3           CENTRAL DIVISION AT LEXINGTON

4             CASE NO. 5:22-CV-231-DCR

5

6             EUGENE BAKER, ET AL.,

7                   Plaintiffs

8

9                      V.

10

11    BLACKHAWK MINING, LLC AND PINE BRANCH MINING, LLC,

12                   Defendants

13

14

15

16

17

18

19

20

21

22

23    DEPONENT:  DON GIBSON

24    DATE:      JANUARY 29, 2024

25    REPORTER:  KIMBERLY BROOKS

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES

 2

 3  ON BEHALF OF THE PLAINTIFFS, EUGENE BAKER, ET AL.:

 4  Ned Pillersdorf, Esquire

 5  Janet L. Stumbo, Esquire

 6  Pillersdorf Law Offices

 7  124 West Court Street

 8  Prestonsburg, Kentucky 41653

 9  Telephone No.: (606) 866-6090

10  E-mail: pillars@gmail.com

11

12  AND

13

14  Darrell A. Herald, Esquire

15  Office of Darrell A. Herald

16  1400 Main Street

17  Jackson, Kentucky 41339

18  Telephone No.: (606) 666-7794

19  E-mail: dah41339@yahoo.com

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON GIBSON, taken on January 29, 2024
3

```
 1                    APPEARANCES(CONTIUNED)

 2

 3   ON BEHALF OF THE DEFENDANTS, BLACKHAWK MINING, LLC AND

 4   PINE BRANCH MINING, LLC:

 5   Grahmn Morgan, Esquire

 6   James McClure, Esquire

 7   Kristeena L. Johnson, Esquire

 8   Dinsmore & Shohl, LLP

 9   100 West Main Street

10   Suite 900

11   Lexington, Kentucky 40507

12   Telephone No.: (859) 425-1000

13   E-mail: grahmn.morgan@dinsmore.com

14           mac.mcclure@dinsmore.com

15           kristeena.johnson@dinsmore.com

16

17   AND

18

19   R. Clay Larkin, Esquire

20   Dentons Bingham Greenebaum

21   300 West Vine Street

22   Suite 1300

23   Lexington, Kentucky 40507

24   Telephone No.: (859) 321-8500

25   E-mail: clay.larkin@dentons.com
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                  APPEARANCES(CONTIUNED)

 2

 3    AND

 4

 5    Todd C. Myers, Esquire

 6    Blackhawk Mining, LLC

 7    250 West Main Street

 8    Suite 2000

 9    Lexington, Kentucky 40507

10    Telephone No.: (859) 543-0515

11    E-mail: tmyers@blackhawkmining.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                              INDEX

2

3                                                    Page

4    PROCEEDINGS                                      7

5    DIRECT EXAMINATION MR. PILLERSDORF               7

6

7

8

9

10                           EXHIBITS

11

12                                                   Page

13   1 - Google Maps Photograph               24

14   2 - Inspection of Non-Compliance Dated   25

15       December 19, 2019

16   3 - Mine Inspection Report Dated         27

17       September 1, 2022

18   4 - Mine Inspection Report Dated         37

19       July 18, 2022

20   5 - Mine Inspection Report Dated         38

21       July 21, 2022

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON GIBSON, taken on January 29, 2024

6

```
 1                        STIPULATION

 2

 3

 4   The deposition of DON GIBSON was taken at DINSMORE &

 5   SHOHL - LEXINGTON, 100 WEST MAIN STREET, SUITE 900,

 6   LEXINGTON, KENTUCKY 40507 on MONDAY the 29th day of

 7   JANUARY 2024 at 2:48 p.m. (ET); said deposition was

 8   taken pursuant to the FEDERAL Rules of Civil Procedure.

 9   It is agreed that KIMBERLY BROOKS, being a Notary

10   Public and Court Reporter for the State of KENTUCKY,

11   may swear the witness.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        PROCEEDINGS
 2           THE REPORTER:  We are now on the record.
 3      Mr. Gibson, will you please raise your right hand?
 4      Do you solemnly swear or affirm that the testimony
 5      you're about to give will be the truth, the whole
 6      truth, and nothing but the truth?
 7           THE WITNESS:  I do.
 8           THE REPORTER:  Thank you.  You may begin.
 9                   DIRECT EXAMINATION
10 BY MR. PILLERSDORF:
11      Q.   And Mr. Gibson, state your name for the
12 record.
13      A.   Don R. Gibson.
14      Q.   And Mr. Gibson, how are you currently
15 employed?
16      A.   Employed by Pine Branch Mining.
17      Q.   Okay.  What is your position?
18      A.   Director of permitting and regulatory affairs.
19      Q.   And how long have you had that position?
20      A.   27 years.
21      Q.   Okay.  Has it all been with Pine Branch?
22      A.   No.
23      Q.   Okay.  What other companies have you worked
24 for during those 27 years?
25      A.   In November of 1996, I started with Addington
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Mining.  Survived the bankruptcy -- two bankruptcies at
 2   Addington.  Became Horizon Natural Resources.  Survived
 3   that bankruptcy, when the company became ICG,
 4   International Coal Group, and then in 2014, the ICG
 5   hazard division was purchased by Blackhawk Mining, which
 6   is the parent to Pine Branch.
 7        Q.   Okay.  So to be clear, what is the
 8   relationship between Pine Branch and Blackhawk?
 9        A.   Blackhawk is the parent company.
10        Q.   Okay.  How long have you worked for Blackhawk
11   and Pine Mountain?
12             MR. MORGAN:  Object to form.
13   BY MR. PILLERSDORF:
14        Q.   Who do you work for, Pine Mountain or
15   Blackhawk?
16        A.   Pine Branch.
17        Q.   Okay.  How long have you been with Pine
18   Branch?
19        A.   Since 2014.
20        Q.   Okay.  Do they have a mining operation near my
21   client's residences of Breathitt County?
22        A.   They do.
23        Q.   How large of an operation is it?
24        A.   How large?  It's approximately 1,500 acres.
25        Q.   Okay.  What type of operation is it?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON GIBSON, taken on January 25, 2024
9

1   A.   It's a surface operation.

2   Q.   Okay.  Is it still operational today?

3   A.   It is.

4   Q.   When did it start being operational?

5   A.   It began operations prior to 2014.  It was in

6   operation when -- when I became affiliated with it.

7   Q.   As I understand it, Pine Branch acquired it

8   from a prior coal company; is that correct?

9   A.   Yes, sir.

10   Q.   Okay.  Were you present during that

11   transition?

12   A.   I -- I was not.

13   Q.   Okay.  When did you become involved?

14   A.   2014.

15   Q.   Okay.  And how much education do you have,

16   Mr. Gibson?

17   A.   I have some college.

18   Q.   And you mentioned that you have a job

19   involving permitting.

20   A.   Yes, sir.

21   Q.   Okay.  I assume you have some knowledge about

22   coal mining permits.

23   A.   I do.

24   Q.   Do you also have some knowledge about the --

25   are -- occasionally, surface mines, are they regulated

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  by the Cabinet for Natural Resources?

 2       A.   Yes, they are.

 3       Q.   I guess for the deposition, we'll just call it

 4  the Cabinet; is that okay?

 5       A.   That's fine.

 6       Q.   In terms of -- you were present, I believe, at

 7  the deposition of Daniel Wilson, correct?

 8       A.   Yes, I was.

 9       Q.   Okay.  For the record, who is Daniel Wilson?

10       A.   Daniel Wilson is the inspector on -- on the --

11  what we call the Combs Branch job for -- for the

12  Cabinet.

13       Q.   Okay.  And do you know Mr. Wilson?

14       A.   I do.

15       Q.   How do you know him?

16       A.   I -- just through work.

17       Q.   How often would Inspector Wilson be up on the

18  mining operation?

19       A.   At least once a month.  Normally, more than

20  that.  I'm not out there on that operation every day.

21       Q.   Okay.  How present are you, generally, in

22  terms of the mining, being physically present at the

23  mining operation?

24       A.   I'll be out there once every week to two

25  weeks.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  Can you give me a sense of how many
 2   miners work up there?  Or how many employees?  I guess
 3   that'd be a better question.
 4        A.   As of today?
 5        Q.   Well, let's talk about the time period of
 6   about the -- around the time of the flood event.
 7        A.   Probably 15 to 20.
 8        Q.   Where do you live, by the way?
 9        A.   I live in Knott County.
10        Q.   Huh?
11        A.   Knott County.
12        Q.   In Floyd County -- in Knott County?
13        A.   Knott County.
14        Q.   You live in Hindman or outside?
15        A.   Outside of Hindman.
16        Q.   How many years have you been involved in coal
17   mining?
18        A.   Roughly 40.
19        Q.   Are you familiar with the Cabinet, how they
20   monitor or regulate coal mining?
21        A.   Yes.
22        Q.   Okay.  Let me ask you, in terms of the --
23   well, how would you describe the coal mining operation?
24   What words would you describe it?  Does it have a name?
25             MR. MORGAN:  Objection.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. PILLERSDORF:

    Q.    The area above where my clients live, does it

have a name you use to describe it?

    A.    It's known as the Combs Branch job.

    Q.    I'm sorry, the Combs?

    A.    Combs.  Combs, C-O-M-B-S, Branch.

    Q.    Okay.  And you indicated -- I forgot.  How

many acres did you say it was, the Combs Branch?

    A.    Roughly 1,500, 1,800.

    Q.    Okay.  Has it been fully operational since --

since when?  In terms of Pine Ranch operating it.  Let

me help you there.

        MR. MORGAN:  Objection to form.

        THE WITNESS:  Can you re -- how do you -- can

    you rephrase the question?

BY MR. PILLERSDORF:

    Q.    I'm sorry.  Say that again.

    A.    Can you rephrase the question?

    Q.    Sure.  The Combs Branch operation, as

I understand it, is run by Pine Branch, correct?

    A.    Yes.

    Q.    How long has it been fully operational in

terms of processing coal -- in terms of Pine Branch

operating it?

    A.    It's had different -- different stages of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   operation.  It was -- it has been operational most
2   recently, probably for three years.
3        Q.   Let me ask you the -- are you familiar with
4   the Combs Branch operation ever getting cited for any
5   sort of violations?
6        A.   Yes, sir.
7        Q.   Okay.  I noticed in the deposition we took of
8   Inspector Wilson -- for the record, Plaintiff's Exhibit
9   4 in his deposition.  You may have a copy over there.
10  I see a notice of inspection of noncompliance.  Looks
11  like December 19th, 2019, about two-and-a-half, three
12  years before the flood event, correct?
13            MR. MORGAN:  Ned, just objection.  We don't
14       have a copy of what you're looking at.  You said
15       Exhibit
16  4.
17            MR. PILLERSDORF: Hang on.
18            MR. MORGAN:  You only gave us a copy of
19       Exhibit 1.
20            MR. PILLERSDORF:  Here's a copy for you,
21       Mr. Gibson.
22            MR. MORGAN:  Thank you.
23  BY MR. PILLERSDORF:
24       Q.   You should take a look at that, Mr. Gibson.
25  I just handed you a document.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          MR. MORGAN:  Ned, these are not the same.  I'm

 2     not sure what Mr. Gibson's looking at.  What date

 3     are you looking for?

 4          MR. PILLERSDORF:  It should say, "Whereas on

 5     the 19th day of December 2019."

 6          MR. MORGAN:  What is -- what Mr. Gibson and

 7     I have are not the same.  I'm not sure what -- can

 8     I -- may I see what you're looking at, Ned, just so

 9     I can see it?  Can I see the Exhibit 4 that you're

10     reading from?

11          MR. PILLERSDORF:  Same thing.  It's all the

12     same thing.  It's going to be Exhibit 1, so I'm not

13     going to refer to an Exhibit 4.

14          MR. MORGAN:  I mean, what you're referring to

15  --

16          THE WITNESS:  It's -- it's not the same. That's

17     not the same.

18          MR. MORGAN:  None of these are the same.

19  BY MR. PILLERSDORF:

20     **Q.   What's the document you have in front of you,**

21  **Mr. Gibson?**

22          MR MORGAN:  This?

23          THE WITNESS:  This one?

24  BY MR. PILLERSDORF:

25     **Q.   Yes, sir.**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          A.    This is a mine inspection report for

 2    noncompliance, 80-0845.

 3          Q.    Okay.  What's the date of it?

 4          A.    It was signed by Inspector Wilson on 10-12-21.

 5          Q.    Okay.  What do you understand this document to

 6    be?

 7          A.    It's a mine inspection report concerning

 8    noncompliance number 80-0845.

 9          Q.    Who's the company name?

10          A.    Pine Branch Mining.

11          Q.    Who's the inspector?

12          A.    Daniel Wilson.

13          Q.    Did he issue a noncompliance on December 19th,

14    2019?

15          A.    No.

16          Q.    Huh?

17          A.    No.

18          Q.    Okay.  Tell me why you say no?

19          A.    Stand corrected.  Yes, he did.

20          Q.    Okay.  Does it cite what the noncompliance was

21    for, the particular Kentucky regulation?

22          A.    Contemporaneous reclamation, K8R16020.

23          Q.    What do you understand contemporaneous

24    reclamation to be?

25                MR. MORGAN:  Objection to form.  You can

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      answer.
 2           THE WITNESS:  Okay.  Contemporaneous
 3      reclamation regulations give time and/or distance of
 4      open highwall.
 5  BY MR. PILLERSDORF:
 6      Q.   Let me ask you: Before the flood event, when
 7  is the first time Pine Branch was notified there were
 8  issues of contemporaneous reclamation before the flood
 9  event?  Was 2019 the first time, or were there times
10  before then?
11           MR. MORGAN:  Objection to form.
12           THE WITNESS:  I don't remember if there had
13      been notifications prior to that.
14  BY MR. PILLERSDORF:
15      Q.   To the best of your recollection, how many
16  times was Pine Branch cited for issues of
17  contemporaneous reclamation before the flood event?
18      A.   One.
19      Q.   One time?
20      A.   Yes, sir.
21      Q.   When was that?
22      A.   This noncompliance.
23      Q.   Okay.  At the time of the flood event, had the
24  area been completely reclaimed?
25      A.   No.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1        Q.    Just from your personal knowledge, you've

 2   indicated you were up there, what percentage of these

 3   acres had been completely reclaimed at the time of the

 4   flood event?

 5              MR. MORGAN:  Objection to form.  You can answer

 6       if you can.

 7              THE WITNESS:  20, 25 percent.

 8   BY MR. PILLERSDORF:

 9        Q.    Have been reclaimed?

10        A.    Yes, sir.

11        Q.    Let me show you.  We've received a discovery

12   -- a report from your expert, Mr. Ricci.  We just

13   received this.  Here you go.  Counsel has a copy of

14   that.  Does that appear to be a Google photo, if you

15   recognize it?

16        A.    Appears to be.

17        Q.    Let me ask you: Do you recognize it?

18              MR. MORGAN:  Objection to form.

19              THE WITNESS:  Just -- just as a -- a Google

20       photo.

21   BY MR. PILLERSDORF:

22        Q.    You indicated at the time of the flood event,

23   25 -- only 25 percent had been reclaimed; is that

24   correct?

25              MR. MORGAN:  Objection to form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MR. PILLERSDORF:
 2        Q.    Is that what you told me?
 3        A.    Approximately 25 percent of the
 4   contemporaneous violation --
 5        Q.    That's fine.  Let me ask you: The -- in terms
 6   of reclamation, what do you understand that to mean in
 7   terms of your obligation as a coal company?
 8              MR. MORGAN:  Same objection.
 9              THE WITNESS:  Graded to the design
10      configuration -- final configuration --
11   BY MR. PILLERSDORF:
12        Q.    Okay.
13        A.    -- seeded.
14        Q.    Do you believe there are any dangers in not
15   reclaiming?
16              MR. MORGAN:  Objection to form.
17              THE WITNESS:  It depends on the configuration
18      of -- of the area.
19   BY MR. PILLERSDORF:
20        Q.    Why don't you answer my question?  Are there
21   any dangers in not reclaiming?
22              MR. MORGAN:  Objection to form.
23              THE WITNESS:  It depends on the configuration
24      that it's in.
25   BY MR. PILLERSDORF:
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    Okay.  If the configuration indicates it's not

 2   reclaimed, is that dangerous to people who live down

 3   below?

 4        A.    Not necessarily.

 5        Q.    Does it increase the water flow?

 6              MR. MORGAN:  Objection to form.

 7              THE WITNESS:  Not necessarily.

 8              MR. MORGAN:  I can only note objection to form

 9     on both of those two questions.

10   BY MR. PILLERSDORF:

11        Q.    Okay, not necessarily?

12        A.    Yes, sir.

13        Q.    Do you believe not reclaiming creates a public

14   safety problem?

15              MR. MORGAN:  Objection to form.

16              THE WITNESS:  Not necessarily.

17   BY MR. PILLERSDORF:

18        Q.    Well, what does not necessarily mean?

19        A.    Depending on the configuration, there could be

20   places that water drains and is held on the bench.

21        Q.    Does it increase the velocity of the water

22   coming off the mountain, if you don't reclaim?

23              MR. MORGAN:  Objection to form.

24   BY MR. PILLERSDORF:

25        Q.    Can you answer that question?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          A.   Again, not necessarily.

 2          Q.   So your testimony is, if you don't reclaim, it

 3   has no impact whatsoever on the velocity of the

 4   waterflow off a mountain?

 5              MR. MORGAN:  Objection to form.

 6   BY MR. PILLERSDORF:

 7          Q.   Is that your testimony?

 8              MR. MORGAN:  Argumentative, and we've submitted

 9       an expert report in this case, Ned.

10   BY MR. PILLERSDORF:

11          Q.   Can you answer that question?

12          A.   Repeat the question.

13          Q.   Would you agree with me that failure to

14   reclaim increases the velocity of the waterflow off an

15   unreclaimed strip mine?

16              MR. MORGAN:  Same objection. Asked and

17       answered.  You can answer again if you can.

18   BY MR. PILLERSDORF:

19          Q.   Do you agree with that?

20          A.   No, I don't.

21          Q.   Okay.  Do you understand what the -- what's

22   been alleged in this lawsuit?

23          A.   I do.

24          Q.   You're the company representative, right?

25              MR. MORGAN:  Objection to form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MR. PILLERSDORF:

 2        Q.   Is that why you're here today, you're a

 3   representative of the company?

 4            MR. MORGAN:  Ned, you did not name him as a

 5        representative, he is a representative of Pine

 6        Branch by virtue of his position here today in his

 7        deposition, but you did not notice this for a

 8        30(b)(6).

 9   BY MR. PILLERSDORF:

10        Q.   Do you understand what the allegations are in

11   this lawsuit?

12        A.   I do.

13        Q.   Okay.  You understand the plaintiffs have

14   accused you of your failure to reclaim endangered the

15   community?

16            MR. MORGAN:  Objection --

17   BY MR. PILLERSDORF:

18        Q.   Do you understand that?

19            MR. MORGAN:  Objection to form.  The plaintiff

20        has not accused Mr. Gibson of anything.

21   BY MR. PILLERSDORF:

22        Q.   Do you understand that?

23        A.   I understand that.

24        Q.   People died?

25            MR. MORGAN:  Objection to form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON GIBSON, taken on January 25, 2024

22

```
1   BY MR. PILLERSDORF:
2       Q.   Did people die in this event?
3       A.   People died all over Eastern Kentucky in this
4   event.
5       Q.   Did two of them die right below your strip
6   mine?
7            MR. MORGAN:  Objection to form.
8   BY MR. PILLERSDORF:
9       Q.   Is that a yes or no?  Did two people die below
10  the strip mine that you operated?
11           MR. MORGAN:  Objection to form.
12  BY MR. PILLERSDORF:
13      Q.   Is that a yes or no?
14           MR. MORGAN:  Argumentative.  There's no reason
15       to get abrasive here, Ned.  You can ask your
16       questions. No jury is sitting here with us.
17  BY MR. PILLERSDORF:
18      Q.   What I'm getting at, Mr. Gibson: Do you think
19  your responsibility to obey the reclamation law is also
20  a public safety responsibility, or is your answer you're
21  just indifferent about that?
22           MR. MORGAN:  Objection to form, argumentative.
23           MR. PILLERSDORF:  He can answer that.
24           MR. MORGAN:  Note -- I'm going to note with my
25       objection and your argumentative nature of your
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        questions.

 2   BY MR. PILLERSDORF:

 3        Q.   Is it public safety involved here?

 4             MR. MORGAN:  Same objection.

 5             THE WITNESS:  Public safety is involved.

 6   BY MR. PILLERSDORF:

 7        Q.   Okay.  Did you go look at the damage after the

 8   event?

 9             MR. MORGAN:  Same.

10             THE WITNESS:  Yes, I did.

11   BY MR. PILLERSDORF:

12        Q.   How bad was it?

13        A.   It was similar to what I saw all over Eastern

14   Kentucky.

15        Q.   Yeah.  But how bad was it in the Caney Creek

16   area of Breathitt County?

17             MR. MORGAN:  Objection to form.

18             THE WITNESS:  There was high water.  There was

19      destruction, just like there was in Knott County,

20      Letcher County, Perry County.

21   BY MR. PILLERSDORF:

22        Q.   People died in Knott County, right?

23        A.   Yes, sir.

24        Q.   How many?

25        A.   22.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   How many died in Breathitt?

2      A.   I don't know.

3      Q.   Did anybody die below this mine -- mining

4   operation?

5           MR. MORGAN:  Objection to form.

6           THE WITNESS:  As I understand it, yes, sir.

7   BY MR. PILLERSDORF:

8      Q.   How many?

9      A.   Two.

10     Q.   Did you know them?

11     A.   No.

12     Q.   Okay.  That picture I showed you there, did

13  that appear to be a fair and accurate copy of the Google

14  photo, or can you not identify it?

15          MR. MORGAN:  Objection to form.  Asked and

16      answered.

17  BY MR. PILLERSDORF:

18     Q.   Can you tell by looking at it?

19     A.   It -- it is of the Combs Branch area.

20          MR. PILLERSDORF:  Okay.  Add that -- let's make

21      that as Exhibit Number 1 to this deposition.

22          (EXHIBIT 1 MARKED FOR IDENTIFICATION)

23  BY MR. PILLERSDORF:

24     Q.   And Mr. Gibson, the document we talked about

25  earlier dated December 19, 2019, is that a fair and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   accurate copy of an inspection of noncompliance your
 2   company received?
 3              MR. MORGAN:  Objection to form.
 4              THE WITNESS:  This is the one that we thought
 5       we --
 6   BY MR. PILLERSDORF:
 7       Q.   Is that a -- is that a fair and accurate copy
 8   of the Notice of Inspection of Noncompliance your
 9   company received?
10              MR. MORGAN:  Objection to form.
11              THE WITNESS:  Yes.
12              MR. PILLERSDORF:  Make that Number 2.
13                 (EXHIBIT 2 MARKED FOR IDENTIFICATION)
14              MR. PILLERSDORF:  What's the dates, Darrell?
15              MR. HERALD:  July 27 through 28.
16   BY MR. PILLERSDORF:
17       Q.   Mr. Gibson, I understand that on the December
18   27 going -- take that back, July 27th -- 28th, a lot of
19   rain fell in Breathitt County; is that right?
20       A.   Yes.
21       Q.   Were you in Knott County or Breathitt County?
22              MR. MORGAN:  Objection to form.
23              THE WITNESS:  I don't know what day of the week
24       the 28th was on.
25   BY MR. PILLERSDORF:
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  Do you remember the night these two
 2   people died?
 3             MR. MORGAN:  Objection to form.
 4             THE WITNESS:  Yes.
 5   BY MR. PILLERSDORF:
 6        Q.   Where were you?
 7        A.   I was in Knott County.
 8        Q.   Okay.  Did you go up to Breathitt County the
 9   next day?
10        A.   No, I did not.
11        Q.   At some point in time, did you notice any
12   destruction in the Craney [sic] Creek area of Breathitt
13   County below the mining operation?
14        A.   Yes.
15        Q.   What did you see?
16        A.   I saw where there had been high water, homes
17   damaged and/or destroyed.
18        Q.   How many homes flooded away?
19        A.   I don't know.
20        Q.   Let me ask you about a couple of these notice
21   of noncompliances.  And part of your duties is to
22   receive and review these; is that correct?
23        A.   Yes.
24             MR. PILLERSDORF:  Okay.  I want to show you
25        what was marked as Exhibit -- we'll mark it as
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      Exhibit

 2  3.

 3            (EXHIBIT 3 MARKED FOR IDENTIFICATION)

 4  BY MR. PILLERSDORF:

 5      Q.    The date -- give you-all the date here, 9-1-

 6  22.  Let me show you that.  Is that marked Exhibit 3, by

 7  the way?

 8      A.    It is.

 9      Q.    Okay.  For the record, describe the document

10  I just handed you, Mr. Gibson.

11            MR. MORGAN:  Just for the record, is this the

12      exhibit that was marked as Exhibit 3 to Mr. Wilson's

13      deposition?

14            MR. PILLERSDORF:  It was Exhibit 3 in the

15      Wilson deposition.

16            THE WITNESS:  It's a mining inspection report

17      permit, 8970568.

18  BY MR. PILLERSDORF:

19      Q.    Is that a permit you recognize?

20      A.    Yes.

21      Q.    Okay.  Where is that permit located?

22      A.    At Combs Branch.

23      Q.    Is that the mining operation we've been

24  talking about?

25      A.    Yes, it is.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of Don Gibson, taken on January 25, 2023        28

```
 1        Q.   Okay.  On the top of that, there's an area
 2   indicated acres permitted.  Do you see that?
 3        A.   Yes.
 4        Q.   What was the number of acres permitted?
 5        A.   2,207.02.
 6        Q.   And what does that mean in layperson's terms?
 7        A.   2,200 acres on that particular permit.
 8        Q.   In other words, you applied to have a permit
 9   and mine about 2,200 acres, correct?
10        A.   Yes.
11        Q.   And there's a box underneath that says "acres
12   bonded."  What does that mean?
13        A.   Sorry, the permitted acres, if I could correct
14   that, is 2507.1 acres.  Acres bonded is 2207.
15        Q.   Okay.  What does that acres bonded mean in
16   layperson's terms?
17        A.   You have to post a performance bond -- surety
18   bond with Cabinet.
19        Q.   Is the purpose of the performance bond to
20   basically make sure that when the job is done, the areas
21   were claimed?  Is that basically how a layperson would
22   understand that?
23        A.   Yeah.  That -- that would be fair.
24        Q.   It indicated "estimated acres disturbed."  You
25   see that underneath there?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Yes.

2      Q.   What does that mean in layperson's terms?

3      A.   That means, of -- of the 2,200 acres that's

4  bonded, 2,000 of those have been disturbed.

5      Q.   What does disturbed mean in layperson's terms?

6      A.   That means that the ground's been broken.  It

7  could have been reclaimed, or it could still be active.

8      Q.   Okay.  This inspection report actually

9  occurred after the flood event, right?

10     A.   Yes, it did.

11     Q.   About a month or two later?

12     A.   In September.

13     Q.   Okay.  What I'm looking for is the one right

14  before the flood event.

15          MR. MORGAN:  Let me just note for the record,

16       earlier, I think what has been marked with a exhibit

17       tab, Plaintiff's Exhibit 3, was identified as being

18       the same Exhibit 3 that is attached to Mr. Wilson's

19       deposition, but it's not.

20  BY MR. PILLERSDORF:

21     Q.   We move those -- move that -- Mr. Gibson, is

22  that exhibit -- seem more like Exhibit 3.  Is that the

23  inspection report we were just talking about?

24     A.   Yes.

25     Q.   I move that as an exhibit to this record -- to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON GIBSON, taken on January 25, 2024                    30

1    this deposition.  Mr. Gibson, I want to show you an

2    inspection report dated, looks like, July 18, 2022, mine

3    inspection report.  Take a look at that and see if I've

4    correctly stated the date of that mine inspection

5    report.

6              MR. MORGAN:  Ned, when you're saying the date,

7         what are you -- what are you --

8              MR. PILLERSDORF:  It's the one he's got in

9         front of him.

10             MR. MORGAN:  But what are you looking at to get

11        the date?

12             MR. PILLERSDORF:  It's up top.

13   BY MR. PILLERSDORF:

14        Q.   Is there a date on that mine inspection

15   report, Mr. Gibson, the one I just handed you?

16        A.   Yes, sir, there is.

17        Q.   What's the date?

18        A.   7-18-22.

19        Q.   Is that about nine days before the flood

20   event?

21        A.   Yes, but this is on a different project.

22        Q.   Once again, look in that mine inspection

23   report.  By the way, who's the company on that?

24        A.   Pine Branch Mining.

25        Q.   Okay.  And does it have a thing -- does it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   have an indication how many acres are permitted?
 2        A.   Yes.
 3        Q.   What's the number?
 4        A.   1,549.72.
 5        Q.   Does it have an indication how many acres are
 6   bonded?
 7        A.   1,256.73.
 8        Q.   Does it indicate how many acres are disturbed?
 9        A.   1,200.
10        Q.   Okay.  To your knowledge, within the nine or
11   ten days before this report was generated till the flood
12   event, was the number of acres disturbed changed in any
13   manner, or was it basically the same?
14        A.   It would basically be the same.
15        Q.   Has your company been fined as a result of
16   this event?  Has your company been fined by the Cabinet
17   as a result of this flood event?
18        A.   Not at this point.
19        Q.   Okay.  What does not at this point mean?
20        A.   There have been violations written and
21   contested.
22        Q.   Okay.  What's the status of those?
23        A.   Still contested.
24        Q.   The violations that are out there, can you
25   describe for us, in layperson terms, what the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   allegations are?

2          MR. MORGAN:  Objection to form.

3          THE WITNESS:  Do you have a copy of that

4      noncompliance?

5   BY MR. PILLERSDORF:

6      Q.   No.  I'm asking you your knowledge today.

7      A.   Off the top of my head, I don't know what --

8   what -- what standards were cited.

9      Q.   Well, what do you understand the Cabinet is

10  accusing your company of doing wrong?

11     A.   It's my understanding, that in places that

12  we're cited for erosion created by -- by the excessive

13  heavy rains, hydrologic requirements, and I think we

14  were also cited for erosion to -- on the downstream side

15  of one or two of the ponds.

16     Q.   Did one of the ponds fail in this event?

17     A.   No, sir.  No.

18     Q.   Did all of the ponds function perfectly?

19          MR. MORGAN:  Objection to form.

20          THE WITNESS:  All the ponds functioned

21      perfectly as designed.

22  BY MR. PILLERSDORF:

23     Q.   So your testimony -- did the ponds fail in any

24  respect?

25          MR. MORGAN:  Objection to form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DON CHESSON, taken on January 25, 2024                    33

```
 1              THE WITNESS:  No.  The ponds didn't fail.
 2   BY MR. PILLERSDORF:
 3        Q.   Were you cited over one of the ponds?
 4        A.   Yes, we were.
 5        Q.   Tell me about that.
 6        A.   One of the ponds had erosion on the downstream
 7   face of it.
 8        Q.   Okay.  What's the -- was there an
 9   administrative action taken against your company by the
10   Cabinet as a result of that pond?
11              MR. MORGAN:  Objection to form.
12              THE WITNESS:  There was a violation written.
13   BY MR. PILLERSDORF:
14        Q.   Okay.  What's the status of it today -- the
15   violation?
16        A.   Without seeing the -- the noncompliance, I --
17   I couldn't tell you.
18        Q.   Is it pending, or has the company been
19   exonerated?
20        A.   Without seeing --
21              MR. MORGAN:  Objection to form.
22              THE WITNESS:  Without seeing it, I couldn't
23     tell you.
24   BY MR. PILLERSDORF:
25        Q.   You don't know?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I don't know.

 2        Q.   Okay.  Are there fish in those ponds?

 3             MR. MORGAN:  Objection to form.

 4             THE WITNESS:  I have seen fish in some of them.

 5   BY MR. PILLERSDORF:

 6        Q.   What kind of fish?

 7        A.   I've seen goldfish in some of them.

 8        Q.   You indicated you were around where my clients

 9   lived shortly after the flood event; is that true?

10             MR. MORGAN:  Just, object to the form, not all

11        of your clients live in that area, Ned.

12   BY MR. PILLERSDORF:

13        Q.   Were you in the Caney Creek area after the

14   flood event?

15        A.   Yes, at some point.

16        Q.   A few minutes ago, you told me you saw some

17   destruction, correct?

18        A.   Yes.

19        Q.   Did you notice any fish on my -- on the

20   properties below -- on the Caney Creek area?

21             MR. MORGAN:  Objection to form.

22   BY MR. PILLERSDORF:

23        Q.   Huh?

24        A.   No.

25        Q.   There have been deposition testimony in this
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   case -- or pictures in this case, where these large
 2   goldfish ended up on my client's property.  Where'd they
 3   come from?
 4             MR. MORGAN:  Objection to form.
 5             THE WITNESS:  I don't know where they came
 6      from.
 7   BY MR. PILLERSDORF:
 8      Q.   Would it be logical to assume they came from
 9   the mining operation ponds?
10             MR. MORGAN:  Same objection.
11             THE WITNESS:  It would be logical to assume
12      that they came from one or more of the ponds.
13   BY MR. PILLERSDORF:
14      Q.   And they're goldfish, correct?
15      A.   Yes.
16      Q.   Big goldfish, right?
17      A.   Yes.
18      Q.   How much -- how big are they?
19      A.   The ones I've seen are 18, 20 inches.
20      Q.   Would you agree with me that it's a violation
21   of the mining laws to allow material to escape from a
22   permitted area to an unpermitted area?
23             MR. MORGAN:  Objection to form.
24   BY MR. PILLERSDORF:
25      Q.   Is that a common regulation in the mining
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   industry?
2            MR. MORGAN:  Same objection.
3   BY MR. PILLERSDORF:
4        Q.  Are you familiar with the regulation that says
5   you're not allowed to allow material to escape from a
6   permitted area to a non-permitted area?
7            MR. MORGAN:  Same objection.
8   BY MR. PILLERSDORF:
9        Q.  Have you ever heard of that regulation?
10       A.  Are you talking about water?
11       Q.  Are you familiar with that mining regulation
12   or not?
13           MR. MORGAN:  Same objection.
14           THE WITNESS:  Yes.
15  BY MR. PILLERSDORF:
16       Q.  Okay.  Assuming these fish came from your
17   mining operation and ended up on my client's property,
18   that would be a violation of that regulation, right?
19           MR. MORGAN:  Objection to form.  If you know.
20       If you don't know.
21  BY MR. PILLERSDORF:
22       Q.  You don't know?
23       A.  I don't know.
24       Q.  Did any of the water from your mining
25   operation end up on any of the -- my client's properties
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   after this flood event?
 2            MR. MORGAN:  Objection to form.
 3            THE WITNESS:  The water discharged the ponds.
 4   BY MR. PILLERSDORF:
 5        Q.   Okay.  Did any of the coal mining material
 6   from the mining operation end up on my client's
 7   properties?
 8        A.   I don't know.
 9        Q.   You didn't notice that when you were up there
10   looking at the destruction?
11            MR. MORGAN:  Objection to form.
12            THE WITNESS:  No, I didn't notice that.
13            MR. PILLERSDORF:  We may be done.  Let me take
14       a brief break.  We may be done.
15            THE REPORTER:  May I ask?  Before we go off
16       record, did you want to mark that --
17            MR. PILLERSDORF:  Yeah.  Let's go ahead and
18       mark that last one as an exhibit.  Is that --
19            THE REPORTER:  Okay.
20            MR. PILLERSDORF:  -- okay, Mr. Gibson?  That
21       would be Number 4, I think.
22            (EXHIBIT 4 MARKED FOR IDENTIFICATION)
23            THE REPORTER:  Number 4.  Thank you.  We're off
24       the record.
25            (OFF THE RECORD)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of Don Gibson, taken on January 25, 2024                    38

 1              THE REPORTER:  We're back on the record.  You

 2        may continue.

 3   BY MR. PILLERSDORF:

 4        Q.   Mr. Gibson, I just -- the last document

 5   I handed you, what's the permit number on that?

 6        A.   8970569.

 7        Q.   Okay.  Some of these permit numbers are

 8   8970568.  Are they both Pine Branch Mining operations?

 9        A.   Yes.

10        Q.   What's the difference?

11        A.   These -- these two permits adjoin.  They're

12   both commonly known as Combs Branch.

13        Q.   Okay.  Any particular reason why they have

14   different numbers?

15        A.   The -- the 0568 was permitted first, and 0569

16   was permitted at a later date.

17        Q.   Let me show you an 090568 mine inspection

18   report, and I believe it's dated July 21st, 2022.  Tell

19   me if I'm correct in saying that.

20        A.   Yes.

21             MR. PILLERSDORF:  Okay.  That's different.

22        That's -- we're going to mark that as Exhibit 5 to

23        be clear.

24             (EXHIBIT 5 MARKED FOR IDENTIFICATION)

25   BY MR. PILLERSDORF:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q.   I think I've already marked Exhibit 5; is that

 2  correct?

 3      A.   Yes, sir.

 4      Q.   Okay.  So there's a difference between Exhibit

 5  5 and Exhibit 4.  They're different permits, correct?

 6      A.   Yes.

 7      Q.   Okay.  Exhibit 5, the one in front of you,

 8  let's go through it a little bit.  Is there a citation

 9  under contemporaneous reclamation on the left side of

10  the document, about halfway down?

11      A.   The -- the code for contemporaneous

12  reclamation is noted.

13      Q.   Okay.  There's an EG in a box, correct?

14      A.   No, sir.  There's a ER.

15      Q.   Okay.  What does that mean?  What does ER

16  mean?

17          MR. MORGAN:  Objection to form.

18          THE WITNESS:  I don't know what it means.

19  BY MR. PILLERSDORF:

20      Q.   Okay.  Is that on a mine inspection report?

21      A.   It is.

22      Q.   And the date?

23      A.   7-21-22.

24      Q.   About a week before the flood event?

25      A.   Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   The flood event was July 27, 28, '22; is that

2   correct?

3      A.   Correct.

4      Q.   Okay.  And what's the number of acres

5   permitted on that document you're looking at?

6      A.   2,507.1.

7      Q.   Okay.  And what's the number of the acres

8   bonded?

9      A.   2,207.02.

10      Q.   And acre -- is there something that says,

11   "estimated acres disturbed" on that box?

12      A.   Yes.

13      Q.   What's the number there?

14      A.   2,000.

15          MR PILLERSDORF:  Okay.  That's all the

16       questions I have, Mr. Gibson.  Appreciate it.

17          THE REPORTER:  Okay.  Before we go off the

18       record --

19          MR. PILLERSDORF:  I guess we need to move

20       number 5 into the record.

21          THE REPORTER:  Okay.  Before we go off the

22       record, you have previous standing orders.  Do you

23       want to stick with those, e-tran, disc?

24          MR. PILLERSDORF:  Yes.

25          THE REPORTER:  Okay.  Anything else?  We are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   off the record.

 2           (DEPOSITION CONCLUDED AT 3:33 P.M. ET)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              CERTIFICATE OF REPORTER

 2            COMMONWEALTH OF KENTUCKY AT LARGE

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Stipulation page hereof, by me

 7   after first being duly sworn to testify the truth, the

 8   whole truth, and nothing but the truth; and that the

 9   said matter was recorded digitally by me and then

10   reduced to typewritten form under my direction, and

11   constitutes a true record of the transcript as taken,

12   all to the best of my skill and ability. I certify that

13   I am not a relative or employee of either counsel and

14   that I am in no way interested financially, directly or

15   indirectly, in this action.

16

17

18

19   

20

21

22   KIMBERLY BROOKS,

23   COURT REPORTER / NOTARY

24   MY COMMISSION EXPIRES: 03/29/2026

25   SUBMITTED ON: 02/06/2024
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

---

**Exhibits**

Exhibit1_
Gibson 13:19
14:12 24:21,22

Exhibit2_
Gibson 25:13

Exhibit3_
Gibson 27:1,2,
3,6,12,14
29:17,18,22

Exhibit4_
Gibson 13:8,9,
15,16 14:9,13
37:22 39:5

Exhibit5_
Gibson 38:22,
24 39:1,4,5,7

---

**0**

0568 38:15
0569 38:15
090568 38:17

---

**1**

1 13:19 14:12
24:21,22
1,200 31:9
1,256.73 31:7
1,500 8:24 12:9
1,549.72 31:4
1,800 12:9
10-12-21 15:4
15 11:7
18 30:2 35:19
19 24:25
1996 7:25
19th 13:11 14:5
15:13

---

**2**

2 25:12,13
2,000 29:4
40:14
2,200 28:7,9
29:3
2,207.02 28:5
40:9
2,507.1 40:6
20 11:7 17:7
35:19
2014 8:4,19
9:5,14
2019 13:11
14:5 15:14 16:9
24:25
2022 30:2
38:18
21st 38:18
22 23:25 27:6
40:1
2207 28:14
25 17:7,23 18:3
2507.1 28:14
27 7:20,24
25:15,18 40:1
27th 25:18
28 25:15 40:1
28th 25:18,24

---

**3**

3 27:2,3,6,12,14
29:17,18,22
30(b)(6) 21:8
3:33 41:2

---

**4**

4 13:9,16 14:9,
13 37:21,22,23
39:5

---

**40** 11:18

---

**5**

5 38:22,24 39:1,
5,7 40:20

---

**7**

7-18-22 30:18
7-21-22 39:23

---

**8**

80-0845 15:2,8
8970568 27:17
38:8
8970569 38:6

---

**9**

9-1- 27:5

---

**A**

abrasive 22:15
accurate 24:13
25:1,7
accused
21:14,20
accusing
32:10
acquired 9:7
acre 40:10
acres 8:24 12:8
17:3 28:2,4,7,9,
11,13,14,15,24
29:3 31:1,5,8,
12 40:4,7,11
action 33:9
active 29:7
Add 24:20
Addington
7:25 8:2

---

adjoin 38:11
administrative
33:9
affairs 7:18
affiliated 9:6
affirm 7:4
agree 20:13,19
35:20
ahead 37:17
allegations
21:10 32:1
alleged 20:22
allowed 36:5
and/or 16:3
26:17
Appears 17:16
applied 28:8
approximately
8:24 18:3
area 12:2 16:24
18:18 23:16
24:19 26:12
28:1 34:11,13,
20 35:22 36:6
areas 28:20
argumentative
20:8 22:14,22,
25
assume 9:21
35:8,11
Assuming
36:16
attached 29:18

---

**B**

back 25:18
38:1
bad 23:12,15
bankruptcies
8:1
bankruptcy
8:1,3

---

basically
28:20,21 31:13,
14
began 9:5
begin 7:8
bench 19:20
big 35:16,18
bit 39:8
Blackhawk
8:5,8,9,10,15
bond 28:17,18,
19
bonded 28:12,
14,15 29:4 31:6
40:8
box 28:11
39:13 40:11
Branch 7:16,
21 8:6,8,16,18
9:7 10:11 12:4,
6,8,19,20,23
13:4 15:10
16:7,16 21:6
24:19 27:22
30:24 38:8,12
break 37:14
Breathitt 8:21
23:16 24:1
25:19,21 26:8,
12
broken 29:6

---

**C**

C-O-M-B-S
12:6
Cabinet 10:1,4,
12 11:19 28:18
31:16 32:9
33:10
call 10:3,11
Caney 23:15
34:13,20
case 20:9 35:1
changed 31:12

---

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**citation** 39:8

**cite** 15:20

**cited** 13:4
16:16 32:8,12,
14 33:3

**claimed** 28:21

**clear** 8:7 38:23

**client's** 8:21
35:2 36:17,25
37:6

**clients** 12:2
34:8,11

**coal** 8:4 9:8,22
11:16,20,23
12:23 18:7 37:5

**code** 39:11

**college** 9:17

**Combs** 10:11
12:4,5,6,8,19
13:4 24:19
27:22 38:12

**common** 35:25

**commonly**
38:12

**community**
21:15

**companies**
7:23

**company** 8:3,9
9:8 15:9 18:7
20:24 21:3
25:2,9 30:23
31:15,16 32:10
33:9,18

**completely**
16:24 17:3

**CONCLUDED**
41:2

**configuration**
18:10,17,23
19:1,19

**contemporane
ous** 15:22,23
16:2,8,17 18:4
39:9,11

**contested**
31:21,23

**continue** 38:2

**copy** 13:9,14,
18,20 17:13
24:13 25:1,7
32:3

**correct** 9:8
10:7 12:20
13:12 17:24
26:22 28:9,13
34:17 35:14
38:19 39:2,5,
13,25 40:2,3

**corrected**
15:19

**correctly** 30:4

**Counsel** 17:13

**County** 8:21
11:9,11,12,13
23:16,19,20,22
25:19,21 26:7,
8,13

**couple** 26:20

**Craney** 26:12

**created** 32:12

**creates** 19:13

**Creek** 23:15
26:12 34:13,20

---

**D**

**damage** 23:7

**damaged**
26:17

**dangerous**
19:2

**dangers** 18:14,
21

**Daniel** 10:7,9,
10 15:12

**Darrell** 25:14

**date** 14:2 15:3
27:5 30:4,6,11,
14,17 38:16
39:22

**dated** 24:25
30:2 38:18

**dates** 25:14

**day** 10:20 14:5
25:23 26:9

**days** 30:19
31:11

**December**
13:11 14:5
15:13 24:25
25:17

**Depending**
19:19

**depends**
18:17,23

**deposition**
10:3,7 13:7,9
21:7 24:21
27:13,15 29:19
30:1 34:25 41:2

**describe**
11:23,24 12:3
27:9 31:25

**design** 18:9

**designed**
32:21

**destroyed**
26:17

**destruction**
23:19 26:12
34:17 37:10

**die** 22:2,5,9
24:3

**died** 21:24 22:3
23:22 24:1 26:2

**difference**
38:10 39:4

**DIRECT** 7:9

**Director** 7:18

**disc** 40:23

**discharged**
37:3

**discovery**
17:11

**distance** 16:3

**disturbed**
28:24 29:4,5
31:8,12 40:11

**division** 8:5

**document**
13:25 14:20
15:5 24:24 27:9
38:4 39:10 40:5

**Don** 7:13

**downstream**
32:14 33:6

**drains** 19:20

**duties** 26:21

---

**E**

**e-tran** 40:23

**earlier** 24:25
29:16

**Eastern** 22:3
23:13

**education**
9:15

**employed**
7:15,16

**employees**
11:2

**end** 36:25 37:6

**endangered**
21:14

**ended** 35:2
36:17

**ER** 39:14,15

**erosion** 32:12,
14 33:6

**escape** 35:21
36:5

**estimated**
28:24 40:11

**event** 11:6
13:12 16:6,9,
17,23 17:4,22
22:2,4 23:8

29:9,14 30:20
31:12,16,17
32:16 34:9,14
37:1 39:24 40:1

**EXAMINATIO
N** 7:9

**excessive**
32:12

**exhibit** 13:8,
15,19 14:9,12,
13 24:21,22
25:13 26:25
27:1,3,6,12,14
29:16,17,18,22,
25 37:18,22
38:22,24 39:1,
4,5,7

**exonerated**
33:19

**expert** 17:12
20:9

---

**F**

**face** 33:7

**fail** 32:16,23
33:1

**failure** 20:13
21:14

**fair** 24:13,25
25:7 28:23

**familiar** 11:19
13:3 36:4,11

**fell** 25:19

**final** 18:10

**fine** 10:5 18:5

**fined** 31:15,16

**fish** 34:2,4,6,19
36:16

**flood** 11:6
13:12 16:6,8,
17,23 17:4,22
29:9,14 30:19
31:11,17 34:9,
14 37:1 39:24
40:1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

flooded 26:18

flow 19:5

Floyd 11:12

forgot 12:7

form 8:12
12:13 15:25
16:11 17:5,18,
25 18:16,22
19:6,8,15,23
20:5,25 21:19,
25 22:7,11,22
23:17 24:5,15
25:3,10,22 26:3
32:2,19,25
33:11,21 34:3,
10,21 35:4,23
36:19 37:2,11
39:17

front 14:20
30:9 39:7

fully 12:10,22

function 32:18

functioned
32:20

### G

gave 13:18

generally
10:21

generated
31:11

Gibson 7:3,11,
13,14 9:16
13:21,24 14:6,
21 21:20 22:18
24:24 25:17
27:10 29:21
30:1,15 37:20
38:4 40:16

Gibson's 14:2

give 7:5 11:1
16:3 27:5

goldfish 34:7
35:2,14,16

Google 17:14,
19 24:13

Graded 18:9

ground's 29:6

Group 8:4

guess 10:3
11:2 40:19

### H

halfway 39:10

hand 7:3

handed 13:25
27:10 30:15
38:5

Hang 13:17

hazard 8:5

head 32:7

heard 36:9

heavy 32:13

held 19:20

HERALD 25:15

high 23:18
26:16

highwall 16:4

Hindman
11:14,15

homes 26:16,
18

Horizon 8:2

hydrologic
32:13

### I

ICG 8:3,4

IDENTIFICATI
ON 24:22 25:13
27:3 37:22
38:24

identified
29:17

identify 24:14

impact 20:3

inches 35:19

increase 19:5,
21

increases
20:14

indication
31:1,5

indifferent
22:21

industry 36:1

inspection
13:10 15:1,7
25:1,8 27:16
29:8,23 30:2,3,
4,14,22 38:17
39:20

inspector
10:10,17 13:8
15:4,11

International
8:4

involved 9:13
11:16 23:3,5

involving 9:19

issue 15:13

issues 16:8,16

### J

job 9:18 10:11
12:4 28:20

July 25:15,18
30:2 38:18 40:1

jury 22:16

### K

K8r16020
15:22

Kentucky
15:21 22:3
23:14

kind 34:6

Knott 11:9,11,
12,13 23:19,22

25:21 26:7

knowledge
9:21,24 17:1
31:10 32:6

### L

large 8:23,24
35:1

law 22:19

laws 35:21

lawsuit 20:22
21:11

layperson
28:21 31:25

layperson's
28:6,16 29:2,5

left 39:9

Letcher 23:20

live 11:8,9,14
12:2 19:2 34:11

lived 34:9

located 27:21

logical 35:8,11

long 7:19 8:10,
17 12:22

lot 25:18

### M

make 24:20
25:12 28:20

manner 31:13

mark 26:25
37:16,18 38:22

marked 24:22
25:13 26:25
27:3,6,12 29:16
37:22 38:24
39:1

material 35:21
36:5 37:5

means 29:3,6
39:18

mentioned
9:18

mine 15:1,7
20:15 22:6,10
24:3 28:9 30:2,
4,14,22 38:17
39:20

miners 11:2

mines 9:25

mining 7:16
8:1,5,20 9:22
10:18,22,23
11:17,20,23
15:10 24:3
26:13 27:16,23
30:24 35:9,21,
25 36:11,17,24
37:5,6 38:8

minutes 34:16

monitor 11:20

month 10:19
29:11

MORGAN 8:12
11:25 12:13
13:13,18,22
14:1,6,14,18,22
15:25 16:11
17:5,18,25
18:8,16,22
19:6,8,15,23
20:5,8,16,25
21:4,16,19,25
22:7,11,14,22,
24 23:4,9,17
24:5,15 25:3,
10,22 26:3
27:11 29:15
30:6,10 32:2,
19,25 33:11,21
34:3,10,21
35:4,10,23
36:2,7,13,19
37:2,11 39:17

mountain
8:11,14 19:22
20:4

move 29:21,25
40:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**N**

Natural 8:2
10:1

nature 22:25

necessarily
19:4,7,11,16,18
20:1

Ned 13:13 14:1,
8 20:9 21:4
22:15 30:6
34:11

night 26:1

non-permitted
36:6

noncomplianc
e 13:10 15:2,8,
13,20 16:22
25:1,8 32:4
33:16

noncomplianc
es 26:21

note 19:8 22:24
29:15

noted 39:12

notice 13:10
21:7 25:8
26:11,20 34:19
37:9,12

noticed 13:7

notifications
16:13

notified 16:7

November
7:25

number 15:8
24:21 25:12
28:4 31:3,12
37:21,23 38:5
40:4,7,13,20

numbers 38:7,
14

**O**

obey 22:19

object 8:12
34:10

objection
11:25 12:13
13:13 15:25
16:11 17:5,18,
25 18:8,16,22
19:6,8,15,23
20:5,16,25
21:16,19,25
22:7,11,22,25
23:4,17 24:5,15
25:3,10,22 26:3
32:2,19,25
33:11,21 34:3,
21 35:4,10,23
36:2,7,13,19
37:2,11 39:17

obligation
18:7

occasionally
9:25

occurred 29:9

open 16:4

operated
22:10

operating
12:11,24

operation
8:20,23,25 9:1,
6 10:18,20,23
11:23 12:19
13:1,4 24:4
26:13 27:23
35:9 36:17,25
37:6

operational
9:2,4 12:10,22
13:1

operations 9:5
38:8

orders 40:22

**P**

P.M. 41:2

parent 8:6,9

part 26:21

pending 33:18

people 19:2
21:24 22:2,3,9
23:22 26:2

percent 17:7,
23 18:3

percentage
17:2

perfectly
32:18,21

performance
28:17,19

period 11:5

permit 27:17,
19,21 28:7,8
38:5,7

permits 9:22
38:11 39:5

permitted
28:2,4,13 31:1
35:22 36:6
38:15,16 40:5

permitting
7:18 9:19

Perry 23:20

personal 17:1

photo 17:14,20
24:14

physically
10:22

picture 24:12

pictures 35:1

PILLERSDOR
F 7:10 8:13
12:1,16 13:17,
20,23 14:4,11,
19,24 16:5,14
17:8,21 18:1,
11,19,25 19:10,

17,24 20:6,10,
18 21:1,9,17,21
22:1,8,12,17,23
23:2,6,11,21
24:7,17,20,23
25:6,12,14,16,
25 26:5,24
27:4,14,18
29:20 30:8,12,
13 32:5,22
33:2,13,24
34:5,12,22
35:7,13,24
36:3,8,15,21
37:4,13,17,20
38:3,21,25
39:19 40:15,19,
24

Pine 7:16,21
8:6,8,11,14,16,
17 9:7 12:11,
20,23 15:10
16:7,16 21:5
30:24 38:8

places 19:20
32:11

plaintiff 21:19

Plaintiff's 13:8
29:17

plaintiffs 21:13

point 26:11
31:18,19 34:15

pond 33:10

ponds 32:15,
16,18,20,23
33:1,3,6 34:2
35:9,12 37:3

position 7:17,
19 21:6

post 28:17

present 9:10
10:6,21,22

previous
40:22

prior 9:5,8
16:13

problem 19:14

**PROCEEDING
S** 7:1

processing
12:23

project 30:21

properties
34:20 36:25
37:7

property 35:2
36:17

public 19:13
22:20 23:3,5

purchased 8:5

purpose 28:19

**Q**

question 11:3
12:15,18 18:20
19:25 20:11,12

questions
19:9 22:16 23:1
40:16

**R**

rain 25:19

rains 32:13

raise 7:3

Ranch 12:11

reading 14:10

reason 22:14
38:13

receive 26:22

received
17:11,13 25:2,9

recently 13:2

reclaim 19:22
20:2,14 21:14

reclaimed
16:24 17:3,9,23
19:2 29:7

reclaiming
18:15,21 19:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

reclamation 15:22,24 16:3, 8,17 18:6 22:19 39:9,12

recognize 17:15,17 27:19

recollection 16:15

record 7:2,12 10:9 13:8 27:9, 11 29:15,25 37:16,24,25 38:1 40:18,20, 22 41:1

refer 14:13

referring 14:14

regulate 11:20

regulated 9:25

regulation 15:21 35:25 36:4,9,11,18

regulations 16:3

regulatory 7:18

relationship 8:8

remember 16:12 26:1

Repeat 20:12

rephrase 12:15,18

report 15:1,7 17:12 20:9 27:16 29:8,23 30:2,3,5,15,23 31:11 38:18 39:20

REPORTER 7:2,8 37:15,19, 23 38:1 40:17, 21,25

representative 20:24 21:3,5

requirements 32:13

---

residences 8:21

Resources 8:2 10:1

respect 32:24

responsibility 22:19,20

result 31:15,17 33:10

review 26:22

Ricci 17:12

Roughly 11:18 12:9

run 12:20

---

**S**

safety 19:14 22:20 23:3,5

seeded 18:13

sense 11:1

September 29:12

shortly 34:9

show 17:11 26:24 27:6 30:1 38:17

showed 24:12

sic 26:12

side 32:14 39:9

signed 15:4

similar 23:13

sir 9:9,20 13:6 14:25 16:20 17:10 19:12 23:23 24:6 30:16 32:17 39:3,14

sitting 22:16

solemnly 7:4

sort 13:5

stages 12:25

---

Stand 15:19

standards 32:8

standing 40:22

start 9:4

started 7:25

state 7:11

stated 30:4

status 31:22 33:14

stick 40:23

strip 20:15 22:5,10

submitted 20:8

surety 28:17

surface 9:1,25

Survived 8:1,2

swear 7:4

---

**T**

tab 29:17

talk 11:5

talked 24:24

talking 27:24 29:23 36:10

ten 31:11

terms 10:6,22 11:22 12:11,23 18:5,7 28:6,16 29:2,5 31:25

testimony 7:4 20:2,7 32:23 34:25

that'd 11:3

thing 14:11,12 30:25

thought 25:4

till 31:11

time 11:5,6 16:3,7,9,19,23

---

17:3,22 26:11

times 16:9,16

today 9:2 11:4 21:2,6 32:6 33:14

told 18:2 34:16

top 28:1 30:12 32:7

transition 9:11

true 34:9

truth 7:5,6

two-and-a-half 13:11

type 8:25

---

**U**

underneath 28:11,25

understand 9:7 12:20 15:5, 23 18:6 20:21 21:10,13,18,22, 23 24:6 25:17 28:22 32:9

understanding 32:11

unpermitted 35:22

unreclaimed 20:15

---

**V**

velocity 19:21 20:3,14

violation 18:4 33:12,15 35:20 36:18

violations 13:5 31:20,24

virtue 21:6

---

---

**W**

water 19:5,20, 21 23:18 26:16 36:10,24 37:3

waterflow 20:4,14

week 10:24 25:23 39:24

weeks 10:25

whatsoever 20:3

Where'd 35:2

Wilson 10:7,9, 10,13,17 13:8 15:4,12 27:15

Wilson's 27:12 29:18

words 11:24 28:8

work 8:14 10:16 11:2

worked 7:23 8:10

written 31:20 33:12

wrong 32:10

---

**Y**

years 7:20,24 11:16 13:2,12

you-all 27:5

---

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com