

2014-06

