**Inspection of Non-Compliance**  Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**   PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**   ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **16** day of **September**, **2021**, and Whereas, on this **12** day of **October**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**   (Code: **CR**)

- [ ] Has been completed.
- [x] Has not been completed and an extension is granted to **11/15/2021** because:
  **More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments #13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes [ ]   No [x]
Did operator exhibit a good faith effort in completing remedial work?   Yes [x]   No [ ]
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___   (Code: ___)

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___?   Yes [ ]   No [ ]
Did operator exhibit a good faith effort in completing remedial work?   Yes [ ]   No [ ]
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/10/2019, to 11/15/2021. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny K Wilson* (Signed by: Danny K Wilson, 10/12/2021) | | I.D. No: 080005   Date: 10/12/2021 | |
| Env. Control Supervisor: | (10/18/2021, Signed by: Derrick Slone) | Env. Control Manager: | *Steve N. Vance* (10/19/2021, Signed by: Steve Vance) | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered: ___   Signature: ___
Certified Mail No. ___   Certified Date ___
Contact Inspector at: **Daniel Wilson**   upon completion of remedial measures

Kentucky Energy and Environment Cabinet   Frankfort/Regional Office/Inspector
Department For Natural Resources
Division of Mine Enforcement and Reclamation   SME-03   Revised: 06/2008

Exhibit Gibson 2, Date 1-29-24