UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-231-DCR
*"Electronically Filed"*

EUGENE BAKER, et al                                                            PLAINTIFFS

v.

BLACKHAWK MINING, LLC
and PINE BRANCH MINING, LLC                       DEFENDANTS

### NOTICE OF FILING

Come the Plaintiffs, by counsel, and hereby give notice of filing of the exhibits to Daniel Wilson's deposition, taken on December 13, 2023.

                                                                  RESPECTFULLY SUBMITTED,

                                                                  s:/Ned Pillersdorf
                                                                  NED PILLERSDORF
                                                                  PILLERSDORF LAW OFFICES
                                                                  124 WEST COURT STREET
                                                                  PRESTONSBURG, KENTUCKY 41653
                                                                  PH: (606) 886-6090
                                                                  FX: (606) 886-6148
                                                                  pillersn@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server on the 21st day of February 2024.

                                                                  s:/Ned Pillersdorf
                                                                  NED PILLERSDORF