## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**    PERMIT No.: **897-0568**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**    ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **July**, **2022**, and Whereas, on this **21** day of **July**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**    (Code: **CR**)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐ No ☒
Did operator exhibit a good faith effort in completing remedial work?    Yes ☒ No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐    (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ☐ ?    Yes ☐ No ☐
Did operator exhibit a good faith effort in completing remedial work?    Yes ☐ No ☐
If NO, indicate what extent he failed to do so:

**Additional Information:** An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director.

| Env. Inspector | *signature* | | I.D No | 080005 | Date | 07/21/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor | *Clayton Nantz* (signed 1/27/2022) | Env. Control Manager | *Clayton Nantz* (signed 1/27/2022) | | | |

Person On-Site Whom Copy Was Delivered

Signature: Double Click to Sign

Person Whom Copy Was Hand Delivered    Signature
Certified Mail No    Certified Date
Contact Inspector at    **Daniel Wilson at 606-224-7117**    upon completion of remedial measures

**PLAINTIFF'S EXHIBIT 1**

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008    Frankfort Regional Office Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847
COMPANY NAME: PINE BRANCH MINING, LLC
PERMIT No.: 897-0568
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL
ID. No.: 080005

Whereas, on the **26** day of **February, 2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **16** day of **May, 2022**, and Whereas, on this **6** day of **June, 2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR**)

☐ Has been completed.
☒ Has not been completed and an extension is granted to **07/15/2022** because:
**More time is needed to complete the required remedial measures.**
Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**
☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?  Yes ☐ No ☒
Did operator exhibit a good faith effort in completing remedial work?  Yes ☒ No ☐
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___ (Code: ___)

☐ Has been completed.
☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___?  Yes ☐ No ☐
Did operator exhibit a good faith effort in completing remedial work?  Yes ☐ No ☐
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 07/15/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel Wilson* (Signed by Daniel Wilson) | | I.D. No: | 080005 | Date: 06/06/2022 |
| Env. Control Supervisor: | *Clayton Hartz* (Signed by Clayton Hartz) 6/6/2022 | Env. Control Manager: | *Steve N. Vance* (Signed by Steve Vance) 6/6/2022 | | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Signature:
Certified Mail No.
Certified Date
Contact Inspector at: **Daniel Wilson at 606-224-7117**
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation   SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

# Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847
COMPANY NAME: PINE BRANCH MINING, LLC
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL

PERMIT No.: 897-0568
ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 16 day of May, 2022, and Whereas, on this 17 day of May, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  Contemporaneous Reclamation - KAR 16:020   (Code: CR )
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:
_____
Remedial measures left to be completed include:
_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒  No ☐
If NO, indicate what extent he failed to do so:
_____

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  ___    (Code: ☐ )
☐ Has been completed.
☐ Has not been completed and an extension is granted to ___ because:
_____
Remedial measures left to be completed include:
_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of   ?   Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐  No ☐
If NO, indicate what extent he failed to do so:
_____

| Additional Information: | An extension beyond 90 days has been requested, for NNC#80-0847 issued 02/26/2020, and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel K. Wilson* (Signed by Danny K. Wilson) | | I.D. No: 080005 | Date: 05/17/2022 |
| Env. Control Supervisor: | *Clayton Hartz* 5/19/2022 (Signed by: Clayton Hartz) | Env. Control Manager: | *Steve N. Vance* 5/20/2022 (Signed by: Steve Vance) | |

Person On-Site Whom Copy Was Delivered: 

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:           Signature:
Certified Mail No.                              Certified Date
Contact Inspector at:  Daniel Wilson at 606-224-7117          upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation   SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: 80-0847
COMPANY NAME: PINE BRANCH MINING, LLC
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL

PERMIT No.: 897-0568
ID. No.: 080005

Whereas, on the 26 day of February, 2020, A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the 15 day of March, 2022, and Whereas, on this 24 day of March, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  Contemporaneous Reclamation - KAR 16:020   (Code: CR )

☐ Has been completed.
☒ Has not been completed and an extension is granted to 05/16/2022 because:
More time is needed to complete the required remedial measures.
Remedial measures left to be completed include:
Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.
☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐ No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒ No ☐
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___   (Code: ___ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?   Yes ☐ No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐ No ☐
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 05/16/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel Wilson* | | I.D. No: | 080005 | Date: 03/24/2022 |
| Env. Control Supervisor: | *Clayton Newt* 3/25/2022 | Env. Control Manager: | *Steve N. Vance* 3/25/2022 | | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at: **Daniel Wilson at 606-224-7117**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation     SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **16** day of **January**, **2022**, and Whereas, on this **19** day of **January**, **2022**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR**)

☐ Has been completed.

☒ Has not been completed and an extension is granted to **03/17/2022** because:
**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # ____ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the ____ day of ____, ____, A notice of ____ pertaining to Permit No. ____ was issued to you with the instruction that remedial work should be completed on or before the ____ day of ____, ____ and Whereas, on this ____ day of ____, ____, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ____ (Code: ____)

☐ Has been completed.

☐ Has not been completed and an extension is granted to ____ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ____ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ____ ?   Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?   Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 03/17/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny E Wilson* | | I.D. No: 080005 | Date: | 01/19/2022 |
| Env. Control Supervisor: | *Clayton Hardy* (1/21/2022) | Env. Control Manager: | *Steve N. Vance* (1/21/2022) | | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:   Signature:

Certified Mail No.   Certified Date

Contact Inspector at: **Daniel Wilson**   upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation   SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

# Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

PERMIT No.: **897-0568**
ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **17** day of **November**, **2021**, and Whereas, on this **30** day of **November**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR**)
- [ ] Has been completed.
- [x] Has not been completed and an extension is granted to **01/16/2022** because:
  **More time is needed to complete the required remedial measures.**
  Remedial measures left to be completed include:
  **Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**
- [ ] Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance? Yes [ ] No [x]
Did operator exhibit a good faith effort in completing remedial work? Yes [x] No [ ]
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___ (Code: ___)
- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to ___ because:
  Remedial measures left to be completed include:
- [ ] Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___? Yes [ ] No [ ]
Did operator exhibit a good faith effort in completing remedial work? Yes [ ] No [ ]
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 01/16/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel L Wilson* (signed by Daniel Wilson) | | I.D. No: | 080005 | Date: 11/30/2021 |
| Env. Control Supervisor: | *Clayton Hartz* 12/1/2021 (Signed by Clayton Hartz) | Env. Control Manager: | *Steve N. Vance* 12/1/2021 (Signed by Steve Vance) | | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at: **Daniel Wilson**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

# Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

PERMIT No.: **897-0568**
ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **17** day of **November**, **2021**, and Whereas, on this **18** day of **November**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**    (Code: **CR**)

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒  No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ____ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐ and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐    (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ____ ?   Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐  No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested, for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L Wilson* (Signed by: Danny L Wilson) | | I.D. No: 080005 | Date: | 11/18/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 11/22/2021 (Signed by: Clayton Nantz) | Env. Control Manager: | *Steve N. Vance* 11/22/2021 (Signed by: Steve Vance) | | |

Person On-Site Whom Copy Was Delivered:

Signature: *Double-Click to Sign*

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at:    **Daniel Wilson**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

# Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

PERMIT No.: **897-0568**
ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **18** day of **September**, **2021**, and Whereas, on this **12** day of **October**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**   (Code: **CR**)

☐ Has been completed.
☒ Has not been completed and an extension is granted to **11/17/2021** because:
**More time is needed to complete the required remedial measures.**
Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**
☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___   (Code: ___)

☐ Has been completed.
☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ___?   Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-8047 issued 02/26/2020, to 11/17/2021. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel E Wilson* (Signed by Daniel E Wilson) | | I.D. No: 080005 | Date: | 10/12/2021 |
| Env. Control Supervisor: | *Derrick Slone* 10/18/2021 (Signed by Derrick Slone) | Env. Control Manager: | *Steve N. Vance* 10/19/2021 (Signed by Steve Vance) | | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at: **Daniel Wilson**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation      SME-03    Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

PERMIT No.: **897-0568**
ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **18** day of **September**, **2021**, and Whereas, on this **23** day of **September**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: **CR**)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?  Yes ☐ No ☒
Did operator exhibit a good faith effort in completing remedial work?  Yes ☒ No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐ (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ?  Yes ☐ No ☐
Did operator exhibit a good faith effort in completing remedial work?  Yes ☐ No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested by the Permittee for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel Wilson* | | I.D. No: 080005 | Date: | 09/23/2021 |
| Env. Control Supervisor: | *Clayton Noe* 9/24/2021 | Env. Control Manager: | *Steve N. Vance* 9/24/2021 | | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at: **Daniel Wilson**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation      SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

**INSPECTION OF NON-COMPLIANCE NO.:** 80-0847
**COMPANY NAME:** PINE BRANCH MINING, LLC
**PERMIT No.:** 897-0568
**NON-COMPLIANCE ISSUED BY:** WILSON, DANIEL
**ID. No.:** 080005

Whereas, on the **26** day of **February, 2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **20** day of **July, 2021**, and Whereas, on this **5** day of **August, 2021**, another inspection has been made and it has been found that:

**Remedial Work for Performance Standard** Contemporaneous Reclamation - KAR 16:020 (Code: **CR**)

- [ ] Has been completed.
- [x] Has not been completed and an extension is granted to **09/18/2021** because:
  *More time is needed to complete the required remedial measures.*

Remedial measures left to be completed include:
*Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.*

- [ ] Has not been completed. Order for Cessation and Immediate Compliance #___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance? Yes [ ] No [x]
Did operator exhibit a good faith effort in completing remedial work? Yes [x] No [ ]
If NO, indicate what extent he failed to do so:

---

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___, and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

**Remedial Work for Performance Standard** ___ (Code: ___)

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance #___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ? Yes [ ] No [ ]
Did operator exhibit a good faith effort in completing remedial work? Yes [ ] No [ ]
If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 09/18/2021. |
|---|---|
| Env. Inspector: | *Daniel Wilson* (signature) — I.D. No: 080005 — Date: 08/05/2021 |
| Env. Control Supervisor: | *Clayton Napier* (signature) 8/10/2021 |
| Env. Control Manager: | *Steve N. Vance* (signature) 8/10/2021 |

Person On-Site Whom Copy Was Delivered: ___
Signature: *Double-Click to Sign*

Person Whom Copy Was Hand Delivered: ___
Signature: ___
Certified Mail No. ___
Certified Date ___
Contact Inspector at: **Daniel Wilson** upon completion of remedial measures

## Inspection of Non-Compliance

Page [1] of [1]

INSPECTION OF NON-COMPLIANCE NO.: 80-0847
COMPANY NAME: PINE BRANCH MINING, LLC
PERMIT No.: 897-0568
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL
ID. No.: 080005

Whereas, on the [26] day of [February], [2020], A notice of Non-Compliance pertaining to Permit No. 897-0568 was issued to you with the instruction that remedial work should be completed on or before the [20] day of [July], [2021], and Whereas, on this [20] day of [July], [2021], another inspection has been made and it has been found that:

Remedial Work for Performance Standard  [Contemporaneous Reclamation - KAR 16:020]   (Code: [CR])
☐ Has been completed.
☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the [ ] day of [ ] [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ] [ ], and Whereas, on this [ ] day of [ ] [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]   (Code: [ ])
☐ Has been completed.
☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of   ?   Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel E. Wilson* | | I.D. No: | 080005 | Date: 07/20/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 7/21/2021 | Env. Control Manager: | *Steve N. Vance* 7/21/2021 | | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:
Certified Mail No.
Contact Inspector at:   **Daniel Wilson**

Signature:
Certified Date
upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation    SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**

COMPANY NAME: **PINE BRANCH MINING, LLC**  PERMIT No.: **897-0568**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**  ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **21** day of **May**, **2021**, and Whereas, on this **24** day of **May**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**  (Code: **CR**)

☐ Has been completed.

☒ Has not been completed and an extension is granted to **07/20/2021** because:
**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:
**Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐ No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒ No ☐

If NO, indicate what extent he failed to do so:

---

Whereas, on the [ ] day of [ ], [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], [ ], and Whereas, on this [ ] day of [ ], [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]   (Code: [ ])

☐ Has been completed.
☐ Has not been completed and an extension is granted to [ ] because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of  ?   Yes ☐ No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐ No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement for NNC#80-0847 issued 02/26/2020 to 07/20/2021. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Daniel E. Wilson* | | I.D. No: 080005 | Date: |
| Env. Control Supervisor: | *Steve N. Vance* 5/25/2021  Signed by: Steve Vance | Env. Control Manager: | *Steve N. Vance* 5/25/2021  Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: X Double-Click to Sign

Person Whom Copy Was Hand Delivered:   Signature:

Certified Mail No.   Certified Date

Contact Inspector at:   **Daniel Wilson**   upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation   SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

# Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**                                            PERMIT No.: **897-0568**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                                         ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **22** day of **March**, **2021**, and Whereas, on this **8** day of **April**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020**     (Code: **CR**)
- ☐ Has been completed.
- ☒ Has not been completed and an extension is granted to **05/21/2021** because:
  **More time is needed to complete the required remedial measures.**
  Remedial measures left to be completed include:
  **Permittee shall reclaim open high wall areas within Increments #15, 23, and 24 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**
- ☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- ☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?             Yes ☒  No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ___ day of ___, ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, ___ and Whereas, on this ___ day of ___, ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___                                         (Code: ___)
- ☐ Has been completed.
- ☐ Has not been completed and an extension is granted to ___ because:
  Remedial measures left to be completed include:
- ☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- ☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?              Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?             Yes ☐  No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0847 issued 02/26/2020, to 05/21/2021. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Daniel Wilson* | | I.D. No: | 080005 | Date: |
| Env. Control Supervisor: | *Clayton Noe* 4/9/2021 | Env. Control Manager: | *Steve N. Vance* 4/9/2021 | | |

Person On-Site Whom Copy Was Delivered:                                   Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:                                      Signature:
Certified Mail No.                                                        Certified Date
Contact Inspector at: **Daniel Wilson**                                   upon completion of remedial measures

**Inspection of Non-Compliance**   Page ⬚1⬚ of ⬚1⬚

INSPECTION OF NON-COMPLIANCE NO.: **80-0847**
COMPANY NAME: **PINE BRANCH MINING, LLC**   PERMIT No.: **897-0568**
NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**   ID. No.: **080005**

Whereas, on the **26** day of **February**, **2020**, A notice of Non-Compliance pertaining to Permit No. **897-0568** was issued to you with the instruction that remedial work should be completed on or before the **22** day of **March**, **2021**, and Whereas, on this **25** day of **March**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  **Contemporaneous Reclamation - KAR 16:020**   (Code: **CR**)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐   (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ?   Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *signed* | | I.D. No: | 080005 | Date: |
| Env. Control Supervisor: | *signed Clayton Hentz* 1/30/2021 | Env. Control Manager: | *signed Derrick Stone* 1/31/2021 | | |

Person On-Site Whom Copy Was Delivered:    Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:    Signature:
Certified Mail No.    Certified Date
Contact Inspector at:   **Daniel Wilson**    upon completion of remedial measures