# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered: 897-0568

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY 40507 | 2507.1 | AP | 08:00 AM | 10:30 AM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 2207.02 | 07/21/2022 | P | | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 2000 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 1600 | 07/21/2022 |

| Non-Compliance | Cessation Order Number | Type | INC ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0847 | NC | | | | | 11/08/2026 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors), etc.

Complete inspection - All structures with KPDES sampled and in compliance  Yes☐  No☐  If Yes not selected, list points in violation.

This inspection was requested by the Permittee and is an inspection on Pond BS-43 to determine if this pond can be removed from the Long Term Treatment List. Those accompanying with this inspection were: Timmy Marshall, Environmental Scientist I, and Justin Morgan, OSM Inspector.
ER: CR An extension beyond 90 days has been requested for NNC#80-0847 issued 02/26/2020 and is currently under the review of the Director.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
FP: DV Continue to construct and maintain diversions according to the approved Permit Package.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0568 is: KYGE40198.

PLAINTIFF'S EXHIBIT 2

| Env. Inspector: | Danay K Wilson | 7/26/2022 | | I.D. No: | 080005 | Date: | 07/21/2022 |
|---|---|---|---|---|---|---|---|
| Env. Control Supervisor: | Clayton Plenty | 7/27/2022 | Env. Control Manager | | Clayton Plenty | | 7/27/2022 |

| Person On-Site To Whom Copy Was Delivered | | | Signature: | |
|---|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-01   Revised 05/2013

Frankfort Regional Office Inspector

Page: 1 of 2