# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0568

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 2507.1 | AP | 07:00 AM | 09:00 AM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 2207.02 | 09/01/2022 | P | | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 2000 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 1600 | 09/01/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 80-0847 | NC | | | 11/08/2026 |

| (SM) | FC | Signs and Markers KAR 16 030 or 18 030 | (SC) | FP | Sedimentation Ponds KAR 16 090 or 18 090 | (SS) | NA | Steep Slopes KAR 20 060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16 220 or 18 230 | (DV) | | Diversions KAR 16 080 or 18 080 | (MR) | NA | Mountaintop Removal KAR 20 050 |
| (TH) | | Topsoil KAR 16 050 or 18 050 | (WQ) | | Water Quality KAR 16 070 or 18 070 | (AM) | NA | Auger Mining KAR 20 030 |
| (UE) | | Use of Explosives KAR 16 120 or 18 120 | (HR) | | General Hydrologic Requirements KAR 16 060 or 18 060 | (PF) | NA | Prime Farmland KAR 20 040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16 130 or 18 130 | (WM) | | Water Monitoring KAR 16 110 or 18 110 | (PP) | NA | Processing Plants KAR 20 070 or 20 080 |
| (BG) | | Backfilling and Grading KAR 16 190 or 18 190 | (IM) | FC | Impoundments KAR 16 100 or 18 100 | (PL) | | Post-Mining Land Use KAR 16 210 or 18 220 |
| (CR) | AO, EA | Contemporaneous Reclamation KAR 16 020 or 18 020 | (WD) | NA | Coal Waste Dams KAR 16 160 or 18 160 | (DH) | NA | Drilled Holes KAR 16 040 or 18 040 |
| (OF) | NA | Other Facilities KAR 16 250 or 18 260 | (DC) | | Disposal of Coal Processing Waste KAR 16 140 or 18 140 | (UO) | NA | Approved Operator KAR 8 010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16 150 or 18 150 | (AP) | FC | Air Resources Protection KAR 16 170 or 18 170 | (OC) | | Ownership and Control KAR 8 010 |
| (RV) | | Revegetation KAR 16 200 or 18 200 | (FW) | | Fish and Wildlife Protection KAR 16 180 or 18 180 | (SB) | NA | Subsidence KAR 18 210 |
| (OD) | FC | Off Permit Disturbance KAR 7 040 | (OO) | NA | Mining Off Permit UG KAR 7 040 or 8 010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08 010 | (LI) | | Liability Insurance KAR 10 030 | (SF) | | Surety Failure KAR 10 030 |
| (EL) | | Effluent Limitations KAR 5 065 | (FR) | NA | Flyrock KAR 16 120 | (SW) | | Surface and Ground Water KAR 16 110, 18 110, or 5 065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors), etc

Complete inspection - All structures with KPDES sampled and in compliance   Yes☐   No☐   If Yes not selected, list points in violation

EA  CR  An extension of Agreed Order #GAH220014 has been granted with completion of the payment a penalty of five thousand dollars within 30 days also to submit a supplemental bond of five hundred thousand dollars within 30 days on or before 08/31/2022 which has been completed therefore the new due date for this Agreed Order is 07/15/2024.
FP: SC Ensure the watershed acreage for each pond is as approved in the permit package.
The KPDES number for 897-0568 is: KYGE40198.

PLAINTIFF'S EXHIBIT 3   tabbies

| Env. Inspector | Danny K Wilson | 9/12/2022 | I D No | 080005 | Date | 09/01/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor | Clayton Plunty | 9/12/2022 | Env. Control Manager | Bushull O | | 9/12/2022 |

| Person On-Site To Whom Copy Was Delivered | | Signature | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered | | Signature | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013   Frankfort Regional Office Inspector

Page: 1 of 2