**Inspection of Non-Compliance**

Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**

PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**

ID. No.: **080005**

Whereas, on the ☐19☐ day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the ☐20☐ day of **March**, **2021**, and Whereas, on this ☐25☐ day of **March**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard **Contemporaneous Reclamation - KAR 16:020** (Code: ☐CR☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐    No ☒

Did operator exhibit a good faith effort in completing remedial work?    Yes ☒    No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐ (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐?    Yes ☐    No ☐

Did operator exhibit a good faith effort in completing remedial work?    Yes ☐    No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector | *Danny Cordero* | | I.D. No. | 080005 | Date |
| Env. Control Supervisor | *Clayton Pantz* | Env. Control Manager | *Derrick Slone* | |

Person On-Site Whom Copy Was Delivered:

Signature

Double Click to Sign

Person Whom Copy Was Hand Delivered:

Signature

Certified Mail No.

Certified Date

Contact Inspector at:    **Daniel Wilson**

upon completion of remedial me...

PLAINTIFF'S EXHIBIT 4

**Inspection of Non-Compliance**                              Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: 80-0845 ☐

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 20 day of March, 2021, and

Whereas, on this 8 day of April, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020           (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 05/19/2021 because:

More time is needed to complete the required remedial measures.

Remedial measures left to be completed include:

Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance #| issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?                    Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of pertaining to Permit No. was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and

Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                   (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of          ?          Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?                    Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/19/2021. | | |
|---|---|---|---|
| Env. Inspector: | *Casey L. Lockard* | I.D. No: | 080005 | Date: |
| Env. Control Supervisor: | *Clayton Nartz* | Env. Control Manager: | *Steven N. Vance* | |

Person On-Site Whom Copy Was Delivered:                    Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:                       Signature:

Certified Mail No.                                          Certified Date

Contact Inspector at:   **Daniel Wilson**                  upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                                    ☐

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was
issued to you with the instruction that remedial work should be completed on or before the 19 day of May, 2021, and
Whereas, on this 24 day of May, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020        (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 07/18/2021 because:
   More time is needed to complete the required remedial measures.
   Remedial measures left to be completed include:
   Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to
   the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial
   measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?        Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you
with the instruction that remedial work should be completed on or before the ☐ day of ☐, and
Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

   Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding
   remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of        ?        Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?        Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and enforcement for NNC#80-0845 issued 12/19/2019 to 07/18/2021. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* | | I.D. No. | 080005 | Date: |
| | | | | | 5/25/2021 |
| Env. Control Supervisor: | *Steve N. Vance* Signed by Steve Vance | Env. Control Manager: | *Steve N. Vance* Signed by Steve Vance | | |

Person On-Site Whom Copy Was
Delivered:                                    Signature:    ☐ Double-Click to Sign

Person Whom Copy Was Hand Delivered:        Signature:

Certified Mail No.                            Certified Date

Contact Inspector at:   **Daniel Wilson**            upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845
COMPANY NAME: PINE BRANCH MINING, LLC                      PERMIT No.: 897-0569
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                   ID. No.: 080005

    Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was
issued to you with the instruction that remedial work should be completed on or before the 18 day of July, 2021, and
    Whereas, on this 20 day of July, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020          (Code: CR )
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

    Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial
    measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?                    Yes ☒   No ☐
    If NO, indicate what extent he failed to do so:

    Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you
with the instruction that remedial work should be completed on or before the ☐ day of ☐, and
    Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                     (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

    Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding
    remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ☐ ?          Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?         Yes ☐   No ☐
    If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Casey E. Anderson* | I.D. No. | 080005 | Date: | 07/20/2021 |
| Env. Control Supervisor: | *Clayton Nantz* <br> Signed By: Clayton Nantz | Env. Control Manager: | *Steven N. Vance* <br> Signed by: Steve Vance | | |

Person On-Site Whom Copy Was
Delivered:                                      Signature:     Double-Click to Sign

Person Whom Copy Was Hand Delivered:             Signature:
 Certified Mail No.                              Certified Date
Contact Inspector at:   **Daniel Wilson**                      upon completion of remedial measures

**Inspection of Non-Compliance**　　　　　　　　　　　　　　　　Page ⬚1 of ⬚1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845　　　　　　　　　　　⬚

COMPANY NAME: PINE BRANCH MINING, LLC　　　　　PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL　　　　　ID. No.: 080005

　　　　Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 18 day of July, 2021, and
　　　　Whereas, on this 5 day of August, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard　Contemporaneous Reclamation - KAR 16:020　　　(Code: CR )

　☐　Has been completed.

　☒　Has not been completed and an extension is granted to 09/18/2021 because:

　　　More time is needed to complete the required remedial measures.

　　　Remedial measures left to be completed include:

　　　Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

　☐　Has not been completed. Order for Cessation and Immediate Compliance #⬚ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

　☐　Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?　　　Yes ☐　No ☒

Did operator exhibit a good faith effort in completing remedial work?　　　Yes ☒　No ☐

If NO, indicate what extent he failed to do so:

　　　Whereas, on the ⬚ day of ⬚, A notice of ⬚ pertaining to Permit No. ⬚ was issued to you with the instruction that remedial work should be completed on or before the ⬚ day of ⬚, and
　　　Whereas, on this ⬚ day of ⬚, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ⬚　　　(Code: ⬚ )

　☐　Has been completed.

　☐　Has not been completed and an extension is granted to ⬚ because:

　　　Remedial measures left to be completed include:

　☐　Has not been completed. Order for Cessation and Immediate Compliance # ⬚ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

　☐　Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ⬚?　　　Yes ☐　No ☐

Did operator exhibit a good faith effort in completing remedial work?　　　Yes ☐　No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 09/18/2021. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Daniel F. Wilson* (Signed by Daniel F. Wilson) | I.D. No: | 080005 | Date. 08/05/2021 |
| Env. Control Supervisor: | *Clayton Hartz* (Signed by Clayton Hartz) | Env. Control Manager: | *Steven N. Vance* (Signed by Steve Vance) | |

Person On-Site Whom Copy Was Delivered:　　　　　　　　　　Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:　　　　　　　　Signature:

Certified Mail No.　　　　　　　　　　　　　　　　Certified Date

Contact Inspector at:　Daniel Wilson　　　　　　　　upon completion of remedial measures

**Inspection of Non-Compliance**                                      Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                                    ☐

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 16 day of September, 2021, and Whereas, on this 23 day of September, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020         (Code: CR )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

|  |
|  |

Remedial measures left to be completed include:

|  |
|  |

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?          Yes ☒   No ☐
If NO, indicate what extent he failed to do so:

|  |

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐         (Code: ☐ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

|  |

Remedial measures left to be completed include:

|  |

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of          ?          Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?          Yes ☐   No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested by the Permittee for NNC#80-0845 issued 12/19/2021 and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L Wilson* | | I.D. No: | 080005 | Date: 09/23/2021 |
| Env. Control Supervisor: | *Clayton Nantz* Signed by: Clayton Nantz | Env. Control Manager: | *Steven Vance* Signed by: Steve Vance | | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click To Sign

Person Whom Copy Was Hand Delivered:          Signature:
Certified Mail No.          Certified Date
Contact Inspector at:   **Daniel Wilson**          upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                               ☐

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 08000S

    Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 16 day of September, 2021, and
    Whereas, on this 12 day of October, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**   (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 11/15/2021 because:

**More time is needed to complete the required remedial measures.**

Remedial measures left to be completed include:

**Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.**

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?   Yes ☐   No ☒

Did operator exhibit a good faith effort in completing remedial work?   Yes ☒   No ☐

If NO, indicate what extent he failed to do so:

---

    Whereas, on the ___ day of ___, A notice of ___ pertaining to Permit No. ___ was issued to you with the instruction that remedial work should be completed on or before the ___ day of ___, and
    Whereas, on this ___ day of ___, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ___   (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ___ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ___ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ___ ?   Yes ☐   No ☐

Did operator exhibit a good faith effort in completing remedial work?   Yes ☐   No ☐

If NO, indicate what extent he failed to do so:

---

| Additional Information: | **An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/10/2019, to 11/15/2021.** | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny E. Wilson* | I.D. No: | 08000S | Date: | 10/12/2021 |
| Env. Control Supervisor: | *Signed by: Derick Stone*  10/18/2021 | Env. Control Manager: | *Signed by: Steve Vance*  10/18/2021 | | |

Person On-Site Whom Copy Was
Delivered:

Signature:   ☒ Double-Click to Sign

Person Whom Copy Was Hand Delivered:   Signature:

Certified Mail No.   Certified Date

Contact Inspector at:   **Daniel Wilson**   upon completion of remedial measures

## Inspection of Non-Compliance

Page 1 of 1

INSPECTION OF NON-COMPLIANCE NO.: **80-0845**

COMPANY NAME: **PINE BRANCH MINING, LLC**                    PERMIT No.: **897-0569**

NON-COMPLIANCE ISSUED BY: **WILSON, DANIEL**                    ID. No.: **080005**

Whereas, on the **19** day of **December**, **2019**, A notice of Non-Compliance pertaining to Permit No. **897-0569** was issued to you with the instruction that remedial work should be completed on or before the **15** day of **November**, **2021**, and Whereas, on this **16** day of **November**, **2021**, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   **Contemporaneous Reclamation - KAR 16:020**          (Code: **CR** )

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to [ ] because:

  Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [x] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes [ ]  No [x]
Did operator exhibit a good faith effort in completing remedial work?          Yes [x]  No [ ]
If NO, indicate what extent he failed to do so:

Whereas, on the [ ] day of [ ], [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], [ ], and Whereas, on this [ ] day of [ ], [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard   [ ]          (Code: [ ] )

- [ ] Has been completed.
- [ ] Has not been completed and an extension is granted to [ ] because:

  Remedial measures left to be completed include:

- [ ] Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
- [ ] Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of [ ] ?
Did operator exhibit a good faith effort in completing remedial work?          Yes [ ]  No [ ]
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* | I.D. No: | 080005 | Date: 11/16/2021 |
| Env. Control Supervisor: | *Clayton Nantz* 11/29/2021 Signed by: Clayton Nantz | Env. Control Manager: | *Steve N Vance* 11/29/2021 Signed by: Steve Vance | |

Person On-Site Whom Copy Was Delivered:

Signature: Double-Click to Sign

Person Whom Copy Was Hand Delivered:          Signature:

Certified Mail No.          Certified Date

Contact Inspector at:   **Daniel Wilson**          upon completion of remedial measures

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Enforcement and Reclamation          SME-03   Revised: 06/2008

Frankfort/Regional Office/Inspector

**Inspection of Non-Compliance**                                                                    Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                                                                            ☐
COMPANY NAME: PINE BRANCH MINING, LLC                                              PERMIT No.: 897-0569
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                                                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was
issued to you with the instruction that remedial work should be completed on or before the 15 day of November, 2021, and
Whereas, on this 29 day of November, 2021, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020                (Code: CR )

☐ Has been completed.
☒ Has not been completed and an extension is granted to 01/14/2022 because:
   More time is needed to complete the required remedial measures.
   Remedial measures left to be completed include:
   Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to
   the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial
   measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?              Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?                       Yes ☒  No ☐
   If NO, indicate what extent he failed to do so:
   [_____]

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you
with the instruction that remedial work should be completed on or before the ☐ day of ☐, and
Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                                                    (Code: ☐ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:
   [_____]
   Remedial measures left to be completed include:
   [_____]

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding
   remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ☐?                           Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?                       Yes ☐  No ☐
   If NO, indicate what extent he failed to do so:
   [_____]

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, 01/14/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny E. Graham* | | I.D. No: 080005 | Date: | 11/29/2021 |
| Env. Control Supervisor: | *Clayton Nartz* Signed by Clayton Nartz | Env. Control Manager: | *Steve N. Vance* Signed by Steve Vance | | |

Person On-Site Whom Copy Was
Delivered:                                              Signature: [Double-Click to Sign]

Person Whom Copy Was Hand Delivered:                    Signature:
   Certified Mail No.                                   Certified Date
   Contact Inspector at:    **Daniel Wilson**           upon completion of remedial measures

**Inspection of Non-Compliance**                                        Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                                           ☐

COMPANY NAME: PINE BRANCH MINING, LLC                       PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                     ID. No.: 080005

    Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 14 day of January, 2022, and
    Whereas, on this 19 day of January, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020              (Code: CR )

☐ Has been completed.
☒ Has not been completed and an extension is granted to 03/15/2022 because:

| More time is needed to complete the required remedial measures. |
|---|

    Remedial measures left to be completed include:

| Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020. |
|---|

☐ Has not been completed. Order for Cessation and Immediate Compliance #[ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?                    Yes ☒  No ☐
    If NO, indicate what extent he failed to do so:

| |
|---|

    Whereas, on the [ ] day of [ ], A notice of [ ] pertaining to Permit No. [ ] was issued to you with the instruction that remedial work should be completed on or before the [ ] day of [ ], and
    Whereas, on this [ ] day of [ ], another inspection has been made and it has been found that:

Remedial Work for Performance Standard [ ]                                  (Code: ☐ )

☐ Has been completed.
☐ Has not been completed and an extension is granted to [ ] because:

| |
|---|

    Remedial measures left to be completed include:

| |
|---|

☐ Has not been completed. Order for Cessation and Immediate Compliance # [ ] issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of [ ]?          Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?          Yes ☐  No ☐
    If NO, indicate what extent he failed to do so:

| |
|---|

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 03/15/2022. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Danny E Wilson* | I.D. No: | 080005 | Date: | 01/19/2022 |
| Env. Control Supervisor: | *Signed by: Clayton Nantz* | Env. Control Manager: | *Signed by: Steve Vance* | | |

Person On-Site Whom Copy Was Delivered:                         Signature:

                                               Double-Click to Sign

Person Whom Copy Was Hand Delivered:                          Signature:
  Certified Mail No.                                          Certified Date
  Contact Inspector at:   **Daniel Wilson**                    upon completion of remedial measures

**Inspection of Non-Compliance**                                   Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845

COMPANY NAME: PINE BRANCH MINING, LLC                    PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                  ID. No.: 080005

   Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was
issued to you with the instruction that remedial work should be completed on or before the 15 day of March, 2022, and
   Whereas, on this 24 day of March, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard    Contemporaneous Reclamation - KAR 16:020        (Code: CR )
   ☐  Has been completed.
   ☒  Has not been completed and an extension is granted to 05/14/2022 because:
      More time is needed to complete the required remedial measures.
      Remedial measures left to be completed include:
      Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to
      the time frame specified in the approved reclamation plan and 405 KAR 16:020.
   ☐  Has not been completed. Order for Cessation and Immediate Compliance #__ issued this date. Outstanding remedial
      measures are listed on the Cessation Order form.
   ☐  Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?         Yes ☐   No ☒
Did operator exhibit a good faith effort in completing remedial work?                   Yes ☒   No ☐
   If NO, indicate what extent he failed to do so:
   _____

   Whereas, on the ____ day of ____, A notice of ____ pertaining to Permit No. ____ was issued to you
with the instruction that remedial work should be completed on or before the ____ day of ____, and
   Whereas, on this ____ day of ____, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐                              (Code: ☐ )
   ☐  Has been completed.
   ☐  Has not been completed and an extension is granted to ____ because:
      _____
      Remedial measures left to be completed include:
      _____
   ☐  Has not been completed. Order for Cessation and Immediate Compliance #____ issued this date. Outstanding
      remedial measures are listed on the Cessation Order form.
   ☐  Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of ____ ?                  Yes ☐   No ☐
Did operator exhibit a good faith effort in completing remedial work?                   Yes ☐   No ☐
   If NO, indicate what extent he failed to do so:
   _____

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/14/2022. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Casey C Lushaw* | | I.D. No: 080005 | Date: | 03/24/2022 |
| Env. Control Supervisor: | *Clayton Parks* | Env. Control Manager: | *Steve N Vence* | | |

Person On-Site Whom Copy Was
Delivered:                                              Signature:   Double-Click to Sign

Person Whom Copy Was Hand Delivered:                    Signature:

Certified Mail No.                                       Certified Date

Contact Inspector at:   Daniel Wilson at 606-224-7117    upon completion of remedial measures

**Inspection of Non-Compliance**                                                    Page ☐ of ☐

INSPECTION OF NON-COMPLIANCE NO.: 80-0845
COMPANY NAME: PINE BRANCH MINING, LLC                          PERMIT No.: 897-0569
NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                        ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 14 day of May, 2022, and Whereas, on this 17 day of May, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard   Contemporaneous Reclamation - KAR 16:020        (Code: CR )
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of Non-Compliance?        Yes ☐  No ☒
Did operator exhibit a good faith effort in completing remedial work?                 Yes ☒  No ☐
If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  ☐                                            (Code: ☐)
☐ Has been completed.
☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.
☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.
Has additional environmental damage occurred since issuance of     ?                  Yes ☐  No ☐
Did operator exhibit a good faith effort in completing remedial work?                 Yes ☐  No ☐
If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been requested, for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director. | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L Wilson* | I.D. No: | 080005 | Date: | 05/17/2022 |
| Env. Control Supervisor: | *Clayton Plantz* Signed By Clayton Plantz | Env. Control Manager: | *Steven N Vance* Signed by Steve Vance | | |

Person On-Site Whom Copy Was Delivered:                   Signature:  Double-Click to Sign

Person Whom Copy Was Hand Delivered:                      Signature:
 Certified Mail No.                                        Certified Date
Contact Inspector at:   **Daniel Wilson at 606-224-7117**              upon completion of remedial measures

**Inspection of Non-Compliance**                                    Page ☐1 of ☐1

INSPECTION OF NON-COMPLIANCE NO.: 80-0845                              ☐

COMPANY NAME: PINE BRANCH MINING, LLC                  PERMIT No.: 897-0569

NON-COMPLIANCE ISSUED BY: WILSON, DANIEL                    ID. No.: 080005

Whereas, on the 19 day of December, 2019, A notice of Non-Compliance pertaining to Permit No. 897-0569 was issued to you with the instruction that remedial work should be completed on or before the 14 day of May, 2022, and

Whereas, on this 9 day of June, 2022, another inspection has been made and it has been found that:

Remedial Work for Performance Standard  Contemporaneous Reclamation - KAR 16:020        (Code: CR )

☐ Has been completed.

☒ Has not been completed and an extension is granted to 07/13/2022 because:
More time is needed to complete the required remedial measures.

Remedial measures left to be completed include:
Permittee shall reclaim open high wall areas within Increments#13, 17, 18, 20, 21, 28, and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

☐ Has not been completed. Order for Cessation and Immediate Compliance # issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?    Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?    Yes ☒  No ☐

If NO, indicate what extent he failed to do so:

Whereas, on the ☐ day of ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, and

Whereas, on this ☐ day of ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐        (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

Remedial measures left to be completed include:

☐ Has not been completed. Order for Cessation and Immediate Compliance # ☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?    Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?    Yes ☐  No ☐

If NO, indicate what extent he failed to do so:

| Additional Information: | An extension beyond 90 days has been granted by the Director of the Division on Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 07/13/2022. | | | |
|---|---|---|---|---|
| Env. Inspector: | *Larry L Wilson* | I.D. No: | 080005 | Date: | 06/09/2022 |
| Env. Control Supervisor: | *Clayton Hartz*  4/15/2022 | Env. Control Manager: | *Steven N. Vance*  4/15/2022 | | |
| | Signed by Clayton Hartz | | Signed by Steve Vance | | |

Person On-Site Whom Copy Was Delivered:                    Signature:    Double-Click to Sign

Person Whom Copy Was Hand Delivered:                       Signature:

Certified Mail No.                                          Certified Date

Contact Inspector at:   **Daniel Wilson at 606-224-7117**        upon completion of remedial measures

**Inspection of Non-Compliance**                                   Page ☐1☐ of ☐1☐

INSPECTION OF NON-COMPLIANCE NO.: ☐80-0845☐                        ☐

COMPANY NAME: ☐PINE BRANCH MINING, LLC☐          PERMIT No.: ☐897-0569☐

NON-COMPLIANCE ISSUED BY: ☐WILSON, DANIEL☐           ID. No.: ☐080005☐

　　　　　Whereas, on the ☐19☐ day of ☐December☐, ☐2019☐, A notice of Non-Compliance pertaining to Permit No. ☐897-0569☐ was issued to you with the instruction that remedial work should be completed on or before the ☐13☐ day of ☐July☐, ☐2022☐, and

　　　　　Whereas, on this ☐18☐ day of ☐July☐, ☐2022☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐Contemporaneous Reclamation - KAR 16:020☐           (Code: ☐CR☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

　　　_____

　　　Remedial measures left to be completed include:

　　　_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☒ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of Non-Compliance?          Yes ☐  No ☒

Did operator exhibit a good faith effort in completing remedial work?          Yes ☒  No ☐

　　　If NO, indicate what extent he failed to do so:

　　　_____

　　　　　Whereas, on the ☐ day of ☐, ☐, A notice of ☐ pertaining to Permit No. ☐ was issued to you with the instruction that remedial work should be completed on or before the ☐ day of ☐, ☐, and

　　　　　Whereas, on this ☐ day of ☐, ☐, another inspection has been made and it has been found that:

Remedial Work for Performance Standard ☐           (Code: ☐ )

☐ Has been completed.

☐ Has not been completed and an extension is granted to ☐ because:

　　　_____

　　　Remedial measures left to be completed include:

　　　_____

☐ Has not been completed. Order for Cessation and Immediate Compliance #☐ issued this date. Outstanding remedial measures are listed on the Cessation Order form.

☐ Has not been completed and a request for extension beyond 90 days currently under Director's review.

Has additional environmental damage occurred since issuance of ☐ ?          Yes ☐  No ☐

Did operator exhibit a good faith effort in completing remedial work?          Yes ☐  No ☐

　　　If NO, indicate what extent he failed to do so:

| Additional Information: | **An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director.** | | | | |
|---|---|---|---|---|---|
| Env. Inspector: | *Danny L. Wilson* | | I.D. No: | 080005 | Date: | 07/18/2022 |
| Env. Control Supervisor: | *Clayton Pratt* 7/19/2022 | Env. Control Manager: | *Steve W. Vance* 7/20/2022 | | |

Person On-Site Whom Copy Was Delivered: _____          Signature: _____

Person Whom Copy Was Hand Delivered: _____          Signature: _____

Certified Mail No. _____          Certified Date _____

Contact Inspector at:   **Daniel Wilson at 606-224-7117**          upon completion of remedial measures

## MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | AI | 03:00 PM | 03:30 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 08/06/2022 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 725 | 08/06/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 80-0845 | NC | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | | Impoundments KAR 16:100 or 18:100 | (PL) | NA | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EA | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

PC: CR This violation has been previously cited under NNC#80-0845 issued 12/19/2019 and is now under Agreed Order GAH-22-2-0014 entered into 08/01/2022 with a due date of 08/31/2024.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | *Danny R. Wilson*   8/10/2022 | I.D. No: | 080005 | Date: | 08/08/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | *[signature]*   8/10/2022 | Env. Control Manager: | *Steve N. Vance*   8/10/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | Daniel Wilson at 606-224-7117 | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | |

**MINE INSPECTION REPORT** – PERMANENT PROGRAM  Hand Delivered?  **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 01:00 PM | 01:45 PM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 1256.73 | 03/25/2021 | P | | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 03/25/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | FP | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☐  No ☐  If Yes not selected, list points in violation.

ER: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.
FP: OT If Coal removal is expected after the date of expiration of the permit, which is 11/08/2021, then an application for renewal should must be submitted 120 days prior to the expiration which would be on or before 07/11/2021.

| Env. Inspector: | *Danny K. Wilson* 2/29/2021 | | I.D. No: | 080005 | Date: | |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *[signature]* 3/30/2021 | Env. Control Manager: | | *[signature]* | | 3/31/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson | | |

Kentucky Energy and Environment Cabinet
Department for Natural Resources
Division of Mine Reclamation and Enforcement          SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

**MINE INSPECTION REPORT** – PERMANENT PROGRAM   Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 09:30 AM | 11:30 AM | SURFACE |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | 1256.73 | 04/08/2021 | | P | CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|---|
| No | No | BR | IN | | 725 | 04/08/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18.060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FC | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | | Off Permit Disturbance KAR 7:040 | (OO) | | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes☐   No☐   If Yes not selected, list points in violation.

This Inspection was accompanied by Jessica Sandlin and Clayton Nantz for the purpose of possible bond release on increments #1, 6, 8, and 9 for Phase II. Increment #s 1, 6, 8, and 9 will be inspected.
EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/19/2021.

| Env. Inspector: | *Danny K. Wilson* 4/8/2021 | | I.D. No: | 080005 | Date: | |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *Clayton Nantz* 4/12/2021 | Env. Control Manager: | *Steven N. Vance* | | | 4/12/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | _signature Click to Sign_ |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | _signature Click to Sign_ |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources

Frankfort/Regional Office/Inspector

Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Page:  1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

**MINE INSPECTION REPORT** – PERMANENT PROGRAM  Hand Delivered? **897-0569**

| Company Name and Address | | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | | 1549.72 | A1 | 07:00 AM | 11:00 AM | SURFACE |
| | | Acres Bonded | Inspection Date | | Type | Weather |
| | | 1256.73 | 05/24/2021 | | P | PARTLY SUNNY/CLOUDY |
| | | Est. Acres Disturbed | Off-Site Impacts | | | |
| | | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 05/24/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 | | | |
| (AC) | FP | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 | | | |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 | | | |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 | | | |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 | | | |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 | | | |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 | | | |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 | | | |
| (DW) | | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 | | | |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 | | | |
| (OD) | | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | FP | Other Permit Conditions | | | |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 | | | |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 | | | |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors), etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☐  No ☐  If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and enforcement for NNC#80-0845 issued 12/19/2019 to 07/18/2021.
FP: AC Continue to monitor and perform routine maintenance on access roads, ditch lines, and culverts.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: OT If Coal removal is expected after the date of expiration of the permit, which is 11/08/2021, then an application for renewal should must be submitted 120 days prior to the expiration which would be on or before 07/11/2021.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
The KPDES number for 897-0569 is: KYGE40341.

| Env. Inspector: | Danny K. Wilson | 5/25/2021 | | I.D. No: | 080005 | Date: |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | Steve N. Vance | 5/25/2021 | Env. Control Manager: | Steve N. Vance | | 5/25/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement     SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

| | |
|---|---|
| Person To Whom Copy Was Hand Delivered: | Signature: |
| Certified Mail No. | Certified Date |
| Contact Inspector at: **Daniel Wilson** | |

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement      SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered? ____   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | A1 | 03:00 PM | 04:30 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 07/20/2021 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 07/20/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | 80-0845 | NC | | | | | | | 11/8/2021 |

| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18.060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18.130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18.220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | FC | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**EG:** CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.
**FP:** BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
**FP:** DV Continue to construct and maintain diversions according to the approved Permit Package.
**FP:** RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
The KPDES number for 897-0568 is: KYGE40198.

| Env. Inspector: | Danny K. Wilson    7/20/2021 | I.D. No: | 080005 | Date: | 07/20/2021 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Dayton Platt    7/21/2021 | Env. Control Manager: | Steve N. Vance    7/21/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

| Person To Whom Copy Was Hand Delivered: | | Signature: | Lonnie Chandler |  |
|---|---|---|---|---|
| Certified Mail No. | | Certified Date | | |
| Contact Inspector at: | **Daniel Wilson** | | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 08:00 AM | 12:00 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 08/05/2021 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts | | |
|---|---|---|---|---|
| | 1200 | No | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN   WM | | 725 | 08/05/2021 |

| Non-Compliance | Cessation Order Number  Type | INC/ICO Number  Type | IAO Number  Type | Modification Number  Type | Permit Expiration Date |
|---|---|---|---|---|---|
| | | 80-0845   NC | | | 11/8/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:050 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | FC | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | FC | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operation KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 8:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:050 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

**EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 09/18/2021.**
**A review of Surface and Ground Water Monitoring Reports for the 2nd Quarter 2021 was conducted on 08/02/2021 and all reports were found to be complete with no problems noted.**
**FP: DV Continue to construct and maintain diversions according to the approved Permit Package.**
**FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.**
**FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.**
**The KPDES number for 897-0569 is: KYGE40198.**

| Env. Inspector: | Denny K. Wilson   8/3/2021 | I.D. No: | 080005 | Date: | 08/05/2021 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | 8/10/2021 | Env. Control Manager: | Steve N. Vance   8/10/2021 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|

| Person To Whom Copy Was Hand Delivered: | | Signature: | |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM    Hand Delivered? **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 08:00 AM | 10:00 AM | SURFACE |

| | Acres Bonded | Inspection Date | Type | | Weather |
|---|---|---|---|---|---|
| | 1256.73 | 09/23/2021 | P | | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts | | | |
|---|---|---|---|---|---|
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 09/23/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/8/2021 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes☐   No☐   If Yes not selected, list points in violation.

> **ER: CR** An extension beyond 90 days has been requested by the Permittee for NNC#80-0845 issued 12/19/2021 and is currently under the review of the Director.

| Env. Inspector: | *Darcy K. Wilson* 9/23/2021 | | I.D. No: | 080005 | Date: | 09/23/2021 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *Crystal Phelps* 9/24/2021 | Env. Control Manager: | *Steven N. Vance* 9/24/2021 | | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 01:00 PM | 04:00 PM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 10/12/2021 | P | CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 10/12/2021 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | FP | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | FC | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | FP | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

> **EG: CR** An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/10/2019, to 11/15/2021.
> **FP: SC** Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
> **FP: DV** Continue to construct and maintain diversions according to the approved Permit Package.
> **FP: BG** Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
> **FP: RV** Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
> The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | | I.D. No: | 080005 | Date: | 10/12/2021 |
|---|---|---|---|---|---|
| | _Danny K Wilson_   10/12/2021 | | | | |
| Env. Control Supervisor: | _David Vlk_   10/18/2021 | Env. Control Manager: | | _Steve N. Vance_   10/19/2021 | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | | |
|---|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Person To Whom Copy Was Hand Delivered: | | Signature: | |
| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | Daniel Wilson | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC  250 WEST MAIN STREET, SUITE 2000  LEXINGTON, KY  40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement    SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered? ___   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 07:00 AM | 04:30 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 11/16/2021 | C | PARTLY SUNNY/CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|---|
| No | No | IN | WM | IV | 725 | 11/16/2021 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | FC | Topsoil KAR 16:050 or 18:050 | (WQ) | FC | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | FC | Use of Explosives KAR 16:120 or 18:120 | (HR) | FC | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:070 or 20:080 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | FP | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | NA | Air Resources Protection KAR 16:170 or 18:170 | (OC) | FC | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | FC | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | FC | Other Permit Conditions |
| (OM) | FC | Method of Operation KAR 8:010 | (LI) | FC | Liability Insurance KAR 10:030 | (SF) | FC | Surety Failure KAR 10:030 |
| (EL) | FC | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | FC | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☒   No ☐   If Yes not selected, list points in violation.

**A review of Surface and Ground Water Monitoring Reports for the 3rd Quarter 2021 was conducted on 11/01/2021 and all reports were found to be complete with no problems noted.**
**ER: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019 and is currently under the review of the Director.**
**FP: WM Ensure that all Groundwater Monitoring Wells have been maintained, monitored, and reported according to the approved permit.**
**FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.**
**FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.**
**FP: DV Continue to construct and maintain diversions according to the approved Permit Package.**
**FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.**
**FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.**
**The KPDES number for 897-0569 is: KYGE40198.**
**The following ponds had a no inlet flow: BS-14, BS-16, BS-28, BS-30, BS-26, BS-144, BS-145, BS-14A. The following ponds had inlet flow which tested; Pond 1 (7.9, <1), Pond 14 (8.1, <1), Pond 15 (8.1, <1), Pond 16 (8.2, <1), Pond 17 (7.7, <1), Pond 19 (7.8, <1), Pond 32 (7.8, <1), Pond 33 (7.9, <1), Pond 35 (7.5, <1), Pond 37 (7.6, <1), Pond 38 (7.3, <1), Pond 46 (7.9, <1).**

| Env. Inspector: | 11/29/2021 Danny K. Wilson | I.D. No: | 080005 | Date: | 11/16/2021 |
|---|---|---|---|---|---|

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Env. Control Supervisor: | *signature* | 11/29/2021 | Env. Control Manager: | *signature* | 11/29/2021 |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | *Landon Chu to Sign* | |
| Person To Whom Copy Was Hand Delivered: | | Signature: | *Landon Chu to Sign* | |

| Certified Mail No. | | Certified Date | |
| Contact Inspector at: | **Daniel Wilson** | | |

Copies Mailed To:  PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

**MINE INSPECTION REPORT** – PERMANENT PROGRAM   Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | AI | 07:00 AM | 08:00 AM | SURFACE |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | 1256.73 | 11/29/2021 | | P | PARTLY SUNNY/CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 11/29/2021 |

| Non-Compliance | Cessation Order | | INC/ICO | | IAO | | Modification | | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Type | Number | Type | Number | Type | Number | Type | |
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 | |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FC | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 | |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 | |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 | |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 | |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 | |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 | |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 | |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 | |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 | |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions | |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 | |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 | |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

> **EG: CR** An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, 01/14/2022.
> **FP: BG** Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
> **FP: RV** Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
> The KPDES number for 897-0569 is: KYGE40198.

| | | | | |
|---|---|---|---|---|
| Env. Inspector: | 11/29/2021<br>*Danny K. Wilson* | I.D. No: | 080005 | Date: 11/29/2021 |
| Env. Control Supervisor: | 11/29/2021 | Env. Control Manager: | 11/29/2021<br>*Steve N. Vance* | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013                Frankfort/Regional Office/Inspector

Page:  1 of 2

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson** | | |

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement       SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM   Hand Delivered?   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 07:00 AM | 09:00 AM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 01/19/2022 | P | CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | No | IN | | 725 | 01/19/2022 |

| Non-Compliance | Cessation Order Number / Type | INC/ICO Number / Type | IAO Number / Type | Modification Number / Type | Permit Expiration Date |
|---|---|---|---|---|---|
| | | 80-0845   NC | | | 11/08/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FP | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FC | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes☐   No☐   If Yes not selected, list points in violation.

> **EG: CR** An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 03/15/2022.
> **FP: SC** Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
> **FP: DV** Continue to construct and maintain diversions according to the approved Permit Package.
> The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | Danny K. Wilson   1/20/2022 | I.D. No: | 080005 | Date: | 01/19/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Clayton Platt   1/26/2022 | Env. Control Manager: | Steve N. Vance   1/26/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | | |
|---|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | | |
| Certified Mail No. | | Certified Date | | |

Contact Inspector at:  |Daniel Wilson

| Copies Mailed To: PINE BRANCH MINING, LLC | |
|---|---|
| 250 WEST MAIN STREET, SUITE 2000 | |
| LEXINGTON, KY   40507 | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement       SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

**MINE INSPECTION REPORT** – PERMANENT PROGRAM   Hand Delivered?   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 09:00 AM | 11:00 AM | SURFACE |

| Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|
| 1256.73 | 09/01/2022 | P | CLOUDY |

| Est. Acres Disturbed | Off-Site Impacts |
|---|---|
| 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IA | | 725 | 09/01/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 80-0845 | NC | | | 11/08/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EA, AO | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☐   No ☐  If Yes not selected, list points in violation.

| |
|---|
| EA CR An extension of Agreed Order #GAH220014 has been granted with completion of the payment a penalty of five thousand dollars within 30 days also to submit a supplemental bond of five hundred thousand dollars within 30 days on or before 08/31/2022 which has been completed therefore the new due date for this Agreed Order is 07/15/2024. FP: SC Ensure the watershed acreage for each pond is as approved in the permit package. The KPDES number for 897-0569 is: KYGE40198. |

| Env. Inspector: | Danny R. Wilson                9/1/2022 | I.D. No: | 080005 | Date: | 09/01/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | 9/11/2022 | Env. Control Manager: | Rachel O                    9/12/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page: 1 of 2

| Certified Mail No. | | Certified Date | |
|---|---|---|---|

Contact Inspector at:   **Daniel Wilson at 606-224-7117**

Copies Mailed To: PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

# MINE INSPECTION REPORT – PERMANENT PROGRAM  Hand Delivered? ☐   897-0569

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 12:00 PM | 04:00 PM | SURFACE |
| | Acres Bonded | Inspection Date | | Type | Weather |
| | 1256.73 | 03/24/2022 | | C | PARTLY SUNNY/CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | IV | 725 | 03/24/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2021 |

| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | FP | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | FC | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | FC | Topsoil KAR 16:050 or 18:050 | (WQ) | FC | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | FC | Use of Explosives KAR 16:120 or 18:120 | (HR) | FC | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | FC | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | FP | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | FC | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | FC | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | FC | Other Permit Conditions |
| (OM) | FC | Method of Operation KAR 08:010 | (LI) | FC | Liability Insurance KAR 10:030 | (SF) | FC | Surety Failure KAR 10:030 |
| (EL) | FC | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | FC | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☒  No ☐  If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been granted by the Director of the Division of Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 05/14/2022.
FP: SC Ensure that all Sediment Ponds are monitored / maintained as outlined in the Permit Package.
FP: BG Rills and Gullies are beginning to form, therefore stabilize before becoming a violation.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0569 is: KYGE40198.
The following ponds had a no inlet flow; BS-14, BS-28, BS-30, BS-144, BS-14S, BS-14A, Pond 17.  The following ponds had inlet flow which tested; Pond 1 (8.2, <1), Pond 14 (7.9, <1), Pond 15 (8.1, <1), Pond 16 (8.1, <1), Pond 19 (8.4, <1), Pond 32 (8.0, <1), Pond 33 (8.3, <1), Pond 35 (7.4, <1), Pond 37 (8.3, <1), Pond 38 (7.9, <1), Pond 46 (7.9, <1), BS-16 (6.3, 1.5).

| Env. Inspector: | Danny K. Wilson  3/29/2022 | I.D. No: | 080005 | Date: | 03/24/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | [signature]  3/30/2022 | Env. Control Manager: | [signature] Steve N. Vance  3/30/2022 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement   SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  1 of 2

| Person On-Site To Whom Copy Was Delivered: | | Signature: | | |
|---|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | | |

Certified Mail No.                                              Certified Date

Contact Inspector at:      **Daniel Wilson at 606-224-7117**

Copies Mailed To:  PINE BRANCH MINING, LLC
                              250 WEST MAIN STREET, SUITE 2000
                              LEXINGTON, KY   40507

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM

Hand Delivered? ☐    **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | 1549.72 | A1 | 10:00 AM | 12:00 PM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 05/17/2022 | P | PARTLY SUNNY/CLOUDY |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN   WM | | 725 | 05/17/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
|---|---|---|---|---|---|---|---|---|
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20:080 |
| (BG) | | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes☐   No☐   If Yes not selected, list points in violation.

**ER: CR** An extension beyond 90 days has been requested, for NNC#80-0845 issued 12/19/2019, and is currently under the review of the Director.
A review of Surface and Ground Water Monitoring Reports for the 1st Quarter 2022 was conducted on 04/28/2022 and all reports were found to be complete with no problems noted.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | *Danny K. Wilson*   5/18/2022 | I.D. No: | 080005 | Date: | 05/17/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | *[signature]*   5/19/2022 | Env. Control Manager: | *Steve N. Vance*   5/20/2022 | | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

Kentucky Energy and Environment Cabinet
Department for Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

| Certified Mail No. | | Certified Date | |
|---|---|---|---|
| Contact Inspector at: | **Daniel Wilson at 606-224-7117** | | |
| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01    Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

# MINE INSPECTION REPORT – PERMANENT PROGRAM     Hand Delivered?     **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY    40507 | 1549.72 | AI | 09:30 AM | 10:30 AM | SURFACE |
| | Acres Bonded | Inspection Date | Type | | Weather |
| | 1256.73 | 06/09/2022 | P | | PARTLY SUNNY/CLOUDY |
| | Est. Acres Disturbed | Off-Site Impacts | | | |
| | 1200 | No | | | |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 725 | 06/09/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers<br>KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds<br>KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes<br>KAR 20:060 |
| (AC) | FC | Roads<br>KAR 16:220 or 18:230 | (DV) | | Diversions<br>KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal<br>KAR 20:050 |
| (TH) | | Topsoil<br>KAR 16:050 or 18:050 | (WQ) | | Water Quality<br>KAR 16:070 or 18:070 | (AM) | NA | Auger Mining<br>KAR 20:030 |
| (UE) | | Use of Explosives<br>KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements<br>KAR 16:060 or 18:060 | (PF) | NA | Prime Farmland<br>KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil<br>KAR 16:130 or 18:130 | (WM) | | Water Monitoring<br>KAR 16:110 or 18:110 | (PP) | NA | Processing Plants<br>KAR 20:070 or 20:080 |
| (BG) | FC | Backfilling and Grading<br>KAR 16:190 or 18:190 | (IM) | FC | Impoundments<br>KAR 16:100 or 18:100 | (PL) | FP | Post-Mining Land Use<br>KAR 16:210 or 18:220 |
| (CR) | EG | Contemporaneous Reclamation<br>KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams<br>KAR 16:160 or 18:160 | (DH) | NA | Drilled Holes<br>KAR 16:040 or 18:040 |
| (OF) | NA | Other Facilities<br>KAR 16:250 or 18:260 | (DC) | | Disposal of Coal Processing Waste<br>KAR 16:140 or 18:140 | (UO) | NA | Approved Operator<br>KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste<br>KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection<br>KAR 16:170 or 18:170 | (OC) | | Ownership and Control<br>KAR 8:010 |
| (RV) | FP | Revegetation<br>KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection<br>KAR 16:180 or 18:180 | (SB) | NA | Subsidence<br>KAR 18:210 |
| (OD) | FC | Off Permit Disturbance<br>KAR 7:040 | (OO) | NA | Mining Off Permit U/G<br>KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | | Method of Operation<br>KAR 08:010 | (LI) | | Liability Insurance<br>KAR 10:030 | (SF) | | Surety Failure<br>KAR 10:030 |
| (EL) | | Effluent Limitations<br>KAR 5:065 | (FR) | NA | Flyrock<br>KAR 16:120 | (SW) | | Surface and Ground Water<br>KAR 16:110, 18:110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.  Yes ☐  No ☐  If Yes not selected, list points in violation.

EG: CR An extension beyond 90 days has been granted by the Director of the Division on Mine Reclamation and Enforcement, for NNC#80-0845 issued 12/19/2019, to 07/13/2022.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
FP: PL Continue to follow approved Post-Mining Land Use in Permit Package.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | Danny K. Wilson    6/13/2022 | I.D. No: | 080005 | Date: | 06/09/2022 |
|---|---|---|---|---|---|
| Env. Control Supervisor: | Clayton Plant    6/15/2022 | Env. Control Manager: | | Steve N. Vance    6/15/2022 | |

| Person On-Site To Whom Copy Was Delivered: | | Signature: | |
|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | Signature: | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01    Revised 05/2013                    Frankfort/Regional Office/Inspector

Page:  1 of 2

Certified Mail No.

Certified Date

Contact Inspector at:   **Daniel Wilson at 606-224-7117**

Copies Mailed To:   PINE BRANCH MINING, LLC
250 WEST MAIN STREET, SUITE 2000
LEXINGTON, KY   40507

**MINE INSPECTION REPORT** – PERMANENT PROGRAM   Hand Delivered? _____   **897-0569**

| Company Name and Address | Acres Permitted | Status | Start Time | End Time | Mine Type |
|---|---|---|---|---|---|
| PINE BRANCH MINING, LLC 250 WEST MAIN STREET, SUITE 2000 LEXINGTON, KY   40507 | 1549.72 | A1 | 07:00 AM | 10:15 AM | SURFACE |

| | Acres Bonded | Inspection Date | Type | Weather |
|---|---|---|---|---|
| | 1256.73 | 07/18/2022 | P | LIGHT RAIN |

| | Est. Acres Disturbed | Off-Site Impacts |
|---|---|---|
| | 1200 | No |

| Insolvent Surety | Photos | Reasons For Inspection | Overall Site Condition | Est. Acres Reclaimed | End Inspection Date |
|---|---|---|---|---|---|
| No | Yes | IN | | 725 | 07/18/2022 |

| Non-Compliance | Cessation Order Number | Type | INC/ICO Number | Type | IAO Number | Type | Modification Number | Type | Permit Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | 80-0845 | NC | | | | | 11/08/2026 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SM) | FC | Signs and Markers KAR 16:030 or 18:030 | (SC) | | Sedimentation Ponds KAR 16:090 or 18:090 | (SS) | NA | Steep Slopes KAR 20:060 |
| (AC) | FC | Roads KAR 16:220 or 18:230 | (DV) | | Diversions KAR 16:080 or 18:080 | (MR) | NA | Mountaintop Removal KAR 20:050 |
| (TH) | FC | Topsoil KAR 16:050 or 18:050 | (WQ) | | Water Quality KAR 16:070 or 18:070 | (AM) | NA | Auger Mining KAR 20:030 |
| (UE) | | Use of Explosives KAR 16:120 or 18:120 | (HR) | | General Hydrologic Requirements KAR 16:060 or 18.060 | (PF) | NA | Prime Farmland KAR 20:040 |
| (DS) | FC | Disposal of Excess Spoil KAR 16:130 or 18:130 | (WM) | | Water Monitoring KAR 16:110 or 18:110 | (PP) | NA | Processing Plants KAR 20:070 or 20.080 |
| (BG) | FC | Backfilling and Grading KAR 16:190 or 18:190 | (IM) | FC | Impoundments KAR 16:100 or 18:100 | (PL) | | Post-Mining Land Use KAR 16:210 or 18:220 |
| (CR) | ER | Contemporaneous Reclamation KAR 16:020 or 18:020 | (WD) | NA | Coal Waste Dams KAR 16:160 or 18:160 | (DH) | | Drilled Holes KAR 16:040 or 18.040 |
| (OF) | NA | Other Facilities KAR 16:250 or 18:260 | (DC) | NA | Disposal of Coal Processing Waste KAR 16:140 or 18:140 | (UO) | NA | Approved Operator KAR 8:010 |
| (DW) | FC | Disposal of Non-Coal Waste KAR 16:150 or 18:150 | (AP) | FC | Air Resources Protection KAR 16:170 or 18:170 | (OC) | | Ownership and Control KAR 8:010 |
| (RV) | FP | Revegetation KAR 16:200 or 18:200 | (FW) | | Fish and Wildlife Protection KAR 16:180 or 18:180 | (SB) | NA | Subsidence KAR 18:210 |
| (OD) | FC | Off Permit Disturbance KAR 7:040 | (OO) | NA | Mining Off Permit U/G KAR 7:040 or 8:010 | (OT) | | Other Permit Conditions |
| (OM) | FC | Method of Operation KAR 08:010 | (LI) | | Liability Insurance KAR 10:030 | (SF) | | Surety Failure KAR 10:030 |
| (EL) | | Effluent Limitations KAR 5:065 | (FR) | NA | Flyrock KAR 16:120 | (SW) | | Surface and Ground Water KAR 16:110, 18.110, or 5:065 |

Describe all changes since last inspection, including change in operator or contractor and name(s) of any person(s) who accompanied you during this inspection (citizen, chief, other federal or state inspectors); etc.

Complete inspection - All structures with KPDES sampled and in compliance.   Yes ☐   No ☐   If Yes not selected, list points in violation.

ER: CR An extension beyond 90 days has been requested for NNC#80-0845 issued 12/19/2019, and is currently under review of the Director.
FP: RV Ensure the minimum 90% of the permanent ground cover standards for revegetation has been achieved.
The KPDES number for 897-0569 is: KYGE40198.

| Env. Inspector: | *Danny K. Wilson*   7/18/2022 | | I.D. No. | 080005 | Date: | 07/18/2022 |
|---|---|---|---|---|---|---|
| Env. Control Supervisor: | *signature*   7/19/2022 | Env. Control Manager: | *Steve N. Vance*   7/20/2022 | | | |

| Person On-Site To Whom Copy Was Delivered: | | | Signature: | | |
|---|---|---|---|---|---|
| Person To Whom Copy Was Hand Delivered: | | | Signature: | | |
| Certified Mail No. | | | Certified Date | | |
| Contact Inspector at: | Daniel Wilson at 606-224-7117 | | | | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:   1 of 2

| Copies Mailed To: | PINE BRANCH MINING, LLC<br>250 WEST MAIN STREET, SUITE 2000<br>LEXINGTON, KY   40507 | |

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-01   Revised 05/2013

Frankfort/Regional Office/Inspector

Page:  2 of 2

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page ☐1☐ of ☐1☐

☐ FAXED          REQUEST #☐07☐   DATE RECEIVED IN REGIONAL OFFICE ☐03/12/2021☐   DUE DATE: ☐03/20/2021☐
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: ☐PINE BRANCH MINING, LLC☐                    PERMIT NUMBER: ☐897-0569☐

NON-COMPLIANCE NUMBER: ☐80-0845☐   DATE ISSUED: ☐12/19/2019☐   REQUEST DATE: ☐03/12/2021☐

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

---

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION –☐01☐   CODE ☐CR☐                    DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Due to extreme weather conditions; excessive rain, flooding, and ice storms field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO ☐05/19/2021☐
                  ☐ DENY

VIOLATION –☐  ☐   CODE ☐   ☐                    DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO ☐          ☐
                  ☐ DENY

---

ENV. INSPECTOR:  Daniel Wilson      ID Number:  080005

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Clayton Nantz

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

                                          3/25/2021

ENV. CONTROL MANAGER      _Stuart N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

---

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page 1 of 1

☐ FAXED        REQUEST # 010    DATE RECEIVED IN REGIONAL OFFICE 09/08/2021    DUE DATE: 09/16/2021
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                          PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845    DATE ISSUED: 12/19/2019    REQUEST DATE: 09/08/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01    CODE CR         DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events have hendered the reclamation efforts but the Permittee has informed me the reclamation progress for the Agreed Order at Thunder Ridge is going very well although an extension is most likely needed the companies efforts have been diligent. Since the result of this project is directly contingent as to the possibility of an Agreed Order negotiated for Comb's Branch the Permittee is moderately confident the outcome will be positive.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:    ☒ EXTEND TO 11/15/2021
                   ☐ DENY

VIOLATION –       CODE         DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:    ☐ EXTEND TO
                   ☐ DENY

ENV. INSPECTOR:  Daniel Wilson        ID Number:  080005      09/10/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Clayton Nantz

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

                              9/15/2021

ENV. CONTROL MANAGER        _Steve N. Vance_

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page ☐1☐ of ☐1☐

☐ FAXED       REQUEST #☐008☐   DATE RECEIVED IN REGIONAL OFFICE☐05/10/2021☐   DUE DATE: ☐05/19/2021☐
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: ☐ PINE BRANCH MINING, LLC ☐                    PERMIT NUMBER:☐ 897-0569 ☐

NON-COMPLIANCE NUMBER: ☐ 80-0845 ☐   DATE ISSUED: ☐ 12/19/2019 ☐   REQUEST DATE: ☐ 05/10/2021 ☐

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)
☐                                                                                   ☐

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION –☐01☐   CODE ☐CR☐          DESCRIPTION OF VIOLATION
☐ Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30. ☐

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
☐ Due to extreme weather conditions; excessive rain and flooding field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending. ☐

ABATEMENT ACTIVITY TO BE COMPLETED:
☐ Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020. ☐

JUSTIFICATION/REASON/FOR/EXTENSION:
☐ More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule. ☐

RECOMMENDATION:   ☒ EXTEND TO ☐07/18/2021☐
                  ☐ DENY                                        ☐          ☐

VIOLATION –☐ ☐   CODE ☐ ☐          DESCRIPTION OF VIOLATION
☐                                                                                   ☐

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
☐                                                                                   ☐

ABATEMENT ACTIVITY TO BE COMPLETED:
☐                                                                                   ☐

JUSTIFICATION/REASON/FOR/EXTENSION:
☐                                                                                   ☐

RECOMMENDATION:   ☐ EXTEND TO ☐       ☐
                  ☐ DENY                                        ☐          ☐

ENV. INSPECTOR:  Daniel Wilson      ID Number:  080005      05/11/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Clayton Nantz            05-14-2021

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:
☐                                                                                   ☐

                                          5/14/2021

ENV. CONTROL MANAGER    _Stan N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:
☐                                                                                   ☐

**EXTENSION REQUEST BEYOND 90 DAYS**                                    Page ☐1☐ of ☐1☐

☐ FAXED          REQUEST # ☐009☐   DATE RECEIVED IN REGIONAL OFFICE ☐07/08/2021☐   DUE DATE: ☐07/18/2021☐
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: ☐ PINE BRANCH MINING, LLC ☐                    PERMIT NUMBER: ☐897-0569☐

NON-COMPLIANCE NUMBER: ☐80-0845☐   DATE ISSUED: ☐12/19/2019☐   REQUEST DATE: ☐07/08/2021☐

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)
☐                                                                                       ☐

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – ☐01☐   CODE ☐CR☐           DESCRIPTION OF VIOLATION
☐ Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments #13, 17, 18, 20, 21, 28, and 30. ☐

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
☐ Due to extreme weather conditions field operations have been effected. The Permittee has had a meeting with Director Ward and others on the permit to discuss a possible Agreed Order to allow more time to abate this violation which is currently pending. ☐

ABATEMENT ACTIVITY TO BE COMPLETED:
☐ Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020. ☐

JUSTIFICATION/REASON/FOR/EXTENSION:
☐ More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule. ☐

RECOMMENDATION:   ☒ EXTEND TO ☐09/16/2021☐
                  ☐ DENY ☐                                                    ☐

VIOLATION – ☐   ☐   CODE ☐   ☐           DESCRIPTION OF VIOLATION
☐                                                                                       ☐

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
☐                                                                                       ☐

ABATEMENT ACTIVITY TO BE COMPLETED:
☐                                                                                       ☐

JUSTIFICATION/REASON/FOR/EXTENSION:
☐                                                                                       ☐

RECOMMENDATION:   ☐ EXTEND TO ☐          ☐
                  ☐ DENY

ENV. INSPECTOR: Daniel Wilson        ID Number: 080005        07/12/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz              07/12/2021

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:
☐                                                                                       ☐

                                         7/13/2021

ENV. CONTROL MANAGER    _Stve N. Vance_____

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:
☐                                                                                       ☐

**EXTENSION REQUEST BEYOND 90 DAYS**                    Page ☒ of ☒

☐ FAXED          REQUEST # 013      DATE RECEIVED IN REGIONAL OFFICE 03/15/2022   DUE DATE: 03/15/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                         PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845      DATE ISSUED: 12/19/2019   REQUEST DATE: 03/15/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – 01    CODE CR           DESCRIPTION OF VIOLATION
Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
Continued extreme weather events such as rain and flooding have hindered the reclamation efforts at Comb's Branch.

ABATEMENT ACTIVITY TO BE COMPLETED:
Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:
More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO 05/14/2022
                  ☐ DENY

VIOLATION –     CODE           DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

ENV. INSPECTOR:  Daniel Wilson      ID Number: 080005      03/16/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR:  Clayton Nantz          03/17/2022

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:
Company has equipment on the adjacent permit and is currently working to abate those violations and then plans to move to this Recommend another extension based on inclement weather and abatement work performed on the adjacent permit.

                                        3/17/2022

ENV. CONTROL MANAGER          *Steve N. Vance*

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement      SME-68   Revised 06/2008

Frankfort/Regional Office/Inspector

Page:  1 of 1

## EXTENSION REQUEST BEYOND 90 DAYS

**Page 1 of 1**

☐ FAXED    REQUEST #:11    DATE RECEIVED IN REGIONAL OFFICE:11/04/2021    DUE DATE: 11/15/2021
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC      PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845    DATE ISSUED: 12/19/2019    REQUEST DATE: 11/04/2021

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION - 01    CODE CR      DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events have hendered the reclamation efforts but the Permittee has informed me the reclamation progress for the Agreed Order at Thunder Ridge is going very well with an extension granted through the end of January 2022 also the companies efforts have been diligent. Since the result of this project is directly contingent as to the possibility of an Agreed Order negotiated for Comb's Branch the Permittee is moderately confident the outcome will be positive.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:    ☒ EXTEND TO 01/14/2022
                 ☐ DENY

VIOLATION -    CODE      DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:    ☐ EXTEND TO
                 ☐ DENY

ENV. INSPECTOR: Daniel Wilson      ID Number: 080005    11/08/2021

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Steve Vance         11/8/2021

☐ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

11/8/2021

ENV. CONTROL MANAGER      _Steve N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet                                Frankfort/Regional Office/Inspector
Department For Natural Resources
Division of Mine Reclamation and Enforcement      SME-68    Revised 06/2008                         Page: 1 of 2

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-68   Revised 06/2008

Frankfort/Regional Office/Inspector

Page:  2 of 2

## EXTENSION REQUEST BEYOND 90 DAYS                 Page 1 of 1

☐ FAXED        REQUEST # 12      DATE RECEIVED IN REGIONAL OFFICE 01/07/2022    DUE DATE: 01/14/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: **PINE BRANCH MINING, LLC**                           PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845       DATE ISSUED: 12/19/2019     REQUEST DATE:   01/07/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

---

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION - 01    CODE CR       DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Extreme weather events such as rain and flooding have hendered the reclamation efforts at Comb's Branch. The Permittee requests another extension beyond 90 days.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO 03/15/2022
                  ☐ DENY

---

VIOLATION –     CODE          DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO
                  ☐ DENY

---

ENV. INSPECTOR:  Daniel Wilson        ID Number: 080005     01/10/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Daniel Wilson          01/12/2022

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

1/12/2022

ENV. CONTROL MANAGER      _Ste— N. Vance_

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

Kentucky Energy and Environment Cabinet
Department For Natural Resources
Division of Mine Reclamation and Enforcement        SME-68   Revised 06/2008

Frankfort/Regional Office/Inspector

Page:  2 of 2

## EXTENSION REQUEST BEYOND 90 DAYS                    Page 1 of 1

☐ FAXED        REQUEST # 014        DATE RECEIVED IN REGIONAL OFFICE 05/06/2022    DUE DATE: 05/14/2022
☐ MAILED
☐ DELIVERED
☒ E-MAILED

PERMITTEE: PINE BRANCH MINING, LLC                    PERMIT NUMBER: 897-0569

NON-COMPLIANCE NUMBER: 80-0845      DATE ISSUED: 12/19/2019    REQUEST DATE:   05/06/2022

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

### INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:

VIOLATION – 01    CODE CR            DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:
Continued extreme weather events such as rain and flooding have hindered the reclamation efforts at Comb's Branch although the Permittee has moved equipment and is currently working on an adjacent permit.

ABATEMENT ACTIVITY TO BE COMPLETED:
Diligently work to reclaim open high wall areas within Increments# 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:
More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:    ☒ EXTEND TO 07/13/2022
                   ☐ DENY

VIOLATION – ____    CODE ____            DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:    ☐ EXTEND TO
                   ☐ DENY

ENV. INSPECTOR:  Daniel Wilson        ID Number:  080005      05/12/2022

### SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION

ENV. CONTROL SUPERVISOR:  Clayton Nantz            5/12/2022

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

5/13/2022

ENV. CONTROL MANAGER        _Steve N. Vance_

☒ CONCUR ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

## EXTENSION REQUEST BEYOND 90 DAYS                     Page ☐1☐ of ☐1☐

☐ FAXED  
☐ MAILED  
☐ DELIVERED  
☒ E-MAILED

REQUEST #☐015☐   DATE RECEIVED IN REGIONAL OFFICE ☐07/13/2022☐   DUE DATE: ☐07/13/2022☐

PERMITTEE: ☐PINE BRANCH MINING, LLC☐                       PERMIT NUMBER: ☐897-0569☐

NON-COMPLIANCE NUMBER: ☐80-0845☐   DATE ISSUED: ☐12/19/2019☐   REQUEST DATE: ☐07/13/2022☐

VIOLATIONS THAT HAVE BEEN ABATED TO DATE (CODES)

**INSPECTOR'S ASSESSMENT AND RECOMMENDATION ON UNABATED VIOLATIONS:**

VIOLATION – ☐01☐   CODE ☐CR☐          DESCRIPTION OF VIOLATION

Contemporaneous Reclamation - KAR 16:020 Permittee has failed to achieve the required reclamation within the specified time frame within Increments#13, 17, 18, 20, 21, 28, and 30.

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

Continued extreme weather events have hindered the reclamation efforts at Comb's Branch. The Permittee does have equipment working and removing coal in their efforts to reclaim high wall within Increment #28 located between Ponds BS-14A and BS-16.

ABATEMENT ACTIVITY TO BE COMPLETED:

Diligently work to reclaim open high wall areas within Increments# 13, 17, 18, 20, 21, 28 and 30 to conform to the time frame specified in the approved reclamation plan and 405 KAR 16:020.

JUSTIFICATION/REASON/FOR/EXTENSION:

More time is needed to complete the required remedial measures to reclaim the open high wall or obtain an Agreed Order to outline a work schedule.

RECOMMENDATION:   ☒ EXTEND TO ☐09/11/2022☐  
                                     ☐ DENY

VIOLATION – ☐___☐   CODE ☐___☐          DESCRIPTION OF VIOLATION

ABATEMENT ACTIVITY COMPLETED DURING THE LAST EXTENDED PERIOD:

ABATEMENT ACTIVITY TO BE COMPLETED:

JUSTIFICATION/REASON/FOR/EXTENSION:

RECOMMENDATION:   ☐ EXTEND TO ☐___☐  
                                     ☐ DENY

ENV. INSPECTOR: Daniel Wilson        ID Number: 080005        07/14/2022

**SUPERVISOR'S REVIEW OF INSPECTOR'S RECOMMENDATION**

ENV. CONTROL SUPERVISOR: Clayton Nantz

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION:

7/14/2022

ENV. CONTROL MANAGER          _Stev N. Vence_

☒ CONCUR  ☐ DISAGREE

COMMENTS ON RECOMMENDATION: