**EXHIBIT 2**

*Legal Counsel.*

DINSMORE & SHOHL LLP
City Center
100 West Main Street
Suite 900
Lexington, KY 40507
www.dinsmore.com

Kristeena L. Johnson
(859) 425-1032 (direct) ^ (859) 425-1099 (fax)
Kristeena.johnson@dinsmore.com

June 21, 2023

**VIA EMAIL**

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, KY 41653
pillersn@gmail.com

    Re:    ***Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC***, No. 5:22-CV-231 (E.D. Ky.)

Dear Ned:

The extended deadline of June 20, 2023 set forth in the Court's May 18, 2023 Order for the Plaintiffs to provide responses to the Defendants' written discovery has now passed. However, there continue to be a number of requests that numerous Plaintiffs have yet to respond to. Please allow this letter to serve as an additional attempt to meet and confer on these matters. I would also like to set up a call this week or early next week with Magistrate Judge Stinnett to see if we can resolve these issues given the Court's additional deadline of July 5, 2023 to file any motions related to discovery.

    **I.**    **Requests to Which All Plaintiffs Have Continued to Fail to Respond**

While we have received supplemental responses from some, but not all, Plaintiffs in response to our prior deficiency letters, there continue to be several requests to which the Plaintiffs, as a group, have failed to respond given their use of the deficient Form which does not capture certain requests. This issue was first outlined in my letter dated February 21, 2023. As previously noted, Joint Local Rule 26.1(a)'s requirement that a party, in answering a discovery request, repeat the question or request immediately before the answer, is meant to prevent just this situation.

The most prevalent requests to which the Plaintiffs as a group have failed to respond because they are not included on the Form document include the following:

*<u>Blackhawk Interrogatory No. 12</u>: To the extent you seek damages for emotional distress, humiliation, and/or pain and suffering, describe with specificity all facts which you contend*

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 2

*support such a claim for damages; any treatment or counseling you have received following the flooding event, identifying specifically the service providers involved in any such treatment/counseling and the dates on which treatment/counseling was provided; and any treatment/counseling you were receiving prior to the flood event at issue for any mental and/or emotional disorders and/or conditions, identifying specifically the service providers involved in any such treatment/counseling and the dates of any such treatment/counseling.*

*<u>Blackhawk Request for Production No. 15</u>: To the extent you are seeking damages for emotional distress, humiliation, and/or pain and suffering, produce all documents and communications concerning your claim for such damages.*

*<u>Blackhawk Request for Production No. 16</u>: To the extent you are seeking damages for emotional distress, humiliation, and/or pain and suffering, produce all documents and communications concerning any treatment or counseling you have received following the flood event alleged in your Complaint.*

*<u>Blackhawk Request for Production No. 17</u>: To the extent you are seeking damages for emotional distress, humiliation, and/or pain and suffering, produce all documents and communications concerning any treatment or counseling received in connection with any mental or emotional condition or disorder prior to the flood event alleged in the Complaint.*

## II. Plaintiffs That Have Failed to Provide Addresses for the Property Claimed to Have Been Impacted[1]

There are eight Plaintiffs that have failed to provide a specific address for the property impacted by the flood event. While some of these Plaintiffs list their current addresses on the Forms you've provided it is not clear whether that address is the same as the one that the Plaintiff is claiming was impacted by the flood. It is imperative that clear answers be provided as the location of the specific property will likely impact how the Plaintiffs are segregated into bellwether groups. The Plaintiffs with deficient responses include:

1. Raymond Baker
2. Vada Baker
3. Anita Henson
4. John Robertson
5. Adam White
6. Megan White
7. Dewey White Heirs[2]
8. Shannon Vaughn White

---

[1] Blackhawk Interrogatory No. 3.
[2] Defendants continue to reserve all rights with respect to whether an individual not specifically named in this action has standing to seek recovery of any damages.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 3

### III. Plaintiffs That Have Failed to Produce Documents Evidencing Ownership of Real Property[3]

Thirty-five Plaintiffs have failed to produce documents evidencing their ownership/interest in real property that has been identified by each as impacted by the flood event. These documents are critical to determining whether or not the referenced Plaintiffs have standing to demand damages for harm alleged to the real property identified and should be produced. The thirty-five Plaintiffs include:

1. Lester Baker
2. Raymond G. Baker
3. Alberta Bush
4. Amy Dryden and Bruce Dryden[4]
5. Clay and Monica Fugate
6. Gregory Chase Hays
7. Anissa and Timothy Dean Henson
8. Anita Henson
9. Ellen Henson
10. Barbara Henson and Willie Ray Henson
11. Elizabeth Miller
12. Diana Ortela
13. Aaron Wayne White
14. Delbert White and Lisa White
15. Dewey White Heirs
16. Raymond and Vada Baker
17. Lou Miller
18. Johnny E. Mullins
19. Matilda Raney
20. John Robertson
21. Brian Strong
22. William and Darlene Thorpe
23. Adam and Megan White
24. Ashford White
25. Birchel and Rachel White
26. Brittany White
27. Burley and Denita White

---

[3] Blackhawk Request for Production Nos. 3 and 4.
[4] For ease of reference, married couples are at times listed as "one" Plaintiffs.

28. Elijah White
29. Harold Ray White
30. Jason White
31. Jeffery Gran White
32. Loretta White
33. Matthew White
34. Rose White
35. Shannon Vaughn White

IV. **Plaintiffs that Have Failed to Provide Information on Improvements to Real Property[5]**

Fifty Plaintiffs have failed to provide the requested information on structures built on and improvements made to identified pieces of real property alleged to have been impacted by the flood event and/or supporting documentation related to the same. This information is crucial in evaluating the damages alleged by each Plaintiff. The fifty Plaintiffs include:

1. Eugene Baker
2. Lester Baker
3. Farmer Baker
4. Raymond G. Baker
5. Alberta Bush
6. Benjamin Craft
7. Bridgette Fugate
8. Clay and Monica Fugate
9. Angelia Kay Henson
10. Anissa and Timothy Dean Henson
11. Ellen Henson
12. Barbara Henson and Willie Ray Henson
13. Elizabeth Miller
14. Billy Joe Mullins
15. Diana Ortela
16. Aaron Wayne White
17. Deborah White
18. Delbert White and Lisa White
19. Dewey White Heirs
20. Greta White and Richard White
21. Jennifer Baker

---

[5] Blackhawk Interrogatory No. 5; Blackhawk Interrogatory No. 6; Blackhawk Request for Production No. 6.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 5

22. Patricia Baker
23. Lou Miller
24. Luranie Noble
25. Madro Noble
26. Matilda Raney
27. John Robertson
28. Melvin Rupert and Debbie Watts
29. Cassandra Scotland
30. Brian Strong
31. Brown Strong
32. James Strong
33. Adam and Megan White
34. Birchel and Rachel White
35. Burley and Denita White
36. Elijah White
37. Etta White
38. Faye White
39. Harold Ray White
40. Jason White
41. Jeffery Gran White
42. Jerson White
43. Loretta White
44. Matthew White
45. Mollie White
46. Ronald White
47. Rose White
48. Shannon Vaughn White
49. Vaughn White
50. Wade White

### V. Plaintiffs That Have Failed to Provide Requested Information Related to Well Water Claims[6]

Twenty-eight Plaintiffs have failed to provide requested information and/or documentation on their claims related to alleged well water pollution/destruction. The information requested,

---

[6] Pine Branch Interrogatory No. 9; Blackhawk Interrogatory No. 11; Pine Branch Request for Production No. 7; Pine Branch Request for Production No. 8; Pine Branch Request for Production No. 9; Pine Branch Request for Production No. 10; Blackhawk Request for Production No. 14.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 6

which includes, among other things, the manner in which the Plaintiffs contend their well was destroyed, interrupted, and/or polluted, as well as the specific pollutant and how the pollutant infiltrated the well, is crucial to understanding the Plaintiffs' claims related to well water destruction. To the extent the Plaintiffs are foregoing such claims, given their lack of information, that should be noted as well. The twenty-eight Plaintiffs include:

1. Lester Baker
2. Raymond G. Baker
3. Carl W. Asher
4. Alberta Bush
5. Amy Dryden and Bruce Dryden
6. Bridgette Fugate
7. Gregory Chase Hays
8. Anissa and Timothy Dean Henson
9. Anita Henson
10. Ellen Henson
11. Barbara Henson and Willie Ray Henson
12. Billy Joe Mullins
13. Barbara Neace
14. Diana Ortela
15. Deborah White
16. Dewey White Heirs
17. Lou Miller
18. Madro Noble
19. Matilda Raney
20. Cassandra Scotland
21. Birchel and Rachel White
22. Faye White
23. Harold Ray White
24. Jay D. White
25. Jeffery Gran White
26. Loretta White
27. Shannon Vaughn White
28. Wade White

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 7

### VI. Plaintiffs That Have Failed to Produce Photographs/Videos Related to the Flood Event[7]

Twelve Plaintiffs have failed to produce any photographs or video related to the flood event, including any damage claimed to have been inflicted as a result of the flood event. To the extent these individuals have such evidence, it should be produced, especially given the nature of the Plaintiffs' claims for property damage. If no such documentation exists, that should be so stated. The twelve Plaintiffs include:

1. Raymond G. Baker
2. Alberta Bush
3. Clay and Monica Fugate[8]
4. Gregory Chase Hays
5. Elizabeth Miller[9]
6. Diana Ortela
7. Adam and Megan White
8. Ashford White
9. Brittany White
10. Harold Ray White
11. Jeffery Gran White
12. Shannon Vaughn White

### VII. Plaintiffs That Have Failed to Produce Requested Information Related to Relocation[10]

Twenty-nine Plaintiffs have failed to provide information related to claims for relocation/displacement damages and/or documentation supporting their claims. To the extent these individuals intend to seek a recovery based on relocation/displacement this information is highly relevant and should be provided. If these Plaintiffs are no longer claiming these damages and/or do not have any support for their claims, that should be so stated. The twenty-nine Plaintiffs include:

1. Carl W. Asher

---

[7] Pine Branch Request for Production No. 2.
[8] Ms. Fugate produced an affidavit on 06/19/2023 stating that she has video related to the flood but the video has not been produced.
[9] Ms. Miller has indicated on her Form response that she has video related to the flood but has yet to produce the video.
[10] Blackhawk Interrogatory No. 6; Blackhawk Interrogatory No. 13; Blackhawk Request for Production No. 21.

2. Farmer Baker
3. Lester Baker
4. Alberta Bush
5. Benjamin Craft
6. Clay and Monica Fugate
7. Gregory Chase Hays
8. Barbara Henson and Willie Ray Henson
9. Billy Joe Mullins
10. Diana Ortela
11. Raymond and Vada Baker
12. Lisa Holbrook
13. Lou Miller
14. Luranie Noble
15. Matilda Raney
16. John Robertson
17. Brian Strong
18. James Strong
19. Adam and Megan White
20. Ashford White
21. Birchel and Rachel White
22. Brittany White
23. Burley and Denita White
24. Faye White
25. Jason White
26. Matthew White
27. Rose White
28. Shannon Vaughn White
29. Wade White

**VIII.   Plaintiffs That Have Failed to Provide Information Concerning Prior Legal Actions[11]**

Twelve Plaintiffs have failed to provide requested details related to prior civil actions. Moreover, the Plaintiffs as a whole, even with supplementation, have generally failed to provide clear information regarding whether they have been involved in any prior criminal actions. Information related to both criminal and civil actions is routinely provided in the course of discovery in a lawsuit given that it may lead to the discovery of admissible and relevant evidence

---

[11] Pine Branch Interrogatory No. 11.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 9

and in particular evidence ripe for use with impeachment. The twelve Plaintiffs that have failed to provide requested details on prior civil actions include:

1. Eugene Baker
2. Alberta Bush
3. Gregory Chase Hays
4. Anissa and Timothy Dean Henson
5. Barbara Henson and Willie Ray Henson
6. Aaron Paul White and Vicie White
7. Mason and Vickie Henson
8. Adam and Megan White
9. Ashford White
10. Birchel and Rachel White[12]
11. Brittany White
12. Shannon Vaughn White

IX. **Plaintiffs That Have Failed to Identify Social Media Accounts and Posts Related to the Flood Event[13]**

Twenty-nine Plaintiffs have failed to produce information related to their social media accounts and/or social media posts that they have authored related to their allegations in the Complaint or the flood event or the Defendants more generally. The Plaintiffs' own statements about their allegations and the flood event at issue are certainly relevant to this action and should be produced. These twenty-nine Plaintiffs include:

1. Carl W. Asher
2. Eugene Baker
3. Lester Baker
4. Raymond G. Baker
5. Alberta Bush
6. Bridgette Fugate
7. Clay and Monica Fugate
8. Gregory Chase Hays
9. Ellen Henson

---

[12] The Whites previously indicated on the Form submitted that they have not been involved in prior civil actions but have recently responded with a "?" in their supplemental responses received on June 20, 2023 in response to the request asking about prior legal actions. As such, clarification is needed as to whether they have been involved in prior legal actions.
[13] Pine Branch Int. No. 20; Pine Branch Request for Production No. 22.

10. Barbara Henson and Willie Ray Henson
11. Mason Jr. and Vickie Henson
12. Elizabeth Miller
13. Diana Ortela
14. Aaron Wayne White
15. Delbert White and Lisa White
16. Dewey White Heirs
17. Patricia Baker
18. Lisa Holbrook
19. Lou Miller
20. Johnny E. Mullins
21. Matilda Raney
22. John Robertson
23. Brian Strong
24. Adam and Megan White
25. Ashford and Brittany White
26. Jason White
27. Jerson White
28. Loretta White
29. Shannon Vaughn White

### X. Plaintiffs That Have Failed to Produce Information/Documentation Related to Aid/Assistance[14]

Forty-eight Plaintiffs have failed to provide requested information/documentation related to aid and/or assistance applications and awards resulting from the flood event at issue. Again, such information, as it concerns damages alleged to have resulted from the flood, is relevant and should be produced. If the Plaintiffs have not applied for any such aid/assistance they should so state. The forty-eight Plaintiffs include:

1. Carl W. Asher
2. Eugene Baker
3. Farmer Baker[15]
4. Raymond G. Baker
5. Alberta Bush
6. Benjamin Craft

---

[14] Pine Branch Interrogatory No. 15; Pine Branch Request for Production No. 17.
[15] Mr. Herald indicated in his June 16, 2023 letter that Mr. Baker's FEMA application was denied and that he had attached the application and the denial letter. However, these documents were not attached to Mr. Herald's letter.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 11

7. Amy Dryden and Bruce Dryden
8. Bridgette Fugate
9. Gregory Chase Hays
10. Anissa and Timothy Dean Henson
11. Anita Henson
12. Ellen Henson
13. Barbara Henson and Willie Ray Henson
14. Elizabeth Miller
15. Freddie Wayne and Geraldine Mullins
16. George and Sherry Mullins
17. Barbara Neace
18. Diana Ortela
19. Aaron Paul White and Vicie White
20. Aaron Wayne White
21. Deborah White
22. Delbert White and Lisa White
23. Greta White and Richard White
24. Shannon Vaughn White
25. Michael and Alicia Baker
26. Patricia Baker
27. Raymond and Vada Baker
28. Mason Lee and Shirley Henson
29. Lisa Holbrook
30. Lou Miller
31. Johnny E. Mullins
32. Luranie Noble
33. Madro Noble
34. Melvin Rupert and Debbie Watts
35. Cassandra Scotland
36. William and Darlene Thorpe
37. Ashford White
38. Birchel and Rachel White
39. Brittany White
40. Burley and Denita White
41. Etta White
42. Faye White
43. Harold White
44. Harold Ray White

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 12

      45. Jason White
      46. Jay D. White
      47. Loretta White
      48. Mollie White

**XI. Plaintiffs That Have Failed to Provide Current Employment Addresses[16]**

Eighteen Plaintiffs have failed to provide their current employment address. This too is a routine request for information. To the extent these individuals are not currently employed, they should so state. The eighteen Plaintiffs include:

1. Alberta Bush
2. Gregory Chase Hays
3. Anissa Henson
4. Barbara Henson and Willie Ray Henson
5. Elizabeth Miller
6. Billy Joe Mullins
7. Diana Ortela
8. Aaron Wayne White
9. Dewey White Heirs
10. Greta White
11. Raymond and Vada Baker
12. Johnny E. Mullins
13. Etta White
14. Jeffery Gran White
15. Loretta White
16. Matthew White
17. Rose White
18. Shannon Vaughn White

**XII. Plaintiffs That Have Failed to Provide Information Related to Insurance[17]**

Twenty-seven Plaintiffs have failed to provide requested information and/or documentation related to insurance applicable to any piece of property at issue and claims made to the same as a result of the flood. Such information is certainly relevant in a case like this where property damage is asserted and should be produced. To the extent no insurance existed at the time of the flood and/or no claims have ever been made, that should be stated.

---

[16] Pine Branch Interrogatory No. 1.
[17] Pine Branch Interrogatory No. 14; Pine Branch Request for production No. 14; Pine Branch Request for Production No. 15.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 13

1. Carl W. Asher
2. Alberta Bush
3. Benjamin Craft
4. Amy Dryden and Bruce Dryden
5. Bridgette Fugate
6. Gregory Chase Hays
7. Ellen Henson
8. Barbara Henson and Willie Ray Henson
9. George and Sherry Mullins
10. Aaron Wayne White
11. Delbert White and Lisa White
12. Greta White and Richard White
13. Michael and Alicia Baker
14. Lisa Holbrook
15. Johnny E. Mullins
16. Joshua Mullins
17. Luranie Noble
18. Melvin Rupert and Debbie Watts
19. John Robertson
20. Brian Strong
21. Adam and Megan White
22. Etta White
23. Jerson White
24. Loretta White
25. Shelvin White
26. Shannon Vaughn White
27. Wade White

**XIII. Plaintiffs That Have Failed to Identify Relatives Residing in Counties From Which the Jury Pool Will Be Summoned[18]**

Fifty-six Plaintiffs have failed to provide comprehensive information on their relatives residing in the counties from which a jury pool will be summoned. This is a standard request and the information sought is necessary in ensuring that a fair and impartial jury is impaneled in this action. The fifty-six Plaintiffs include:

1. Carl W. Asher
2. Jennifer Baker

---

[18] Pine Branch Interrogatory No. 17.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 14

3. Eugene Baker
4. Farmer Baker
5. Lester Baker
6. Michael and Alicia Baker
7. Patricia Baker
8. Raymond Baker
9. Raymond G. Baker
10. Vada Baker
11. Alberta Bush
12. Amy Dryden
13. Bruce L. Dryden
14. Bridgette Fugate
15. Gregory Chase Hays
16. Angelia Kay Henson
17. Anissa Henson
18. Anita Henson
19. Barbara Henson
20. Ellen Henson
21. Mason Lee and Shirley Henson
22. Mason Jr. and Vickie Henson
23. Timothy Henson
24. Willie Ray Henson
25. Elizabeth Miller
26. Johnny E. Mullins
27. Billy Joe Mullins
28. George and Sherry Mullins
29. Joshua Mullins
30. Diana Ortela
31. Matilda Raney
32. John Robertson
33. Melvin Rupert
34. Cassandra Scotland
35. Brian Strong
36. Brown Strong
37. Darlene Thorpe
38. William Thorpe
39. Debbie Watts
40. Aaron Wayne White
41. Adam and Megan White
42. Birchel and Rachel White
43. Burley White

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 15

44. Deborah White
45. Delbert and Lisa White
46. Elijah White
47. Greta and Richard White
48. Denita White
49. Dewey White Heirs
50. Jason White
51. Jeffery Gran White
52. Loretta White
53. Matthew White
54. Ronald Darris White
55. Shannon Vaughn White [19]
56. Wade White

### XIV. Plaintiffs That Have Failed to Identify Other Plaintiff Relatives[20]

Fifty-five Plaintiffs have failed to comprehensively identify who among the other Plaintiffs are their relatives. This information is needed to determine how to potentially split the Plaintiffs into bellwether groups for trial. The fifty-five Plaintiffs include:

1. Carl W. Asher
2. Eugene Baker
3. Farmer Baker
4. Lester Baker
5. Michael and Alicia Baker
6. Patricia Baker
7. Raymond Baker
8. Raymond G. Baker
9. Vada Baker
10. Alberta Bush
11. Amy Dryden
12. Bruce L. Dryden
13. Bridgette Fugate
14. Gregory Chase Hays
15. Anissa Henson
16. Anita Henson
17. Barbara Henson
18. Ellen Henson

---

[19] While Mr. White has provided information related to relatives of Amy Henson and Kaden White, he has not provided the same information related to himself.
[20] Pine Branch Int. No. 18.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 16

19. Mason Lee and Shirley Henson
20. Mason Jr. and Vickie Henson
21. Timothy Henson
22. Willie Ray Henson
23. Billy Joe Mullins
24. George and Sherry Mullins
25. Johnny E. Mullins
26. Joshua Mullins
27. Diana Ortela
28. Matilda Raney
29. John Robertson
30. Melvin Rupert
31. Brian Strong
32. Darlene Thorpe
33. William Thorpe
34. Debbie Watts
35. Aaron Wayne White
36. Adam and Megan White
37. Ashford and Brittany White
38. Birchel and Rachel White
39. Delbert and Lisa White
40. Deborah White
41. Denita White
42. Dewey White Heirs
43. Elijah White
44. Harold White
45. Harold Ray White
46. Jason White
47. Jeffery Gran White
48. Jerson White
49. Loretta White
50. Matthew White
51. Ronald Darris White
52. Rose White
53. Shannon Vaughn White
54. Shelvin White
55. Wade White

    I am hopeful that we can reach a resolution on the above but, given the deadlines set forth in the Court's Scheduling Order, we will go ahead and reach out to Magistrate Judge Stinnett's Chambers to request available dates for a conference call.

Deficiency Letter – Baker, et al. v. Blackhawk Mining, LLC and Pine Branch Mining, LLC
June 21, 2023
Page 17

                Sincerely,

                /s/ Kristeena L. Johnson

GNM/KLJ