# EXHIBIT 3

**From:** Amelia McCormick <Amelia_McCormick@kyed.uscourts.gov>
**Sent:** Monday, June 26, 2023 3:07 PM
**To:** Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>; dah41339@yahoo.com; pillersn@gmail.com
**Cc:** Stinnett Chambers <Stinnett_Chambers@kyed.uscourts.gov>; Morgan, Grahmn <grahmn.morgan@dinsmore.com>; Larkin, R. Clay <clay.larkin@dentons.com>
**Subject:** RE: Baker et al. v. Blackhawk Mining LLC, 5:22-cv-231 Discovery Dispute

Ms. Johnson,

In that case, I will table scheduling a teleconference.  Please let chambers know if the parties need anything further from Judge Stinnett.  Thank you.

**Amelia Brown McCormick**
**Law Clerk to Magistrate Judge Matthew A. Stinnett**
**U.S. District Court, EDKY**
**101 Barr Street**
**Lexington, Kentucky 40507**
**859-300-8120**

---

**From:** Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>
**Sent:** Monday, June 26, 2023 1:14 PM
**To:** Amelia McCormick <Amelia_McCormick@kyed.uscourts.gov>; dah41339@yahoo.com; pillersn@gmail.com
**Cc:** Stinnett Chambers <Stinnett_Chambers@kyed.uscourts.gov>; Morgan, Grahmn <grahmn.morgan@dinsmore.com>; Larkin, R. Clay <clay.larkin@dentons.com>
**Subject:** RE: Baker et al. v. Blackhawk Mining LLC, 5:22-cv-231 Discovery Dispute

**CAUTION - EXTERNAL:**


Ms. McCormick,

As an update, attached is the email I received from Mr. Herald yesterday indicating that the Plaintiffs intend to produce the information that has been identified as missing this week.

Thank you,

Kristeena Johnson



**Kristeena L. Johnson**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
City Center
100 West Main St
Suite 900
Lexington, KY 40507

**T** (859) 425-1032  •  **F** (859) 425-1099
**E** kristeena.johnson@dinsmore.com  •  dinsmore.com



**From:** Johnson, Kristeena
**Sent:** Friday, June 23, 2023 9:53 AM
**To:** 'Amelia McCormick' <Amelia_McCormick@kyed.uscourts.gov>; dah41339@yahoo.com; pillersn@gmail.com
**Cc:** Stinnett Chambers <Stinnett_Chambers@kyed.uscourts.gov>; Morgan, Grahmn <grahmn.morgan@dinsmore.com>; Larkin, R. Clay <clay.larkin@dentons.com>
**Subject:** RE: Baker et al. v. Blackhawk Mining LLC, 5:22-cv-231 Discovery Dispute

Ms. McCormick,

I have let Mr. Pillersdorf and Mr. Herald know that of the dates below, June 28th and June 29th work best for Defense counsel. Mr. Pillersdorf has advised that he will be on a trip next week but should have internet access (although he is unsure as to whether he could do a phone call).

I have also advised that if the Plaintiffs can provide us with the information we've outlined in our letter to them by June 30th perhaps we can forego a conference. That would still allow us to meet the July 5th deadline to file any Motions with the Court if we cannot resolve our issues. I am waiting to hear whether the Plaintiffs are agreeable.

Thank you,

Kristeena Johnson

**From:** Amelia McCormick <Amelia_McCormick@kyed.uscourts.gov>
**Sent:** Thursday, June 22, 2023 10:54 AM
**To:** dah41339@yahoo.com; pillersn@gmail.com; Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>
**Cc:** Stinnett Chambers <Stinnett_Chambers@kyed.uscourts.gov>
**Subject:** Baker et al. v. Blackhawk Mining LLC, 5:22-cv-231 Discovery Dispute

Counsel:

Ms. Johnson contacted chambers regarding a discovery dispute over written discovery responses that the parties have not been able to resolve. She asked that Judge Stinnett conduct a teleconference next week to assist in reaching a resolution before the July 5 deadline in Judge Reeves' Order of May 18 (DE 49). If Mr. Pillersdorf and Mr. Herald are in agreement that a teleconference is necessary to resolve this dispute, Judge Stinnett would like to conduct it as soon as possible in light of the upcoming deadline.

**Please confer among yourselves and respond with the date and time that is most convenient for everyone:**

June 27 at 3:00
June 28 at 2:00 or 3:00
June 29 at 9:30 or 2:30
June 30 at 9:30

Judge Stinnett requires a brief written statement from both parties in advance of the teleconference, which will be detailed in his order setting the conference. If Plaintiffs' counsel does not believe a teleconference is necessary to resolve this dispute, please advise.

I look forward to hearing from you soon.

**Amelia Brown McCormick**
**Law Clerk to Magistrate Judge Matthew A. Stinnett**
**U.S. District Court, EDKY**
**101 Barr Street**
**Lexington, Kentucky 40507**
**859-300-8120**

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## Johnson, Kristeena

| | |
|---|---|
| **From:** | Darrell Herald <dah41339@yahoo.com> |
| **Sent:** | Sunday, June 25, 2023 4:49 PM |
| **To:** | Johnson, Kristeena |
| **Subject:** | Re: Baker v. Blackhawk, et al. |

Kristeena:

I am working with Ned's office to attempt to get all of the requested information this week.

Darrell

> On Jun 21, 2023, at 6:41 PM, Johnson, Kristeena <Kristeena.Johnson@dinsmore.com> wrote:
>
> Ned – please see the attached letter.
>
> Thank you,
>
> Kristeena Johnson
>
> <image001.jpg>
> **Kristeena L. Johnson**
> Partner
> Dinsmore & Shohl LLP  •  Legal Counsel
> City Center
> 100 West Main St
> Suite 900
> Lexington, KY 40507
> **T** (859) 425-1032  •  **F** (859) 425-1099
> **E** kristeena.johnson@dinsmore.com  •  dinsmore.com
>
> <image004.jpg>
>
> ---
>
> NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected. <23-6-21 - Ltr. to N. Pillersdorf.pdf>