**EXHIBIT 7**

**From:** Ned Pillersdorf <pillersn@gmail.com>
**Sent:** Friday, September 29, 2023 12:25 PM
**To:** Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>
**Cc:** Darrell Herald <dah41339@yahoo.com>
**Subject:** Message we received- Breathitt flood

Kaitlyn White called on behalf of her mother, Rose White, who has been called for deposition on October 24th. Said her mom isn't able to answer questions/is probably incompetent. Her brother has also been called but he's dead.