**EXHIBIT 8**



PILLERSDORF LAW OFFICES
HERALD LAW OFFICE

EUGENE BAKER, et al.,
Plaintiff

vs.

DINSMORE AND SHOHL, LLP

BLACKHAWK MINING, LLC, and
PINE BRANCH MINING, LLC,
Defendants
_____/

## CERTIFICATE OF NON-APPEARANCE

I, Sarah Clevenger, Court Reporter, do hereby certify that Ashley Pack Esquire, James McClure Esquire, and Darrell Herald Esquire and I did appear at Herald Law Office, on Wednesday, October 25, 2023, for the purpose of taking the DEPOSITION of **Harold Ray White**, scheduled to begin at 1:00p ET, and that upon waiting until 3:20p, **SAID DEPONENT FAILED TO APPEAR.**

Under penalties of perjury, I declare that I have read the foregoing certificate and that the facts stated in it are true and correct.

DATED THIS 25th day of October, 2023.

_____
Sarah Clevenger, Notary Public, State of Kentucky, Court Reporter
Expires: September 6, 2027