# Pillersdorf Law Offices
## Attorneys at Law



Ned Pillersdorf
pillersn@gmail.com

Zachary Caldwell
zachcaldwell2@gmail.com

124 West Court Street
Prestonsburg, Kentucky 41653

Janet Stumbo
jstumbo@gmail.com

John Rosenberg (Of Counsel)

Phone: (606) 886-6090
Facsimile: (606) 886-6148

Website:
www.pillersdorflaw.com

January 12, 2024

Kristeena Johnson
Kristeena.Johnson@dinsmore.com

RE: Baker, et al vs. Blackhawk, et al

Dear Kristeena:

We sent letters to Amy & Bruce Dryden, Dillo Neace, and Harold Ray White informing them of their depositions scheduled on January 16, 2024. We have followed up with calling those clients.

Bruce Dryden informed my staff that his wife, Amy, is hospitalized as of the above date, and they are waiting to see if she has to have surgery. Mr. Dryden assured us he would let us know as soon as possible. However, given the late date, we wanted to let you know in case you wanted to go ahead and reschedule their depositions. Otherwise, we will call Mr. Dryden again on Monday, January 15, 2024.

We could not reach Harold Ray White via telephone, but we did send a letter to him. We were able to reach Dillo Neace's daughter. She assured us she would remind him of the deposition, and he would let us know if he could not be there.

If you need anything further, do not hesitate to contact me.

Sincerely,

*Ned Pillersdorf /d.w.*

Ned Pillersdorf

NP/dsw