# EXHIBIT 10

**From:** Darrell Herald <dah41339@yahoo.com>
**Date:** January 18, 2024 at 9:46:22 AM EST
**Subject:** Re: Deposition Rescheduling-Baker et al
**To:** Pack, Ashley <ashley.pack@dinsmore.com>

We can make February 7 or 8 work for the remaining depos.

> On Jan 17, 2024, at 1:24 PM, Pack, Ashley <ashley.pack@dinsmore.com> wrote:
>
> Here are the notices for the depositions already scheduled for the 6th.  Do you have any other dates available?
>
> **From:** Ned Pillersdorf <pillersn@gmail.com>
> **Sent:** Wednesday, January 17, 2024 1:15 PM
> **To:** Pack, Ashley <ashley.pack@dinsmore.com>
> **Cc:** Darrell Herald <dah41339@yahoo.com>
> **Subject:** Re: Deposition Rescheduling-Baker et al
>
> Could you do February 6th? Ned
>
> On Wed, Jan 17, 2024, 1:08 PM Pack, Ashley <ashley.pack@dinsmore.com> wrote:
>
>> Ned:
>>
>> We would like to reschedule the depositions of Dillo Neace, Harold Ray White, Amy Dryden, and Bruce Dryden for February 7th or 8th:
>>
>>    9:00 a.m. Dillo Neace
>>   11:00 a.m. Harold Ray White
>> 1:30 p.m. Amy Dryden
>> 3:30 p.m. Bruce Dryden
>>
>> This will be the fourth time we have scheduled these depositions. The Plaintiffs did not appear on the dates we initially noticed (October 25 and October 31, respectively), and you requested that we postpone again after we noticed them a

1

second time for December 5. While we are mindful of the weather and other circumstances, we are approaching the close of discovery and need to get their depositions completed.

We reserve all rights with respect to these Plaintiffs' discovery compliance.

Thanks.

Ashley

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

<DN 120 - Notice to Take Depositions.pdf>

| | |
|---|---|
| **From:** | Ned Pillersdorf <pillersn@gmail.com> |
| **Sent:** | Monday, January 15, 2024 1:32 PM |
| **To:** | Pack, Ashley |
| **Cc:** | Darrell Herald; Johnson, Kristeena; McClure, Mac; Morgan, Grahmn |
| **Subject:** | Re: FW: Baker, et al v. Blackhawk, et al |

Ashley- have not heard from Darrell- but the weather up here is much too dangerous to travel. Ned

Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Phone: 606-886-6090
Fax: 606-886-6148

On Mon, Jan 15, 2024 at 1:12 PM Pack, Ashley <ashley.pack@dinsmore.com> wrote:

> I understand that Amy and Bruce's depositions are cancelled. Is Dillo Neace and Harold Ray White confirmed?
>
> Obviously, we need to confirm for our court reporter. Since these depositions have been previously scheduled, and both deponents failed to attend, we will ask for fees and costs if we come and they do not appear.
>
> Please confirm asap. We will also need to adjust the timing of the depositions due to weather.
>
> ---------- Forwarded message ----------
> **From:** Ned Pillersdorf <pillersn@gmail.com>
> **Date:** January 15, 2024 at 11:03:45 AM EST
> **Subject:** Baker, et al v. Blackhawk, et al
> **To:** Darrell Herald <dah41339@yahoo.com>,Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>,Larkin, R. Clay <clay.larkin@dentons.com>

1

Amy Dryden is being released from the hospital tomorrow. Her and her husband will not be able to attend the depositions assuming they will still go with the bad weather which I doubt.  - Debbie

Pillersdorf Law Offices

[124 West Court Street](#)

[Prestonsburg, Kentucky 41653](#)

Phone: 606-886-6090

Fax: 606-886-6148

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.