# EXHIBIT 11

**From:** Ned Pillersdorf <pillersn@gmail.com>
**Date:** February 6, 2024 at 12:25:20 PM EST
**Subject:** Baker, et al v. Blackhawk, et al
**To:** Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>,Darrell Herald <dah41339@yahoo.com>,Larkin, R. Clay <clay.larkin@dentons.com>

Bruce Dryden called today and said his wife, Amy, is too ill to give her deposition tomorrow but he will be there. -Debbie

--
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Phone: 606-886-6090
Fax: 606-886-6148