# EXHIBIT 12

**From:** Ned Pillersdorf <pillersn@gmail.com>
**Date:** December 14, 2023 at 6:32:45 PM EST
**Subject:** Re: River Caney Site Visit
**To:** Johnson, Kristeena <Kristeena.Johnson@DINSMORE.COM>
**Cc:** Darrell Herald <dah41339@yahoo.com>

Agreeable . Let me know the timing so we can join you. Ned Pillersdorf

On Thu, Dec 14, 2023, 4:12 PM Johnson, Kristeena <Kristeena.Johnson@dinsmore.com> wrote:

> Ned,
>
> We would like to do a site inspection in River Caney on December 28th. I don't believe we will need to enter anyone's home, but may potentially need to be on their property for the site visit. Can you let me know if this is agreeable?
>
> Thank you,
>
> Kristeena
>
> 
>
> **Kristeena L. Johnson**
> Partner
> Dinsmore & Shohl LLP  •  Legal Counsel
> City Center
> 100 West Main St
> Suite 900
> Lexington, KY 40507
>
> **T** (859) 425-1032  •  **F** (859) 425-1099
>
> **E** kristeena.johnson@dinsmore.com  •  dinsmore.com
>
> 

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.