**From:** Johnson, Kristeena
**Sent:** Friday, December 29, 2023 9:17 AM
**To:** 'Ned Pillersdorf' <pillersn@gmail.com>; Darrell Herald <dah41339@yahoo.com>
**Cc:** Morgan, Grahmn <grahmn.morgan@dinsmore.com>; Pack, Ashley <ashley.pack@dinsmore.com>; Larkin, R. Clay <clay.larkin@dentons.com>
**Subject:** Yesterday's Site Visit

Ned,

I wanted to follow up with you on the inspection yesterday. When our group of vehicles moved from Lower River Caney to Upper River Caney, you and Darrell appear to have turned off and did not follow us for the duration of the inspection. As a result, we had to conduct the remainder of the inspections from the public roadways.

However, an incident did occur when we attempted to view Amy and Bruce Dryden's residence from the public road way. Mr. and Mrs. Dryden came out of their home, although we were not on their property but instead standing on the public roadway, yelled at us, told us that they were never given notice that an inspection would be occurring, called us morons, and demanded that we delete any photos that we took from the public roadway of their home. We attempted to explain who we were, why we were there, and that the inspection had been agreed to with counsel, but Mr. Dryden grew more agitated and again demanded that the photos be deleted and that we leave the area. We complied with his request that we leave.

Kristeena



**Kristeena L. Johnson**
Partner
Dinsmore & Shohl LLP • Legal Counsel
City Center
100 West Main St
Suite 900
Lexington, KY 40507
**T** (859) 425-1032 • **F** (859) 425-1099
**E** kristeena.johnson@dinsmore.com • dinsmore.com

