# Pillersdorf Law Offices
*Attorneys at Law*

Ned Pillersdorf
pillersn@gmail.com

124 West Court Street
Prestonsburg, Kentucky 46153
Phone: (606) 886-6090  Fax: (606) 886-6148
www.pillersdorflaw.com

John Rosenberg (Of Counsel)

Tanner Hesterberg
jthest01@yahoo.com

February 22, 2023

Kristeena Johnson
Dinsmore & Shohl, LLP
100 W. Main St., Suite 900
Lexington, KY 40507

Via Electronic Mail: kristeena.johnson@dinsmore.com

RE:  Eugene Baker, et al v. Blackhawk Mining, LLC, et al, 5:22-cv-231-DCR

Dear Kristeena:

As you are aware, we represent a substantial number of people, many of whom continue to be displaced and are hard to contact. It is our plan to meet with all the clients on March 13, 2023. Hopefully, by the end of that week, we will have answered all the interrogatories. We have advised the clients if they do not fully cooperate, we will either withdraw from their case or consent that their cases be dismissed.

As to your list of people who have not answered, namely, Vada Baker (spouse of Raymond Baker, not Raymond G. Baker), Brittany White (spouse of Ashford White), Burley White (spouse of Denita White), their spouses have answered the interrogatories.

Sincerely,

Ned Pillersdorf

NP/dsw

cc: Darrell Herald