**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:22-cv-231-DCR**
*Electronically Filed*

| | |
|---|---|
| **EUGENE BAKER, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BLACKHAWK MINING, LLC, and** | ) |
| **PINE BRANCH MINING, LLC** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE**
**FOR FAILURE TO PARTICIPATE IN DISCOVERY**
**\*\*\*\*\*\*\*\*\*\***

This matter is before the Court on Defendants' Motion to Dismiss with Prejudice for

Failure to Participate in Discovery.

Having considered the motion and being sufficiently advised, it is hereby ORDERED as

follows:

1. Defendants' on Defendants' Motion to Dismiss with Prejudice for Failure to Participate

   in Discovery is GRANTED.

2. The claims of the following Plaintiffs are dismissed with prejudice: Cesar Henson,

   Martin Moore, Whittney Moore, Johnny Mullins, Teresa Mullins, Tabitha Patrick,

   Dana Watts, Tammy White, James Henson, Clarissa Mullins, Megan White, Bridgette

   Fugate, Diana Ortela, Burley White, Denita White, Debbie Watts, Adam White, Megan

   White, Amy Dryden, Bruce Dryden, Harold Ray White, Matthew White, and Rose

   White.

Dated:

1

_____

Hon. Danny C. Reeves
Chief United States District Judge
United States District Court
Eastern District of Kentucky