**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:22-cv-231-DCR**

| | |
|---|---|
| **EUGENE BAKER, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BLACKHAWK MINING, LLC, and** | ) |
| **PINE BRANCH MINING, LLC** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF CONVENTIONAL FILING**
**\*\*\*\*\*\*\*\*\*\***

Defendants Blackhawk Mining, LLC ("Blackhawk") and Pine Branch Mining, LLC ("Pine Branch"), by and through counsel hereby give Notice that a CD containing Exhibit 7 to Defendants' Consolidated Response and Cross-Motion for Full Summary Judgment, referenced at docket entries 141-7 and 142-7, was filed with Court conventionally via hand-delivery on March 12, 2024.

Respectfully submitted,

*/s/ Kristeena L. Johnson*
Grahmn N. Morgan (KBA #89219)
Kristeena L. Johnson (KBA #94994)
James M. McClure (KBA #99580)
DINSMORE & SHOHL LLP
100 W. Main St., Suite 900
Lexington, KY 40507
T: (859) 425-1000
F: (859) 425-1099
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com

Ashley L. Pack (KBA #89013)
707 Virginia St. E, Suite 1300
Charleston, WV 25301
T: (304) 357-0900
F: (304) 357-0919
ashley.pack@dinsmore.com

and

R. Clay Larkin
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
T: (859) 231-8500
clay.larkin@dentons.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 13th day of March, 2024, which will give notice to all parties of record.

*/s/ Kristeena L. Johnson*
*Counsel for Defendants*

2