UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-cv-231-DCR

EUGENE BAKER, et al.                    )
                                        )
              Plaintiffs,               )
                                        )
v.                                      )
                                        )
BLACKHAWK MINING, LLC, and              )
PINE BRANCH MINING, LLC                 )
                                        )
              Defendants.               )

## PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Come now the Plaintiffs, by and through counsel, and for their Response to Defendants' Motion to Dismiss, state as follows:

The flood of July 28, 2022, was a catastrophic event for the Plaintiffs in this action. All suffered a loss, ranging from damage to or total loss of items of personal property, to differing degrees of damage to or total loss of their real property, to loss of life. Many of the Plaintiffs continue to struggle to rebuild.

### *Plaintiffs That Have Failed to Provide Any Written Discovery Responses.*

The undersigned remain counsel of record for James Henson, Clarissa Mullins and Megan White. While the Complaint lists the name of Megan White twice, it appears this duplication was in error. There should only be one Megan White, who

was married to Adam White, and they have substantially complied with the discovery requests. The only documents which have not been produced by them, were requested during their depositions.

Numerous attempts were made by counsel to obtain the necessary information from Plaintiffs to respond to the discovery requests. Phone calls and letters were sent to each Plaintiff. Unfortunately, some Plaintiffs failed to respond.

### ***Seven Plaintiffs Have Failed to Turn Over Relevant Documents.***

Bridgette Fugate, Diana Ortela, Burley White, Denita White, Debbie White, Debbie Watts, Adam White and Megan White were asked to produce certain documents during their depositions. These documents would have related to the damages that they were claiming. Rather than a dismissal of their claims, counsel asks the Court, pursuant to Rule 37(b)(2)(A)(ii), to limit the use of this evidence at trial.

### ***Plaintiffs That Failed to Appear for Their Deposition or Permit Inspection.***

When Amy Dryden didn't show for her deposition on October 31, 2023, she was reached by telephone. She stated that it had "slipped her mind" due to a serious illness of her husband. He had been hospitalized for a time and recently discharged. She was attending to his needs upon discharge and had forgotten about the scheduled deposition. It was re-noticed for December 5, 2023.

The second deposition date for Amy Dryden and Harold Ray White had to be again re-noticed due to a scheduling conflict with Plaintiffs' counsel.  The new date was January 16, 2024.

On January 12, 2024, Attorney Pillersdorf learned that Amy Dryden was hospitalized.  It was unsure if she would be needing surgery and if she would be available to be deposed on the 16th.  This uncertainty, along with a forecast for a substantial snow fall, caused the deposition to again be cancelled and re-noticed for February 7, 2024.  Unfortunately, Ms. Dryden was too ill to appear for the deposition.  Counsel for the Defendants was so advised on February 6, 2024.

Ms. Dryden's failure to appear for her deposition was not an effort to prevent the discovery process.  Illness of both her husband and herself, an unavoidable scheduling conflict of her attorneys, and a snow storm were not foreseeable and could not otherwise be helped.  The claims of Amy and Bruce Dryden should not be dismissed.

With each rescheduled deposition of Harold Ray White, a letter was sent to advise of the new date.  The letters were not returned.  He could not be reached by telephone.

An estate has never been opened for Matthew White with an Administrator or Executor appointed, and a guardian has not been appointed for Rose White.

Respectfully submitted,

*/s/ Darrell A. Herald*

Darrell A. Herald (KBA #82294)
P.O. Box 744
Jackson, KY 41339
T:  606-666-7794
F:  606-666-2944
dah41339@yahoo.com

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, KY 41653
T:  606-886-6090
F:  606-886-6148
pillersn@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 1st day of April, 2024, which will give notice to all counsel of record.

*/s/ Darrell A. Herald*

Darrell A. Herald
*Counsel for Plaintiffs*