UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| EUGENE BAKER, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 5: 22-231-DCR |
| V. | ) ) ) | |
| BLACKHAWK MINING, LLC, et al., | ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Order entered November 28, 2023 [Record No. 100], and the Memorandum Opinion and Orders entered April 22, 2024, April 24, 2024, and May 14, 2024 [Record Nos. 152, 153 and 155], it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Except for the claims asserted by Plaintiffs Rose White, Charlie Noble, Danny Lee Hurt, Denise Neace, Gail Noble, Paul Anthony White, and Virginia Polly, all other claims asserted in this action by the plaintiffs against Defendants Blackhawk Mining, LLC and Pine Branch Mining, LLC are **DISMISSED**, with prejudice. The claims asserted by Plaintiff Rose White, Charlie Noble, Danny Lee Hurt, Denise Neace, Gail Noble, Paul Anthony White, and Virginia Polly are **DISMISSED**, without prejudice.

2. Judgment is entered in favor of Defendants Blackhawk Mining, LLC and Pine Branch Mining, LLC, with respect to all issues raised in this civil action.

3. This matter is **DISMISSED** and **STRICKEN** from the docket.

- 2 -

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: May 15, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky